## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,**<br>900 SW Fifth Ave.<br>Portland, OR 97204<br><br>*Plaintiff,*<br><br>v.<br><br>**RALEIGH L. BURCH, JR.,**<br>3157 Cherry Rd., NE<br>Washington, D.C. 20018<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CA No.: _____ |

### Verified Complaint

Plaintiff Standard Insurance Company ("Standard"), by and through its undersigned counsel, brings the following Verified Complaint against Defendant Raleigh L. Burch, for (i) declaratory judgment and injunctive relief and (ii) unjust enrichment, in support thereof avers as follows:

### I. Parties

1. Standard is an Oregon corporation, with its principal place of business in Portland, Oregon. Standard issued Group Policy 641332-A ("the Policy") to the District of Columbia. A copy of the Policy is attached hereto as Exhibit A.

2. Defendant was the husband of the Decedent Priscilla Davila ("the Decedent"), who was a District of Columbia employee and had life insurance coverage under the Policy. Defendant is a citizen of the District of Columbia and resides at 3157 Cherry Road, Northeast, Washington, D.C. 20018.

## II.    Jurisdiction and Venue

3.      Jurisdiction exists by virtue of diversity of citizenship under 28 U.S.C. Section 1332.  Standard is an Oregon corporation with its principal place of business in Portland, Oregon.  Defendant is a citizen of the District of Columbia.  The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

4.      Immediate injunctive relief is sought pursuant to Federal Rule of Civil Procedure 65(a).

5.      Venue is proper in this judicial district under 28 U.S.C. Section 1391(a)(1) and (2), as this is the district in which the Defendant resides and a substantial part of the events giving rise to the claims set forth herein occurred in this judicial district.

## III.    The Facts Common to All Claims

6.      The Decedent was an employee of the District of Columbia and had life insurance coverage under the Policy insuring her life for the amount of Three Hundred Fifty-two Thousand Dollars ($352,000.00) ("the Benefit").

7.      Decedent died of an illness on April 10, 2006.

8.      On September 18, 2006, Standard received notice of the Decedent's death and received a beneficiary designation form signed by the Decedent on September 5, 2004 (attached as Exhibit B).  According to the beneficiary designation form, the proceeds were to be paid out in the following amounts: fifty percent (50%) to Defendant, thirty-five percent (35%) to Ehuniz L. Davila, one of the Decedent's adult daughters, and fifteen percent (15%) to Kimberly A. Davila-Leftenant, her other adult daughter.

9.    Upon reviewing the Decedent's death certificate and the beneficiary designation form signed by the Decedent in 2004, Standard paid the Defendant fifty percent of the proceeds by establishing an interest bearing Standard Secure Access Account ("the Account") at Northern Trust Company in Chicago, Illinois.  Standard sent Defendant a check book that would enable him to write checks in order to draw down the $172,033.99 he received as his portion of the Benefit.  Standard also paid $3,966.01 to Stewart Funeral Home pursuant to an assignment of benefits form signed by Defendant.  Standard is not seeking recovery of the money paid to the funeral home.

10.    Standard also paid the Decedent's two adult daughters, Ehuniz Davila and Kimberly Davila-Leftenant the other fifty percent (50%) of the Benefit according to the amounts specified in the 2004 beneficiary designation form.

11.    After paying the Benefit, Standard received from Kimberly Davila-Leftenant a new beneficiary designation form signed by the Decedent on March 2, 2006 (attached as Exhibit C).  This form did not designate Defendant as a beneficiary, but instead named the Decedent's two adult daughters (Ehuniz Davila and Kimberly Davila-Leftenant) as the sole beneficiaries and instructed that they should each receive fifty percent (50%) of the proceeds.

12.    After receiving this new beneficiary form and determining that this form superseded the previous designation form, Standard sent, via Federal Express overnight delivery, Defendant a demand letter on October 12, 2006 requesting that he refund the $172,033.99 to Standard or explain why he disagreed with Standard's position that the new signed beneficiary designation form superseded the previous designation form.  Defendant has not responded to the letter nor has he returned telephone calls made by the undersigned counsel for Standard.

3

## COUNT I

### DECLARATORY AND INJUNCTIVE RELIEF

13.    Standard incorporates by reference its allegations in Paragraphs 1-12 above, as if fully set forth herein.

14.    An actual controversy exists between Standard and Defendant concerning entitlement to the Benefit pursuant to the two different beneficiary designation forms.

15.    Standard is a legal person under the Policy, whose status and legal relationships are affected by the Policy, and is thus entitled a obtain declaration of rights, status and legal obligations under the Policy.

16.    Standard requests that the Court enjoin Defendant from removing the Benefit, or any portion of it, from the Account, or squandering or conveying any assets, accounts, real or personal property or other items purchased or funded with money from the Account ("Benefit Assets ") and order Defendant to deposit the Benefit Assets with the Court so that this Court can determine Defendant's right, if any, to the Benefit.

17.    Standard requests that the Court issue a Temporary Restraining Order precluding Defendant from removing the Benefit, or any portion of it, from the Account, or squandering or conveying any Benefit Assets until such time as the parties can be heard on the issue of a preliminary injunction.  The Benefit is identifiable in the Account, and the Benefit should remain there until the court resolves Standard's request for a preliminary injunction.

18.    If Defendant disburses, transfers or in any way disposes of the Benefit or Benefit Assets prior to the resolution of the parties' dispute, Standard may not have any remedy.  The Benefit or Benefit Assets will no longer be identifiable, and may not be traceable or recoverable. If the Benefit is used up, or Benefit Assets squandered or conveyed, Standard may be left

without any adequate or meaningful remedy at law. Thus, Standard faces irreparable harm if the Court does not (1) enjoin Defendant from removing the Benefit, or any portion of it, from the Account and/or from squandering or conveying the Benefit Assets and (2) order Defendant to deposit the Benefit with the Court.

19.    In light of the new beneficiary form signed by the Decedent a month before her death, Standard is likely to succeed on the merits of its claim.

20.    A balancing of the equities favors the issuance of a Temporary Restraining Order and an injunction in favor of Standard. The injunctive relief Standard requests would enjoin Defendant from spending the proceeds which would allow the Court to make a final decision concerning entitlement to the Benefit.

**COUNT TWO**

**UNJUST ENRICHMENT**

22.    Standard incorporates by reference its allegations in Paragraphs 1-21 above, as if fully set forth herein.

23.    Defendant received a benefit he was not entitled to, and therefore has been unjustly enriched.

24.    Standard is entitled to the return of the Benefit, because Defendant's continued possession of the Benefit would be unjust, inequitable and will result in irreparable harm and loss.

**WHEREFORE**, Standard respectfully requests that the Court grant the following relief:

1.    An Order declaring whether the March 2, 2006 beneficiary designation form superseded the 2004 beneficiary designation form, and thus who are the rightful beneficiaries;

2.    A temporary restraining order and preliminary injunction enjoining Defendant from disbursing or in any way disposing of the Benefit or Benefit Assets until the Court decides Standard's Action; and

3.    An Order granting such other and further relief to Standard as the Court deems appropriate.

Dated: October 16, 2006

Respectfully Submitted,

JORDEN BURT, LLP

By:    _____

Sheila J. Carpenter (D.C. Bar No. 935742)
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C.  20007-5208
Telephone: 202-965-8165
Facsimile:  202-965-8104
Email: sjc@jordenusa.com

Attorneys for Plaintiff Standard
Insurance Company

6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,** )<br>)<br>)<br>)<br>*Plaintiff,* )<br>**v.** )<br>)<br>**Raleigh L. Burch, Jr.,** )<br>)<br>)<br>*Defendant.* )<br>)<br>) | CA No.: _____ |

## <u>VERIFICATION</u>

I, Holly Carstens, Senior Life Benefits Analyst for Standard Insurance Company, do hereby verify that the allegations of the foregoing Verified Complaint are true and correct to the best of my knowledge and belief.

_____
Holly Carstens
Senior Life Benefits Analyst
Standard Insurance Company

Subscribed and sworn to before me
this 13th day of October, 2006

_____
Notary Public
My Commission expires: 1/22/2010



169313

**DISTRICT OF COLUMBIA
LIFE & HEALTH INSURANCE GUARANTY
ASSOCIATION ACT OF 1992**

Summary Of General Purposes And
Current Limitations Of Coverage

Residents of the District of Columbia who purchase health insurance, life insurance and annuities, should know that the insurance companies licensed in the District of Columbia to write these types of insurance are members of the District of Columbia Life and Health Insurance  Guaranty Association. The purpose of this Guaranty Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations.  If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in the District of Columbia and, in some cases, to keep coverage in force.  The valuable extra protection provided by these insurers through the Guaranty Association is limited, however, as noted below.

**DISTRICT OF COLUMBIA LIFE AND
HEALTH INSURANCE GUARANTY ASSOCIATION**

**DISCLAIMER**

The District of Columbia Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent.  **COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY**.  Even if coverage is provided, there are significant limitations and exclusions.   Coverage is generally conditioned on residence in the District of Columbia.    Other conditions may also preclude coverage.

The District of Columbia Life and Health Insurance Guaranty Association or the District of Columbia Superintendent of Insurance  will respond to any questions you may have which are not answered by this document.   Your insurer and agent are prohibited by law from using the existence of the association or its coverage to sell you an insurance policy.

You should not rely on availability of coverage under the Life and Health Insurance Guaranty Association Act of 1992 when selecting an insurer.

Policyholders with additional questions may contact:

**Executive Director
The District of Columbia Life
and Health Insurance Guaranty Association
1140 Connecticut Avenue, N.W.
Suite 609
Washington, D.C. 20036**

**Superintendent of Insurance
District of Columbia Department of
Consumer & Regulatory Affairs
Insurance Administration
613 G Street, N.W., Room 634
Washington, D.C. 20001**

The District of Columbia law that provides for this safety-net coverage is called the Life and Health Insurance Guaranty Association Act of 1992.  The following is a brief summary of this law's coverages, exclusions and limits.  This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the Guaranty Association. If you have obtained this document  from an agent in connection with the purchase of a

**Exhibit A**

policy, you should be aware that its delivery to you does not guarantee that your policy is covered by the Guaranty Association.

**COVERAGE**

Generally, individuals will be protected by the District of Columbia Life and Health Insurance Guaranty Association if they live in the District of Columbia and are insured under a health insurance, life insurance or annuity contract issued by a member insurer, or if they are insured under a group insurance contract issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

**EXCLUSIONS FROM COVERAGE**

However, persons holding such policies are not protected by this Guaranty Association if:

☐ they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside of that state of incorporation);

☐ their insurer was not authorized to do business in the District of Columbia; or

☐ their policy was issued by a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, a non-profit hospital service plan, a health maintenance organization or a risk retention group.

The Guaranty Association also does not provide coverage for:

☐ any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk;

☐ any policy of reinsurance (unless an assumption certificate was issued);

☐ any plan or program of an employer or association that provides life, health or annuity benefits to its employees or members to the extent the plan is self-funded or uninsured;

☐ interest rate guarantees which exceed certain statutory limitations;

☐ dividends, experience rating credits or fees for services in connection with a policy;

☐ credits given in connection with the administration of a policy by a group contract holder; or

☐ unallocated annuity contracts.

**LIMITS ON AMOUNT OF COVERAGE**

The Act also limits the amount the Guaranty Association is obligated to pay. The benefits for which the Guaranty Association may become liable shall be limited to **the lesser of either** the contractual obligations for which the insurer is liable or for which the insurer would have been liable if it were not an impaired or insolvent insurer, **or**, with respect to any one life, regardless of the number of policies, contracts or certificates, in the case of life insurance, $300,000 in death benefits but not more than $100,000 in net cash surrender or withdrawal values; in the case of health insurance, $100,000 in health insurance benefits; and, with respect to annuities, $300,000 in the present value of annuity benefits. Finally, in no event is the Guaranty Association liable for more than $300,000 with respect to any one individual.

# STANDARD INSURANCE COMPANY

A Stock Life Insurance Company
900 SW Fifth Avenue
Portland, Oregon 97204-1282
(503) 321-7000

*People. Not Just Policies.*®

## GROUP LIFE INSURANCE POLICY

| | |
|---|---|
| Policyowner: | District of Columbia |
| Policy Number: | 641332-A |
| Effective Date: | March 1, 2001 |

The consideration for this Group Policy is the application of the Policyowner and the payment by the Policyowner of premiums as provided herein.

Subject to the **Policyowner Provisions** and the **Incontestability Provisions**, this Group Policy (a) is issued for the Initial Rate Guarantee Period shown in the **Coverage Features**, and (b) may be renewed for successive renewal periods by the payment of the premium set by us on each renewal date. The length of each renewal period will be set by us, but will not be less than 12 months.

For purposes of effective dates and ending dates under this Group Policy, all days begin and end at 12:00 midnight Standard Time at the Policyowner's address.

**This policy includes an Accelerated Benefit. Death benefits will be reduced if an Accelerated Benefit is paid. The receipt of this benefit may be taxable and may affect your eligibility for Medicaid or other government benefits or entitlements. However, if you meet the definition of "terminally ill individual" according to the Internal Revenue Code Section 101, your Accelerated Benefit may be non-taxable. You should consult your personal tax and/or legal advisor before you apply for an Accelerated Benefit.**

All provisions on this and the following pages are part of this Group Policy. "You" and "your" mean the Member. "We", "us", and "our" mean Standard Insurance Company. Other defined terms appear with their initial letters capitalized. Section headings, and references to them, appear in boldface type.

STANDARD INSURANCE COMPANY

By

———————————————
President

———————————————
Secretary

GP190–LIFE/S399

♲ *Printed on recycled paper.*

# Table of Contents

COVERAGE FEATURES.................................................................................... 1
   GENERAL POLICY INFORMATION .................................................... 1
   BECOMING INSURED.......................................................................... 1
   PREMIUM CONTRIBUTIONS ............................................................. 2
   SCHEDULE OF INSURANCE .............................................................. 3
   REDUCTIONS IN INSURANCE........................................................... 5
   OTHER BENEFITS ............................................................................... 5
   OTHER PROVISIONS .......................................................................... 5
   PREMIUM RATES AND RENEWALS................................................. 6
LIFE INSURANCE.......................................................................................... 8
   A.  Insuring Clause ........................................................................... 8
   B.  Amount Of Life Insurance .......................................................... 8
   C.  Changes In Life Insurance.......................................................... 8
   E. When Life Insurance Become Effective........................................ 8
   F.  When Life Insurance Ends.......................................................... 9
   G.  Reinstatement Of Life Insurance .............................................. 9
DEPENDENTS LIFE INSURANCE .............................................................. 10
   A.  Insuring Clause ......................................................................... 10
   B.  Amount Of Dependents Life Insurance ..................................... 10
   C.  Changes In Dependents Life Insurance..................................... 10
   D.  Definitions For Dependents Life Insurance .............................. 10
   E.  Becoming Insured For Dependents Life Insurance.................... 10
   F.          Effective Date............................................................ 10
   G. Contributory Dependents Life Insurance ................................... 10
   F.  When Dependents Life Insurance Ends...................................... 11
ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE................... 11
   A.  Insuring Clause ......................................................................... 11
   B.  Definition Of Loss For AD&D Insurance.................................... 11
   C.  Amount Payable ........................................................................ 11
   D.  Changes In AD&D Insurance .................................................... 12
   E.  AD&D Insurance Exclusions ...................................................... 12
   F.  Becoming Insured For AD&D Insurance.................................... 12
   G.  When AD&D Insurance Ends ..................................................... 12
ACTIVE WORK PROVISIONS...................................................................... 12
PORTABILITY OF INSURANCE................................................................... 13
ACCELERATED BENEFIT ........................................................................... 14
RIGHT TO CONVERT.................................................................................. 15
CLAIMS ....................................................................................................... 16
ASSIGNMENT ............................................................................................. 17
BENEFIT PAYMENT AND BENEFICIARY PROVISIONS ........................... 18
ALLOCATION OF AUTHORITY................................................................... 20
TIME LIMITS ON LEGAL ACTIONS........................................................... 20
INCONTESTABILITY PROVISIONS............................................................. 20
CLERICAL ERROR, AGENCY, AND MISSTATEMENT................................ 21
DEFINITIONS.............................................................................................. 21
POLICYOWNER PROVISIONS..................................................................... 23

## Index of Defined Terms

Accelerated Benefit, 14
Active Work, Actively At Work, 13
AD&D Insurance, 21
Annual Earnings, 21

Beneficiary, 18

Child, 22
Class Definition, 2
Contributory, 22
Conversion Period, 15

Dependent, 10
Dependents Life Insurance, 22
Disabled, 22

Eligibility Waiting Period, 22
Employer(s), 1
Evidence Of Insurability, 22

Family Status Change, 23

Grace Period, 6
Group Policy, 23
Group Policy Effective Date, 1
Group Policy Number, 1

Initial Rate Guarantee Period, 6, 7
Injury, 23
Insurance (for Accelerated Benefit), 15
Insurance (for Right to Convert), 15

Leave Of Absence Period, 5
Life Event Change, 23
Life Insurance, 23
Loss (for AD&D Insurance), 11

Maximum Conversion Amount, 5
Member, 1
Minimum Time Insured, 5

Noncontributory, 23
Notice of Rate Change, 7

Physician, 23
Policyowner, 1
Pregnancy, 23
Premium Due Dates, 6
Premium Rates, 6
Prior Plan, 23
Proof Of Loss, 16

Qualifying Event, 15
Qualifying Medical Condition, 14

Recipient, 19
Right To Convert, 15

Sickness, 23
Spouse, 23

War, 12

You, Your (for Right To Convert), 15

## COVERAGE FEATURES

This section contains many of the features of your group life insurance. Other provisions, including exclusions and limitations, appear in other sections. Please refer to the text of each section for full details. The Table of Contents and the Index of Defined Terms help locate sections and definitions.

## GENERAL POLICY INFORMATION

| | |
|---|---|
| Group Policy Number: | 641332-A |
| Type of Insurance Provided:<br>    Life Insurance: | Yes |
| Dependents Life Insurance: | Yes |
| Accidental Death And Dismemberment<br>    (AD&D) Insurance: | Yes |
| Policyowner: | District of Columbia |
| Employer (s): | District of Columbia |
| Group Policy Effective Date: | March 1, 2001 |
| Policy Issued in: | District of Columbia |

## BECOMING INSURED

To become insured for Life Insurance you must: (a) Be a Member; (b) Complete your Eligibility Waiting Period; and (c) Meet the requirements in **Life Insurance**.

Definition of Member:

You are a Member if you are one of the following:

1. An active employee of the Employer who was hired on or after October 1, 1987; or

2. An employee retired under the Employer's retirement program who was covered under the Group Policy or Prior Plan on the day before retirement and you meet the requirements established by the DC Office of Personnel to continue your insurance into retirement.

You are not a Member if you are:

1. A temporary or seasonal employee;

2. A full time member of the armed forces of any country; or

3. One of the following:

    a. A member of a uniformed service as defined in section 1072 of title 10, United States Code.

    b. An employee serving under an appointment limited to one year or less.

    c. An employee whose employment is of uncertain or purely temporary duration, or who is employed for

brief periods at intervals, or an employee who is expected to work less than six months in each year.

d. An intermittent employee (a non full-time employee) without a prearranged regular tour of duty.

e. An employee paid on a piecework basis except those whose work schedule provides for regular or full-time service or for part-time service with a regular tour of duty.

Note: An employee who is already enrolled in a plan and who transfers to, or whose employment status changes so that the individual occupies, a position under which the individual would normally be excluded from coverage by b, c, or d above, continues the enrollment in the new position provided there was not a break in service of more than three calendar days.

Class Definition:     Class 1: Active Members

Class 2: Retired Members

Eligibility Waiting Period:     You are eligible on one of the following dates:

If you are a Member on the Group Policy Effective Date, you are eligible on that date.

If you become a Member after the Group Policy Effective Date, you are eligible on the date you become a Member.

Evidence of Insurability:     Required:

a. For late application for Contributory insurance. A Member can make application for insurance on a late basis following one year from the Members original eligibility date if the Member waived or if the Members want to make application for Options A or B.

b. For reinstatements if required.

c. For Members eligible but not insured under the Prior Plan.

d. For any elective increase in Plan 2 Life Insurance Benefit.

## PREMIUM CONTRIBUTIONS

Life and AD&D Insurance:

    Plan 1:                     Contributory

    Plan 2:                     Contributory

Dependents Life Insurance:     Contributory

## SCHEDULE OF INSURANCE

SCHEDULE OF LIFE INSURANCE

For you:

Life Insurance Benefit:

> You will become insured under Plan 1 if you meet the requirements to become insured under the Group Policy.

> If you are insured under Plan 1, you may also become insured under any one option of Plan 2 if you meet the requirements to become insured under Plan 2 Life Insurance under the Group Policy. All Plans are contributory plans requiring premium contributions from Members.

> You may be insured under Plan 1 and any one option of Plan 2 at any one time.

| | |
|---|---|
| Plan 1 (basic): | Class 1: 1 times your Annual Earnings rounded to the next higher $1,000 if not already a multiple thereof, plus $2,000. |

Class 2:

> Members who retired prior to January 1, 1990: The amount in effect on February 28, 2001 under the Prior Plan.

> Members who retire on or after January 1, 1990: At the time of your retirement, you may apply for one of the following:

>> 75% Reduction: Your Life Insurance will reduce by 2% of the amount in effect immediately prior to retirement each month beginning with the second calendar month after the date you become 65, or retire, whichever is later. The amount will not reduce to less than 25% of the amount in effect prior to retirement.

>> 50% Reduction: Your Life Insurance will reduce by 1% of the amount in effect immediately prior to retirement each month beginning with the second calendar month after the date you become 65, or retire, whichever is later. The amount will not reduce to less than 50% of the amount in effect prior to retirement.

>> No Reduction: Your Life Insurance will equal the amount in effect immediately prior to retirement.

Plan 2 (optional):

> In order to enroll in Plan 2, you must participate in Plan 1. You may apply for Option A, or Option B or C or all options as follows:

>> Option A: $10,000

>> Option B: You may apply for 1, 2, 3, 4, or 5 times your Annual Earnings.

>> Option C: Dependent Life Insurance

You may continue Options A, B and C into retirement. Please see the FEGLI Retirement Section.

Extra Benefit:            The Extra Benefit equals the following percentage of the amount of your Plan 1 Life Insurance Benefit. The Extra Benefit is payable only if you die before age 45.

Plan 1 Life Insurance

| Age | Percentage |
| --- | --- |
| 35 or under | 100% |
| 36 | 90% |
| 37 | 80% |
| 38 | 70% |
| 39 | 60% |
| 40 | 50% |
| 41 | 40% |
| 42 | 30% |
| 43 | 20% |
| 44 | 10% |
| 45 or over | 0% |

Option C: For your Dependents:

Dependents Life Insurance Benefit:      Spouse: $5,000

Child: $2,500

The amount of Dependents Life Insurance may not exceed 50% of the amount of your Life Insurance.

SCHEDULE OF AD&D INSURANCE

Class 1 only:

Class 2 – Not applicable

For you:

AD&D Insurance Benefit:          The amount of your AD&D Insurance Benefit is equal to the amount of your Plan 1 Life Insurance Benefit. The amount payable for certain Losses is less than 100% of the AD&D Insurance Benefit. See AD&D Table Of Losses.

AD&D TABLE OF LOSSES

The amount payable is a percentage of the AD&D Insurance Benefit in effect on the date of the accident and is determined by the Loss suffered as shown in the following table:

| Loss: | Percentage Payable: |
| --- | --- |
| a. Life | 100% |
| b. One hand, one foot or sight of one eye | 50% |
| c. Two or more of the Losses listed in b. above | 100% |

**No more than 100% of your AD&D Insurance will be paid for all Losses resulting from one accident.**

## REDUCTIONS IN INSURANCE

Class 1:

Your insurance will not be reduced because of your age.

Class 2:

 See Schedule of Insurance for age reductions.

## OTHER BENEFITS

| | |
|---|---|
| Waiver Of Premium: | No |
| Accelerated Benefit: | Class 1:  Yes |
| | Class 2:  No |

## OTHER PROVISIONS

Limits on Right To Convert if
Group Policy terminates
or is amended:

| | |
|---|---|
| Minimum Time Insured: | 5 years |
| Maximum Conversion Amount: | $2,000 |
| Leave Of Absence Period: | 12 months |

Insurance Eligible For Portability:

For you:

| | |
|---|---|
| Plan 2 Life Insurance: | Yes |
| Minimum combined amount: | $10,000 |
| Maximum combined amount: | $300,000 |

For your Spouse:

| | |
|---|---|
| Dependents Life Insurance: | Yes |
| Minimum combined amount: | $5,000 |
| Maximum combined amount: | $100,000 |

For your Child:

| | |
|---|---|
| Dependents Life Insurance: | Yes |
| Minimum combined amount: | $1,000 |
| Maximum combined amount: | $5,000 |

## PREMIUM RATES AND RENEWALS

Premium Rates:

Plan 1:      $0.098 bi-weekly per $1,000 of (a) Life and Extra Benefit for all insured Members under age 45 (b) $0.019 bi-weekly per $1,000. for AD&D Insurance for all active insured Members.

Plan 2:

Option A

| Age of Insured On Last January 1 | Bi-weekly Rate Per Multiple of $10,000 |
|---|---|
| Under age 35 | $   0.440 |
| 35 through 39 | 0.550 |
| 40 through 44 | 0.880 |
| 45 through 49 | 1.430 |
| 50 through 54 | 2.420 |
| 55 through 59 | 4.950 |
| 60 or over | 7.700 |

For active Member Option A rates include a matching amount of AD&D. However, Option A for retirees does not include AD&D.

Option B

| Age of Insured On Last January 1 | Bi-weekly Rate Per Multiple |
|---|---|
| Under age 35 | $   0.044 |
| 35 through 39 | 0.055 |
| 40 through 44 | 0.088 |
| 45 through 49 | 0.143 |
| 50 through 54 | 0.242 |
| 55 through 59 | 0.495 |
| 60 or over | 0.935 |

Dependents Life Insurance:

| Age of Insured On Last January 1 | Bi-weekly Rate Per Multiple |
|---|---|
| Under age 35 | $   0.330 |
| 35 through 39 | 0.340 |
| 40 through 44 | 0.570 |
| 45 through 49 | 0.770 |
| 50 through 54 | 1.210 |
| 55 through 59 | 1.930 |
| 60 or over | 3.080 |

Premium Due Dates:      March 1, 2001 and the first day of each two-week period thereafter.

Grace Period:      60 days

Initial Rate Guarantee Period:      Three years

Extended Rate Guarantee Period:      Two additional years.  See **Policyowner Provisions**.

Notice of Rate Change:      31 days

Minimum Participation:      Not applicable

## LIFE INSURANCE

A.  Insuring Clause

If you die while insured for Life Insurance, we will pay benefits according to the terms of the Group Policy after we receive satisfactory Proof Of Loss.

B.  Amount Of Life Insurance

See the **Coverage Features** for the Life Insurance schedule.

C.  Changes In Life Insurance

1.  Increases

You must apply in writing for any elective increase in your Life Insurance.

Subject to the **Active Work Provisions**, an increase in your Life Insurance becomes effective as follows:

a.  Increases Subject To Evidence Of Insurability

An increase in your Life Insurance subject to Evidence Of Insurability becomes effective on the date determined by your Servicing Personnel Office following your completion of a DC SF 1275 Form and your receipt of a certified copy from your Servicing Personnel Office (SPO) following approval of your Evidence of Insurability by the Standard.   You have 31 days from the date you receive approval of your medical evidence to complete a DC SF 1275 Form and receive a certified copy from your Servicing Personnel Office (SPO).

b.  Increases Not Subject To Evidence Of Insurability

An increase in your Life Insurance not subject to Evidence Of Insurability becomes effective on the first day of the pay period coinciding with or next following the date you apply for an elective increase or the date of change in your classification, age or Annual Earnings.

2.  Decreases

A decrease in your Life Insurance because of a change in your classification, age or Annual Earnings becomes effective on the first day of the pay period coinciding with or next following the date of the change.

Any other decrease in your Life Insurance becomes effective on the first day of the pay period coinciding with or next following the date the Policyowner or your Employer receives your written request for the decrease.

E.  When Life Insurance Become Effective

Your Life Insurance is Contributory.

Your Life Insurance becomes effective as follows:

1.  Life Insurance subject to Evidence Of Insurability

Life Insurance subject to Evidence Of Insurability becomes effective on the date we approve your Evidence Of Insurability and you complete a DC SF 1275 enrollment form and receive a certified copy from your Servicing Personnel Office.

2.  Life Insurance not subject to Evidence Of Insurability

Contributory Life Insurance

You must apply in writing for Contributory Life Insurance and agree to pay premiums.

Contributory Life Insurance not subject to Evidence Of Insurability becomes effective on:

    (i)   The date determined by your Servicing Personnel Office (SPO) providing you apply on or before that date.

    (ii)  The date determined by your Servicing Personnel Office (SPO), if you apply within 31 days after becoming eligible.

Late application: Evidence Of Insurability is required if you apply more than 31 days after you become eligible. You must wait one year following your failure to make timely enrollment before you are eligible to provide satisfactory Evidence of Insurability.

3. Takeover Provision

    a.  If you were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy, your Eligibility Waiting Period is waived on the effective date of your Employer's coverage under the Group Policy.

    b.  You must submit satisfactory Evidence Of Insurability to become insured for Life Insurance if you were eligible under the Prior Plan for more than 31 days but were not insured.

F.   When Life Insurance Ends

Life Insurance ends automatically on the earliest of:

1. The date the last period ends for which you made a premium contribution, if your insurance is Contributory;

2. The date the Group Policy terminates;

3. The date your employment terminates; and

4. The date you cease to be a Member. However, if you cease to be a Member because you are working less than the required minimum number of hours, your Life Insurance will be continued with premium payment during the following periods, unless it ends under 1 through 3 above.

    a.  While your Employer is paying you at least the same Annual Earnings paid to you immediately before you ceased to be a Member.

    b.  While your ability to work is limited because of Sickness, Injury, or Pregnancy.

    c.  During the first 12 months of a non-pay status.

    d.  During a leave of absence if continuation of your insurance under the Group Policy is required by a state-mandated family or medical leave act or law.

    e.  During any other scheduled leave of absence approved by your Employer in advance and in writing and lasting not more than the period shown in the **Coverage Features.**

G.   Reinstatement Of Life Insurance

If your Life Insurance ends, you may become insured again as a new Member. However, 1 through 4 below will apply.

1. If your Life Insurance ends because you cease to be a Member, and if you become a Member again within 180 days, the Eligibility Waiting Period will be waived. Evidence Of Insurability will not be required for the amounts in effect on the date you ceased to be a Member.

2. If your Life Insurance ends because you fail to make a required premium contribution, or you cancel your insurance you must provide Evidence Of Insurability to become insured again.

3. If you exercised your Right To Convert, you must provide Evidence Of Insurability to become insured again.

4. If your Life Insurance ends because you are on a federal or state-mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your insurance will be reinstated pursuant to the federal or state-mandated family or medical leave act or law.

**(REPAT_ PART)   LI.LF.OT.1X**

## DEPENDENTS LIFE INSURANCE

A.  Insuring Clause

If your Dependent dies while insured for Dependents Life Insurance, we will pay benefits according to the terms of the Group Policy after we receive satisfactory Proof Of Loss.

B.  Amount Of Dependents Life Insurance

See the **Coverage Features** for the amount of your Dependents Life Insurance.

C.  Changes In Dependents Life Insurance

A change in your Dependents Life Insurance can only be made following a Life Event Change.

D.  Definitions For Dependents Life Insurance

Dependent means your Spouse or Child.  Dependent does not include a person who is a full-time member of the armed forces of any country.

E.  Becoming Insured For Dependents Life Insurance

1.  Eligibility

You become eligible to insure your Dependents on the later of:

a.  The date your Life Insurance becomes effective; and

b.  The date you first acquire a Dependent.

Dependent insurance must be added with 31 days of your eligibility or within 60 days of acquiring eligible dependents.

F.  Effective Date

Your Dependents Life Insurance is Contributory.

Your Dependents Life Insurance becomes effective on the date determined by the Servicing Personnel Office (SPO) following completion of the DC SF 1275 Form.  The form must be submitted with 60 days of a Life Event Change.

G.  Contributory Dependents Life Insurance

You must apply in writing for Contributory Dependents Life Insurance and agree to pay premiums. Contributory Dependents Life Insurance not subject to Evidence Of Insurability becomes effective on the latest of:

    i. The date your Life Insurance becomes effective if you apply on or before that date;

    ii. The date you become eligible to insure your Dependents if you apply on or before that date; and

    iii. The date you apply if you apply within 31 days after you become eligible.

    While your Dependents Life Insurance is in effect, each new Child becomes insured immediately.

H.  When Dependents Life Insurance Ends

    Dependents Life Insurance ends automatically on the earliest of:

1. Thirty one days following the end of your insurance as a Member (no premiums will be charged for your Dependents Life Insurance during this time);

2. The date your Life Insurance ends;

3. The date the Group Policy terminates, or the date Dependents Life Insurance terminates under the Group Policy;

4. The date the last period ends for which you made a premium contribution, if your Dependents Life Insurance is Contributory;

5. For your Spouse, the date of your divorce;

6. For any Dependent, the date the Dependent ceases to be a Dependent; and

7. For a Child who is Disabled, 90 days after we mail you a request for proof of Disability, if proof is not given.

                                                  **(SP & CH)   LI.DL.OT.1X**

## ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

A.  Insuring Clause

    If you have an accident, while insured for AD&D Insurance, and the accident results in a Loss, we will pay benefits according to the terms of the Group Policy after we receive satisfactory Proof Of Loss.

B.  Definition Of Loss For AD&D Insurance

    Loss means loss of life, hand, foot, or sight which:

1. Is caused solely and directly by an accident;

2. Occurs independently of all other causes; and

3. Occurs within 365 days after the accident.

    With respect to a hand or foot, Loss means actual and permanent severance from the body at or above the wrist or ankle joint. With respect to sight, Loss means entire and irrecoverable loss of sight.

C.  Amount Payable

    See **Coverage Features** for the AD&D Insurance schedule. The amount payable is a percentage of the AD&D Insurance Benefit in effect on the date of the accident and is determined by the Loss suffered. See AD&D Table Of Losses in the **Coverage Features**.

D.   Changes In AD&D Insurance

Changes in your AD&D Insurance will become effective on the date your Life Insurance changes.

E.   AD&D Insurance Exclusions

No AD&D Insurance benefit is payable if the accident or Loss is caused or contributed to by any of the following:

1.   War or act of War.  War means declared or undeclared war, whether civil or international, and any substantial armed conflict between organized forces of a military nature.  This exclusion will apply only if nuclear weapons are actually being used.

2.   Suicide or other intentionally self-inflicted Injury, while sane or insane.

3.   Committing or attempting to commit an assault or felony, or actively participating in a violent disorder or riot.  Actively participating does not include being at the scene of a violent disorder or riot while performing your official duties.

4.   The voluntary use or consumption of any poison, chemical compound or drug, unless used or consumed according to the directions of a Physician.

5.   Sickness or Pregnancy existing at the time of the accident.

6.   Heart attack or stroke.

7.   Medical or surgical treatment for any of the above.

F.   Becoming Insured For AD&D Insurance

1.   Eligibility

You become eligible for AD&D Insurance on the date your Life Insurance is effective.

2.   Effective Date

AD&D Insurance is Contributory.

Contributory AD&D Insurance

You must apply in writing for Contributory AD&D Insurance and agree to pay premiums. Contributory AD&D Insurance becomes effective on the later of:

(i)   The date you become eligible if you apply on or before that date.

(ii)  The first day of the calendar month coinciding with or next following the date you apply, if you apply after you become eligible.

G.   When AD&D Insurance Ends

AD&D Insurance ends automatically on the earlier of:

1.   The date your Life Insurance ends.

2.   The date AD&D Insurance terminates under the Group Policy.

(FB_NO DEP REQD)   LI.AD.OT.2X

## ACTIVE WORK PROVISIONS

If you are incapable of Active Work because of Sickness, Injury or Pregnancy on the day before the scheduled effective date of an elective increase in your insurance, the increase will not become effective until the day after you complete one full day of Active Work as an eligible Member.

Active Work and Actively At Work mean performing the material duties of your own occupation at your Employer's usual place of business.

You will also meet the Active Work requirement if:

1. You were absent from Active Work because of a regularly scheduled day off, holiday, or vacation day;

2. You were Actively At Work on your last scheduled work day before the date of your absence; and

3. You were capable of Active Work on the day before the scheduled effective date of your insurance or increase in your insurance.

LI.AW.OT.1X

## PORTABILITY OF INSURANCE

A. Portability Of Insurance

If your insurance under the Group Policy ends because your employment with your Employer terminates, you may be eligible to buy portable group insurance coverage as shown in the **Coverage Features** for yourself and your Dependents without submitting Evidence Of Insurability.  To be eligible you must satisfy the following requirements:

1. On the date your employment terminates, you must be able to perform with reasonable continuity the material duties of at least one gainful occupation for which you are reasonably fitted by education, training and experience.

   (If you are unable to meet this requirement, see the **Right To Convert** provision for other options that may be available to you under the Group Policy.)

2. On the date your employment terminates, you are under age 65.

3. On the date your employment terminates, you must have been continuously insured under the Group Policy for at least 12 consecutive months.  In computing the 12 consecutive month period, we will include time insured under the Prior Plan.

4. You must apply in writing and pay the first premium directly to us at our Home Office within 31 days after the date your employment terminates.  You must purchase portable group life insurance coverage for yourself in order to purchase any other insurance eligible for portability.

This portable group insurance will be provided under a master Group Life Portability Insurance Policy we have issued to the Standard Insurance Company Group Insurance Trust.  If approved, the certificate you will receive will be governed under the terms of the Group Life Portability Insurance Policy and will contain provisions that differ from your Employer's coverage under the Group Policy.

B. Amount Of Portable Insurance

The minimum and maximum amounts that you are eligible to buy under the Group Life Portability Insurance Policy are shown in the **Coverage Features**.  You may buy less than the maximum amounts in increments of $1,000.

The combined amounts of insurance purchased under this **Portability Of Insurance** provision and the **Right To Convert** provision cannot exceed the amount in effect under the Group Policy on the day before your employment terminates.

C. When Portable Insurance Becomes Effective

Portable group insurance will become effective the day your active insurance as a Member end, if you apply within 31 days after the date your employment terminates.

If death occurs within 31 days after the date insurance ends under the Group Policy, life insurance benefits, if any, will be paid according to the terms of the Group Policy in effect on the date your employment terminates and not the terms of the Group Life Portability Insurance Policy.

**(WITH DL REF)  LI.TP.OT.1X**

# ACCELERATED BENEFIT

A.  Accelerated Benefit

If you give us satisfactory proof of having a Qualifying Medical Condition which begins (a) while you are insured under the Group Policy, and (b) before age 60, you may have the right to receive during your lifetime a portion of your Insurance as an Accelerated Benefit. You must have at least $10,000 of Insurance in effect to be eligible.

If your Insurance is scheduled to end within 24 months following the date you apply for the Accelerated Benefit, you will not be eligible for the Accelerated Benefit.

Qualifying Medical Condition means you are terminally ill as a result of an illness or physical condition which is reasonably expected to result in death within 12 months.

We may have you examined at our expense in connection with your claim for an Accelerated Benefit.  Any such examination will be conducted by one or more Physicians of our choice.

B.  Application For Accelerated Benefit

You must apply for an Accelerated Benefit.  To apply you must give us satisfactory Proof Of Loss on our forms.  Proof Of Loss must include a statement from a Physician that you have a Qualifying Medical Condition.

C.  Amount Of Accelerated Benefit

You may receive an Accelerated Benefit of up to 75% of your Insurance.  The maximum Accelerated Benefit is $500,000.   The minimum Accelerated Benefit is $5,000 or 10% of your Insurance, whichever is greater.

If the amount of your Insurance is scheduled to reduce within 24 months following the date you apply for the Accelerated Benefit, your Accelerated Benefit will be based on the reduced amount.

The Accelerated Benefit will be paid to you once in your lifetime in a lump sum.  If you recover from your Qualifying Medical Condition after receiving an Accelerated Benefit, we will not ask you for a refund.

D.  Effect On Insurance And Other Benefits

For any purpose other than premium payment, the amount of your Insurance after payment of the Accelerated Benefit will be the greater of the amounts in (1) and (2) below; however, if you assign your rights under the Group Policy, the amount of your Insurance will be the amount in (2) below.

(1)  10% of the amount of your Insurance as if no Accelerated Benefit had been paid; or

(2)  The amount of your Insurance as if no Accelerated Benefit had been paid; minus

The amount of the Accelerated Benefit; minus

An interest charge calculated as follows:

A times B times C divided by 365 = interest charge.

A = The amount of the Accelerated Benefit.

B = The monthly average of our variable policy loan interest rate.

    C = The number of days from payment of the Accelerated Benefit to the earlier of (1) the date you die, and (2) the date you have a Right To Convert.

Your AD&D Insurance, if any, is not affected by payment of the Accelerated Benefit.

E.  Exclusions

No Accelerated Benefit will be paid if:

1.  All or part of your Insurance must be paid to your Child(ren), or your Spouse or former Spouse as part of a court approved divorce decree, separate maintenance agreement, or property settlement agreement.

2.  You are married and live in a community property state unless you give us a signed written consent from your Spouse.

3.  You have made an assignment of all or part of your Insurance unless you give us a signed written consent from the assignee.

4.  You have filed for bankruptcy, unless you give us written approval from the Bankruptcy Court for payment of the Accelerated Benefit.

5.  You are required by a government agency to use the Accelerated Benefit to apply for, receive, or continue a government benefit or entitlement.

6.  You have previously received an Accelerated Benefit under the Group Policy.

F.  Definitions For Accelerated Benefit

Insurance means your Life Insurance Benefit under the Group Policy.

LI.AB.OT.1X

## RIGHT TO CONVERT

A.  Right To Convert

You may buy an individual policy of life insurance without Evidence Of Insurability if:

1.  Your Insurance ends or is reduced due to a Qualifying Event; and

2.  You apply in writing and pay us the first premium during the Conversion Period.

Except as limited under C. Limits On Right To Convert, the maximum amount you have a Right To Convert is the amount of your Insurance which ended.

B.  Definitions For Right To Convert

1.  Conversion Period means the 31-day period after the date of any Qualifying Event.

2.  Insurance means all your insurance under the Group Policy, but excluding AD&D Insurance.

3.  Qualifying Event means termination or reduction of your Insurance for any reason except:

    a.  The Member's failure to make a required premium contribution.

    b.  Payment of an Accelerated Benefit.

4.  You and your mean any person insured under the Group Policy.

C.  Limits On Right To Convert

If your Insurance ends or is reduced because of termination or amendment of the Group Policy, 1 and 2 below will apply.

1.  You may not convert Insurance which has been in effect for less than the Minimum Time Insured.  See **Coverage Features**.

2.  The maximum amount you have a Right To Convert is the lesser of:

a.  The amount of your Insurance which ended, minus any other group life insurance for which you become eligible during the Conversion Period; and

b.  The Maximum Conversion Amount.  See **Coverage Features.**

D.  The Individual Policy

You may select any form of individual life insurance policy we issue to persons of your age, except:

1.  A term insurance policy;

2.  A universal life policy;

3.  A policy with disability, accidental death, or other additional benefits; or

4.  A policy in an amount less than the minimum amount we issue for the form of life insurance you select.

The individual policy of life insurance will become effective on the day after the end of the Conversion Period.  We will use our published rates for standard risks to determine the premium.

E.  Death During The Conversion Period

If you die during the Conversion Period, we will pay a death benefit equal to the maximum amount you had a Right To Convert, whether or not you applied for an individual policy.  The benefit will be paid according to the **Benefit Payment And Beneficiary Provisions**.

LI.RC.OT.1X

## CLAIMS

A.  Filing A Claim

Claims should be filed on our forms.  If we do not provide our forms within 15 days after they are requested, the claim may be submitted in a letter to us.

B.  Time Limits On Filing Proof Of Loss

Proof Of Loss must be provided within 90 days after the date of the loss.  If that is not possible, it must be provided as soon as reasonably possible, but not later than one year after that 90-day period.

If Proof Of Loss is filed outside these time limits, the claim will be denied.  These limits will not apply while the Member or Beneficiary lacks legal capacity.

C.  Proof Of Loss

Proof Of Loss means written proof that a loss occurred:

1.  For which the Group Policy provides benefits;

2.  Which is not subject to any exclusions; and

3.  Which meets all other conditions for benefits.

Proof Of Loss includes any other information we may reasonably require in support of a claim. Proof Of Loss must be in writing and must be provided at the expense of the claimant. No benefits will be provided until we receive Proof Of Loss.

D. Investigation Of Claim

We may have you examined at our expense at reasonable intervals. Any such examination will be conducted by specialists of our choice.

We may have an autopsy performed at our expense, except where prohibited by law.

E. Time Of Payment

We will pay benefits within 60 days after Proof Of Loss is satisfied.

F. Notice Of Decision On Claim

The claimant will receive a written decision on a claim within a reasonable time after we receive the claim.

If the claimant does not receive our decision within 90 days after we receive the claim, the claimant will have an immediate right to request a review as if the claim had been denied.

If we deny any part of the claim, the claimant will receive a written notice of denial containing:

1. The reasons for our decision;

2. Reference to the parts of the Group Policy on which our decision is based;

3. A description of any additional information needed to support the claim; and

4. Information concerning the claimant's right to a review of our decision.

G. Review Procedure

If all or part of a claim is denied, the claimant must request a review in writing within 60 days after receiving notice of the denial.

The claimant may send us written comments or other items to support the claim, and may review any nonprivileged information that relates to the request for review.

We will review the claim promptly after we receive the request. We will send notice of our decision within 60 days after we receive the request, or within 120 days if special circumstances require an extension. We will state the reasons for our decision and refer to the relevant parts of the Group Policy.

LI.CL.OT.1

## ASSIGNMENT

If the amount of your Life Insurance is less than $25,000, you may not make an assignment.

If the amount of your Life Insurance is $25,000 or more, you may make an absolute assignment of all your Life and AD&D Insurance, subject to 1 through 8 below.

1. All insurance under the Group Policy, including AD&D Insurance, is assignable. Dependents Life Insurance is not assignable.

2. You may not make a collateral assignment.

3. The assignment must be absolute and irrevocable. It must transfer all rights, including:

   a. The right to change the Beneficiary;

   b.  The right to buy an individual life insurance policy on your life under **Right To Convert**; and

   c.  The right to receive accidental dismemberment benefits.

4.  The assignment will apply to all of your Life and AD&D Insurance in effect on the date of the assignment or becoming effective after that date.

5.  The assignment may be to any person other than the Policyowner or Employer.

6.  The assignment will have no effect unless it is: made in writing, signed by you, and delivered to the Policyowner or Employer in your lifetime. Neither we, the Policyowner, nor the Employer are responsible for the validity, sufficiency or effect of the assignment.

7.  All accidental dismemberment benefits will be paid to the assignee. All death benefits will be paid according to the beneficiary designation on file with the Policyowner or Employer, and the **Benefit Payment And Beneficiary Provisions**.

8.  The assignment will not change the Beneficiary, unless the assignee later changes the Beneficiary. Any payment we make according to the beneficiary designation on file with the Policyowner or Employer, and the **Benefit Payment And Beneficiary Provisions** will fully discharge us to the extent of the payment.

You may not make an assignment which is contrary to the rules in 1 through 8 above.

**(ALLOWED)   LI.AS.OT.1**

## BENEFIT PAYMENT AND BENEFICIARY PROVISIONS

A.  Payment Of Benefits

   1.  Except as provided in item 5 below, benefits payable because of your death will be paid to the Beneficiary you name. See B through E of this section.

   2.  AD&D Insurance benefits payable for Losses other than Loss of Life will be paid to the person who suffers the Loss for which benefits are payable. Any such benefits remaining unpaid at that person's death will be paid according to the provisions for payment of a death benefit.

   3.  The benefits below will be paid to you if you are living.

      a.  Dependents Life Insurance benefits.

      b.  Accelerated Benefits.

   4.  Dependents Life Insurance benefits payable because of the death of your Dependent which are unpaid at your death will be paid in equal shares to the first surviving class of the classes below.

      a.  The children of the Dependent.

      b.  The parents of the Dependent.

      c.  The brothers and sisters of the Dependent.

      d.  Your estate.

   5.  The Repatriation Benefit will be paid to the person who incurs the transportation expenses.

B.  Naming A Beneficiary

   Beneficiary means a person you name to receive death benefits.

   You may name one or more Beneficiaries. Two or more surviving Beneficiaries will share equally, unless you specify otherwise. You may name or change Beneficiaries at any time without the consent of a Beneficiary.

Your Beneficiary designation must be the same for Life Insurance and AD&D Insurance death benefits.

You must name or change Beneficiaries in writing.  Your designation:

1.  Must be dated and signed by you;

2.  Must be delivered to the Policyowner or Employer during your lifetime;

3.  Must relate to the insurance provided under the Group Policy; and

4.  Will take effect on the date it is delivered to the Policyowner or Employer.

If we approve it, a written designation signed and dated by you under the Prior Plan will be accepted as your Beneficiary designation under the Group Policy.

C.  Simultaneous Death Provision

If a Beneficiary dies on the same day you die, or within 15 days thereafter, benefits will be paid as if that Beneficiary had died before you, unless Proof Of Loss with respect to your death is delivered to us before the date of the Beneficiary's death.

D.  No Surviving Beneficiary

If you do not name a Beneficiary, or if you are not survived by one, benefits will be paid in equal shares to the first surviving class of the classes below.

1.  Your spouse.

2.  Your children.

3.  Your parents.

4.  Your brothers and sisters.

5.  Your estate.

E.  Methods Of Payment

Recipient means a person who is entitled to benefits under this **Benefit Payment and Beneficiary Provisions** section.

1.  Lump Sum

If the amount payable to a Recipient is less than $10,000, we will pay it in a lump sum.

2.  Standard Secure Access Checking Account

If the amount payable to a Recipient is $10,000 or more, we will deposit it into a Standard Secure Access checking account which:

a.  Bears interest;

b.  Is owned by the Recipient;

c.  Is subject to the terms and conditions of a confirmation certificate which will be given to the Recipient; and

d.  Is fully guaranteed by us.

3.  Installments

Payment to a Recipient may be made in installments if:

a.  The amount payable is $10,000 or more;

b.  The Recipient chooses; and

c.  We agree.

To the extent permitted by law, the amount payable to the Recipient will not be subject to any legal process or to the claims of any creditor or creditor's representative.

(FB_REPAT)  LI.BB.OT.1X

## ALLOCATION OF AUTHORITY

Except for those functions which the Group Policy specifically reserves to the Policyowner, we have full and exclusive authority to control and manage the Group Policy, to administer claims, and to interpret the Group Policy and resolve all questions arising in the administration, interpretation, and application of the Group Policy.

Our authority includes, but is not limited to:

1.  The right to resolve all matters when a review has been requested;

2.  The right to establish and enforce rules and procedures for the administration of the Group Policy and any claim under it;

3.  The right to determine:

   a.  Eligibility for insurance;

   b.  Entitlement to benefits;

   c.  Amount of benefits payable;

   d.  Sufficiency and the amount of information we may reasonably require to determine a., b., or c., above.

Subject to the review procedures of the Group Policy, any decision we make in the exercise of our authority is conclusive and binding.

LI.AL.OT.1

## TIME LIMITS ON LEGAL ACTIONS

No action at law or in equity may be brought until 60 days after we have been given Proof Of Loss.  No such action may be brought more than three years after the earlier of:

1.  The date we receive Proof Of Loss; and

2.  The time within which Proof Of Loss is required to be given.

LI.TL.OT.1

## INCONTESTABILITY PROVISIONS

A.  Incontestability Of Insurance

Any statement made to obtain insurance is a representation and not a warranty.

No misrepresentation will be used to reduce or deny a claim unless:

1.  The insurance would not have been approved if we had known the truth; and

2.  We have given you or any other person claiming benefits a copy of the signed written instrument which contains the misrepresentation.

We will not use a misrepresentation to reduce or deny a claim after the insured's insurance has been in effect for two years.

B. Incontestability Of Group Policy

Any statement made by the Policyowner or Employer to obtain the Group Policy is a representation and not a warranty.

No misrepresentation by the Policyowner or Employer will be used to deny a claim or to deny the validity of the Group Policy unless:

1. The Group Policy would not have been issued if we had known the truth; and

2. We have given the Policyowner or Employer a copy of a written instrument signed by the Policyowner or Employer which contains the misrepresentation.

The validity of the Group Policy will not be contested after it has been in force for two years, except for nonpayment of premiums.

LI.IN.OT.1

# CLERICAL ERROR, AGENCY, AND MISSTATEMENT

A. Clerical Error

Clerical error by the Policyowner, your Employer, or their respective employees or representatives will not:

1. Cause a person to become insured.

2. Invalidate insurance otherwise validly in force.

3. Continue insurance otherwise validly terminated.

B. Agency

The Policyowner and your Employer act on their own behalf as your agent, and not as our agent.

C. Misstatement Of Age

If a person's age has been misstated, we will make an equitable adjustment of premiums, benefits, or both. The adjustment will be based on:

1. The amount of insurance based on the correct age; and

2. The difference between the premiums paid and the premiums which would have been paid if the age had been correctly stated.

LI.CE.OT.1

# DEFINITIONS

AD&D Insurance means accidental death and dismemberment insurance, if any, under the Group Policy.

Annual Earnings means your annual rate of earnings from your Employer. Your Annual Earnings will be based on your earnings in effect on the date of your death. Annual Earnings includes:

1. Contributions you make through a salary reduction agreement with your Employer to:

   a. An Internal Revenue Code (IRC) Section 401(k), 403(b), 408(k), or 457 deferred compensation arrangement; or

   b. An executive nonqualified deferred compensation arrangement.

2. Shift differential pay.

3. Amounts contributed to your fringe benefits according to a salary reduction agreement under an IRC Section 125 plan.

Annual Earnings does not include:

1. Bonuses.

2. Commissions.

3. Overtime pay.

4. Your Employer's contributions on your behalf to any deferred compensation arrangement or pension plan.

5. Any other extra compensation.

Child means:

1. Your unmarried child from live birth through age 21 (through age 24 if a registered student in full time attendance at an accredited educational institution); or

2. Your unmarried child who meets either of the following requirements:

   a. The child is insured under the Group Policy and, on and after the date on which insurance would otherwise end because of the Child's age, is continuously Disabled.

   b. The child was insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy and was Disabled on that day, and is continuously Disabled thereafter.

Child includes any of the following, if they otherwise meet the definition of Child:

   i. Your adopted child;

   ii. Your stepchild or foster child, if living in your home; or

   iii. Your grandchild, if claimed as a dependent on your Federal Income Tax form.

Your child is Disabled if your child is:

1. Continuously incapable of self-sustaining employment because of mental retardation or physical handicap; and

2. Chiefly dependent upon you for support and maintenance, or institutionalized because of mental retardation or physical handicap.

You must give us proof your Child is Disabled on our forms within 31 days after a) the date on which insurance would otherwise end because of the Child's age or b) the effective date of your Employer's coverage under the Group Policy if your child is Disabled on that date. At reasonable intervals thereafter, we may require further proof, and have your Child examined at our expense.

Contributory means you pay all or part of the premium for insurance.

Dependents Life Insurance means dependents life insurance, if any, under the Group Policy.

Eligibility Waiting Period means the period you must be a Member before you become eligible for insurance. See **Coverage Features**.

Evidence Of Insurability means an applicant must:

1. Complete and sign our medical history statement;

2. Sign our form authorizing us to obtain information about the applicant's health;

3.  Undergo a physical examination, if required by us, which may include blood testing; and

4.  Provide any additional information about the applicant's insurability that we may reasonably require.

Group Policy means the group life insurance policy issued by us to the Policyowner and identified by the Group Policy Number.

Injury means an injury to your body.

Life Event Change means any of the following events:

1.  Your marriage, divorce or legal separation.

2.  The birth of your Child.

3.  The adoption of a Child by you.

4.  The death of your Spouse and/or Child.

5.  The commencement or termination of your Spouse's employment.

6.  A change in employment from full-time to part-time by you, your Spouse.

You may increase your Life Insurance due to any of the event(s) above.

Life Insurance means life insurance under the Group Policy.

Noncontributory means the Policyowner or Employer pays the entire premium for insurance.

Physician means a licensed M.D. or D.O., acting within the scope of the license. Physician does not include you or your spouse, or the brother, sister, parent or child of either you or your spouse.

Pregnancy means your pregnancy, childbirth, or related medical conditions, including complications of pregnancy.

Prior Plan means your Employer's group life insurance plan in effect on the day before the effective date of your Employer's coverage under the Group Policy and which is replaced by the Group Policy.

Sickness means your sickness, illness, or disease.

Spouse means a person to whom you are legally married.  Spouse does not include a person who is a full-time member of the armed forces of any country.

(REG NO COM)   LI.DF.OT.1X

## POLICYOWNER PROVISIONS

A.  Premiums

The premium due on each Premium Due Date is the sum of the premiums for all persons then insured.  Premium Rates are shown in the **Coverage Features**.

B.  Contributions From Members

The Policyowner determines the amount, if any, of each Member's contribution toward the cost of insurance under the Group Policy.

C.  Changes In Premium Rates

We may change Premium Rates when:

1.  A change or clarification in law or governmental regulation affects the amount payable under the Group Policy.  Any such change in Premium Rates will reflect only the change in our obligations; or

2.  The number of insured Members changes by 25% or more; or

3.  We and the Policyowner mutually agree to change Premium Rates.

Except as provided above, Premium Rates will not be changed during the Initial Rate Guarantee Period shown in the **Coverage Features**.  Thereafter, except as provided above, we may change Premium Rates upon advance written notice to the Policyowner.  The minimum advance notice is shown in the **Coverage Features** as Notice of Rate Change.  Any such change in Premium Rates may be made effective on any Premium Due Date, but no such change will be made more than once in any contract year.  Contract years are successive 12 month periods computed from the end of the Initial Rate Guarantee Period.

D.  Extended Rate Guarantee

1.  Plan 1 Life Insurance

The first year of the Extended Rate Guarantee Period will apply if, as of the last day of the Initial Rate Guarantee Period, the amount determined from the following formula is positive:

A - B, where:

A = 100% of the total of all premiums charged for Plan 1 Life Insurance under the Group Policy since the Group Policy Effective Date.

B = The sum of:

i)   The amount of all Plan 1 Life Insurance Claims paid by Standard under the Group Policy since the Group Policy Effective Date.

ii)  The amount of the Pending Life Insurance Claim Reserve and IBNR Reserve for Plan 1 Life Insurance on the last day of the Contract Year.

The second year of the Extended Rate Guarantee Period will apply if, as of the last day of the first Contract Year following the Initial Rate Guarantee Period, the amount determined from the formula above is positive.

2.  Plan 2 Life Insurance

The first year of the Extended Rate Guarantee Period will apply if, as of the last day of the Initial Rate Guarantee Period, the amount determined from the following formula is positive:

A - B, where:

A = 90% of the total of all premiums charged for Plan 2 Life Insurance under the Group Policy since the Group Policy Effective Date.

B = The sum of:

i)   The amount of all Plan 2 Life Insurance Claims paid by Standard under the Group Policy since the Group Policy Effective Date.

ii)  The amount of the Pending Life Insurance Claim Reserve and IBNR Reserve for Plan 2 Life Insurance on the last day of the Contract Year.

The second year of the Extended Rate Guarantee Period will apply if, as of the last day of the first Contract Year following the Initial Rate Guarantee Period, the amount determined from the formula above is positive.

Pending Life Insurance Claim Reserve means the amount of reserves set up by Standard for pending Life Insurance claims.

IBNR Reserve means the reserves set up by Standard for claims incurred but not reported since the Group Policy Effective Date.

During the Extended Rate Guarantee Period, Standard will not raise premium rates each year by more than 20% of the rates in effect on the Group Policy Effective Date.

E. Payment Of Premiums

All premiums are due on the Premium Due Dates shown in the **Coverage Features**.

Each premium is payable on or before its Premium Due Date directly to us at our home office. The payment of each premium as it becomes due will maintain the Group Policy in force until the next Premium Due Date.

F. Grace Period And Termination For Nonpayment

If a premium is not paid on or before its Premium Due Date, it may be paid during the following Grace Period. The length of the Grace Period is shown in the **Coverage Features**. The Group Policy will remain in force during the Grace Period.

If the premium is not paid during the Grace Period, the Group Policy will terminate automatically at the end of the Grace Period.

The Policyowner is liable for premium for insurance under the Group Policy during the Grace Period. We may charge interest at the legal rate for any premium which is not paid during the Grace Period, beginning with the first day after the Grace Period.

G. Termination For Other Reasons

The Policyowner may terminate the Group Policy by giving us written notice. The effective date of termination will be the later of:

1. The date stated in the notice; and

2. The date we receive the notice.

We may terminate the Group Policy as follows:

1. On any Premium Due Date if the number of persons insured is less than the Minimum Participation Number or less than the Minimum Participation Percentage shown in the **Coverage Features**.

2. On any Premium Due Date if we determine that the Policyowner has failed to promptly furnish any necessary information requested by us, or has failed to perform any other obligations relating to the Group Policy.

The minimum advance notice of such termination by us is the same as the Notice of Rate Change stated in the **Coverage Features**.

H. Premium Adjustments

Premium adjustments involving a return of unearned premiums to the Policyowner will be limited to the 12 months just before the date we receive a request for premium adjustment.

I. Certificates

We will issue certificates to the Policyowner showing the coverage under the Group Policy. The Policyowner will distribute a certificate to each insured Member.

J. Records And Reports

The Policyowner or Employer will furnish on our forms all information reasonably necessary to administer the Group Policy. We have the right at all reasonable times to inspect the payroll and other records of the Policyowner or Employer which relate to insurance under the Group Policy.

Clerical error by the Policyowner will not:

1. Cause a person to become insured;

2. Invalidate insurance otherwise validly in force; or

3. Continue insurance otherwise validly terminated.

K.  Notice Of Suit And Indemnification

The Policyowner or Employer shall promptly give us written notice of any lawsuit or other legal proceedings arising under the Group Policy.

The Policyowner and Employer are liable for their own negligent, intentional or wrongful acts or omissions, and those of any insurance broker/agent or administrator acting for or on behalf of either of them, arising from or connected with the administration of the Group Policy.  The Policyowner and Employer will indemnify and hold us harmless from any and all contractual or extra-contractual claims, demands, losses, costs and expenses, including interest, penalties and attorney's fees, which we may incur or suffer as a result of any such negligent intentional or wrongful acts.

L.  Entire Contract, Changes

The Group Policy and the application of the Policyowner constitute the entire contract between the parties.  A copy of the Policyowner's application is attached to the Group Policy when issued.

The Group Policy may be changed in whole or in part.  No change in the Group Policy will be valid unless it is approved in writing by one of our executive officers and given to the Policyowner for attachment to the Group Policy.  No agent has authority to change the Group Policy or to waive any of its provisions.

M.  Effect On Workers' Compensation, State Disability Insurance

The coverage provided under the Group Policy is not a substitute for coverage under a workers' compensation or state disability income benefit law and does not relieve the Employer of any obligation to provide such coverage.

**(NO DIV)   LI.PO.OT.3X**

**ALI99**

# GROUP POLICY AMENDMENT NO. 1

Attached to and made a part of Group Policy 641332-A issued to
District of Columbia as Policyowner.

Effective March 1, 2001, the Becoming Insured portion of the **Coverage Features** is amended to provide that the definition of Member includes an employee in non-pay status, subject to the following:

1.  No premiums are due for the Member's insurance, except that premiums will not be waived for any period the Member receives compensation benefits.

2.  Insurance for a Member in non-pay status will end on the earliest of:

    a.  The date the Member has been in non-pay status for 12 months;

    b.  The date the Member separates from the Member's agency; and

    c.  The date the Group Policy terminates.

### STANDARD INSURANCE COMPANY

By

*Ronald E. Timpe*

**President**

*Michel T. Winslow*

**Corporate Secretary**

# GROUP POLICY AMENDMENT NO. 2

Attached to and made a part of Group Policy 641332-A issued to
District of Columbia as Policyowner.

Effective March 1, 2001, the Group Policy is amended as follows:

1.  The Schedule Of Insurance portion of the **Coverage Features** is amended to provide the following:

    For you:

    AD&D Insurance Benefit:    The amount of your Plan 1 AD&D Insurance Benefit is equal to the amount of your Plan 1 Life Insurance Benefit.

    The amount of your Plan 2 AD&D Insurance Benefit is determined as follows:

    Class 1 Members insured for Option A of Plan 2 Life Insurance: $10,000

    All other Members:  None

    The amount payable for certain Losses is less than 100% of the AD&D Insurance Benefit. See AD&D Table Of Losses.

2.  The Premium Rates And Renewals portion of the **Coverage Features** is amended to provide the following:

    Premium Rates:

    Plan 1:    $0.098 bi-weekly per $1,000 of (a) Life Insurance for all insured Members, and (b) Extra Benefit for insured Members under age 45.

    Plan 2:

| Option A -<br>Age of Insured On<br>Last January 1 | Bi-weekly Rate Per<br>Multiple of $10,000 |
|---|---|
| Under age 35 | $ 0.44 |
| 35 through 39 | 0.550 |
| 40 through 44 | 0.880 |
| 45 through 49 | 1.430 |
| 50 through 54 | 2.420 |
| 55 through 59 | 4.950 |
| 60 or over | 7.700 |

| Option B -<br>Age of Insured On<br>Last January 1 | Bi-weekly Rate Per<br>Multiple of $1,000 |
|---|---|
| Under age 35 | $ 0.044 |
| 35 through 39 | 0.055 |
| 40 through 44 | 0.088 |
| 45 through 49 | 0.143 |
| 50 through 54 | 0.242 |
| 55 through 59 | 0.495 |

| | |
|---|---|
| 60 or over | 0.935 |
| AD&D Insurance: | $0.019 bi-weekly per $1,000 of AD&D Insurance |
| Dependents Life Insurance: | To be determined |
| Plan 1 AD&D Insurance: | $0.019 bi-weekly per $1,000 of AD&D Insurance |
| Plan 2 AD&D Insurance: | Included in rates for Option A of Plan 2 Life Insurance |

## STANDARD INSURANCE COMPANY

By

President                           Secretary

# GROUP POLICY AMENDMENT NO. 3

Attached to and made a part of Group Policy 641332-A issued to
District of Columbia as Policyholder.

Effective March 1, 2001, the Becoming Insured portion of the **Coverage Features** is amended to provide
the following Definition of Member:

Definition of Member:

You are a Member if you are one of the following:

1. An active employee of the Employer who was hired on or
   after October 1, 1987; or

2. An employee retired under the Employer's retirement
   program who was covered under the Group Policy or Prior
   Plan on the day before retirement; or

3. An employee in non-pay status, subject to the following:

   a) No premiums are due for the Member's insurance,
      except that premiums will not be waived for any
      period the Member receives compensation
      benefits.

   b) Insurance for a Member in non-pay status will
      end on the earliest of:

      i    The date the Member has been in non-pay
           status for 12 months;

      ii   The date the Member separates from the
           Member's agency; and

      iii  The date the Group Policy terminates; or

4. An employee receiving compensation under the
   Employer's self-funded disability plan on February 28,
   2001, or an employee on Leave of Absence on February
   28, 2001, as long as premiums are paid during these
   times.

You are not a Member if you are:

1. A temporary or seasonal employee;

2. A full time member of the armed forces of any country; or

3. One of the following:

   a. A member of a uniformed service as defined in section
      1072 of title 10, United States Code.

   b. An employee serving under an appointment limited to
      one year or less.

   c. An employee whose employment is of uncertain or
      purely temporary duration, or who is employed for

Group Policy No. 641332-A

brief periods at intervals, or an employee who is expected to work less than six months in each year.

d. An intermittent employee (a non full-time employee) without a prearranged regular tour of duty.

e. An employee paid on a piecework basis except those whose work schedule provides for regular or full-time service or for part-time service with a regular tour of duty.

Note: An employee who is already enrolled in a plan and who transfers to, or whose employment status changes so that the individual occupies, a position under which the individual would normally be excluded from coverage by b, c, or d above, continues the enrollment in the new position provided there was not a break in service of more than three calendar days.

STANDARD INSURANCE COMPANY

By

President                                   Secretary

# GROUP POLICY AMENDMENT NO. 4

Attached to and made a part of Group Policy 641332-A issued to
District of Columbia as Policyholder.

1. Effective September 1, 2005, and subject to the **Active Work Provisions**, the Group Policy is amended to allow an Open Season from September 1 through September 30, 2004 as follows:

   **Certain Evidence Of Insurability Requirements Will Be Waived.** Your insurance is subject to all other terms of the Group Policy. Enrollment during the Open Season September 1, 2004 through September 30, 2004 will be effective on the first day of the first pay period that begins on or after September 1, 2005 and follows a pay period during which the Member met the pay and duty status requirements. If you are in a Nonpay status at the time of the Open Season you may still participate in the Open Season, however, any coverage elected during the Open Season will not become effective until you have returned to a pay and duty status. If it is determined that under certain circumstances you are unable to make a timely election due to circumstances beyond your control, an Open Season election may be submitted through March 31, 2005.

   If you were eligible for or insured for Plan 1 or Plan 2 Life Insurance on the day before the Open Season, certain Evidence Of Insurability requirements will be waived with respect to Life Insurance and Dependents Life Insurance. However, we will not waive the Evidence Of Insurability requirements if you, your Spouse or Child previously submitted evidence of good health that was not approved by the insurer(s) of the Prior Plan or any preceding plans. You must elect or already be insured in Plan 1 Life Insurance in order to elect any options under Plan 2 Life Insurance.

   1. If you were eligible but not insured for Plan 1 or Plan 2 Life Insurance on the day before the Open Season, requirements a. and d. above will be waived if you apply for Plan 1 or Plan 2 Life Insurance during the Open Season.

   2. If you were insured for Plan 1 or Plan 2 Life Insurance on the day before the Open Season, requirement d. above will be waived for an increase in your Plan 2 Life Insurance during the Open Season.

   3. If your Spouse and Child were eligible but not insured for dependents life insurance on the day before the Open Season, requirements a. and d. above will be waived if you apply for Dependents Life Insurance for your Spouse and Child during the Open Season.

   4. If your Spouse and Child were insured for dependents life insurance on the day before the Open Season, requirement d. above will be waived if you apply for an increase in Dependents Life Insurance for your Spouse and Child during the Open Season.

2. Effective September 1, 2005, and subject to the **Active Work Provisions**, the Schedule Of Insurance portion of the **Coverage Features** is amended to provide the following multiples for Plan 2 Option C: Dependents Life Insurance only during the Open Season from September 1 through September 30, 2004. Election of Dependents Life Insurance made during the Open Season will be effective on the first day of the first pay period that begins on or after September 1, 2005 and follows a pay period during which the Member met the pay and duty status requirements. If you are in a Nonpay status at the time of the Open Season you may still participate in the Open Season, however, any coverage elected during the Open Season will not become effective until you have returned to a pay and duty status.

Option C: For your Dependents:

Dependents Life Insurance Benefit:    Multiple Option 1: Spouse: $ 5,000 and Child: $ 2,500

Multiple Option 2: Spouse: $10,000 and Child: $ 5,000

Multiple Option 3: Spouse: $15,000 and Child: $ 7,500

Multiple Option 4: Spouse: $20,000 and Child: $10,000

Multiple Option 5: Spouse: $25,000 and Child: $12,500

The amount of Dependents Life Insurance may not exceed 50% of the amount of your Life Insurance.

STANDARD INSURANCE COMPANY

By

President                                  Secretary

# NOTICE OF PLAN CHANGE

To

Members insured under Group Policy 641332-A issued to
District of Columbia as Policyholder.

1. Effective September 1, 2005, and subject to the **Active Work Provisions**, the Group Policy has been amended to allow an Open Season from September 1 through September 30, 2004 as follows:

   **Certain Evidence Of Insurability Requirements Will Be Waived.** Your insurance is subject to all other terms of the Group Policy. Enrollment during the Open Season September 1, 2004 through September 30, 2004 will be effective on the first day of the first pay period that begins on or after September 1, 2005 and follows a pay period during which the Member met the pay and duty status requirements. If you are in a Nonpay status at the time of the Open Season you may still participate in the Open Season, however, any coverage elected during the Open Season will not become effective until you have returned to a pay and duty status. If it is determined that under certain circumstances you are unable to make a timely election due to circumstances beyond your control, an Open Season election may be submitted through March 31, 2005.

   If you were eligible for or insured for Plan 1 or Plan 2 Life Insurance on the day before the Open Season, certain Evidence Of Insurability requirements will be waived with respect to Life Insurance and Dependents Life Insurance. However, we will not waive the Evidence Of Insurability requirements if you, your Spouse or Child previously submitted evidence of good health that was not approved by the insurer(s) of the Prior Plan or any preceding plans. You must elect or already be insured in Plan 1 Life Insurance in order to elect any options under Plan 2 Life Insurance.

   1. If you were eligible but not insured for Plan 1 or Plan 2 Life Insurance on the day before the Open Season, requirements a. and d. above will be waived if you apply for Plan 1 or Plan 2 Life Insurance during the Open Season.

   2. If you were insured for Plan 1 or Plan 2 Life Insurance on the day before the Open Season, requirement d. above will be waived for an increase in your Plan 2 Life Insurance during the Open Season.

   3. If your Spouse and Child were eligible but not insured for dependents life insurance on the day before the Open Season, requirements a. and d. above will be waived if you apply for Dependents Life Insurance for your Spouse and Child during the Open Season.

   4. If your Spouse and Child were insured for dependents life insurance on the day before the Open Season, requirement d. above will be waived if you apply for an increase in Dependents Life Insurance for your Spouse and Child during the Open Season.

2. Effective September 1, 2005, and subject to the **Active Work Provisions**, the Schedule Of Insurance portion of the **Coverage Features** has been amended to provide the following multiples for Plan 2 Option C: Dependents Life Insurance only during the Open Season from September 1 through September 30, 2004. Election of Dependents Life Insurance made during the Open Season will be effective on the first day of the first pay period that begins on or after September 1, 2005 and follows a pay period during which the Member met the pay and duty status requirements. If you are in a Nonpay status at the time of the Open Season you may still participate in the Open Season, however, any coverage elected during the Open Season will not become effective until you have returned to a pay and duty status.

Option C: For your Dependents:

Dependents Life Insurance Benefit:    Multiple Option 1: Spouse: $ 5,000 and Child: $ 2,500

Multiple Option 2: Spouse: $10,000 and Child: $ 5,000

Multiple Option 3: Spouse: $15,000 and Child: $ 7,500

Multiple Option 4: Spouse: $20,000 and Child: $10,000

Multiple Option 5: Spouse: $25,000 and Child: $12,500

The amount of Dependents Life Insurance may not exceed 50% of the amount of your Life Insurance.

Please attach this notice to your certificate.

STANDARD INSURANCE COMPANY



REDACTED

### ★★★ DCEGLI

## DESIGNATION OF BENEFICIARY
District of Columbia Employees Group Life Insurance

**WARNING**
Read instructions on back of duplicate before filling in this form

**INFORMATION CONCERNING THE INSURED:**

Name (Last, First, Middle): *Davila-Burch Priscilla*

Date of Birth (Month, Day, Year): [REDACTED]

Social Security Number: [REDACTED]

Place an "X" in the appropriate box below:

[X] An Employee   [ ] Retired or applicant for retirement   [ ] Receiving Disability Compensation benefits or an applicant for Disability Compensation benefits

If you are retired or receiving Disability Compensation, give your claim number.

Department or agency in which presently employed (if retired or on Disability Compensation, former department or agency):
*D.C. Public Schools*

Bureau:

Division:

I, the individual identified above, canceling any and all previous Designations of Beneficiary under the District of Columbia Employees Group Life Insurance Program heretofore made by me, do now designate the beneficiary or beneficiaries named below to receive any amount of LIFE INSURANCE and ACCIDENTAL DEATH INSURANCE due and payable at my death. I understand that this Designation of Beneficiary will remain in full force and effect, with respect to any amount payable, unless or until canceled by me in writing, or until such time as it is automatically canceled (see regulation "I" on reverse side of duplicate copy). If this designation form is determined invalid for any reason, the next prior valid designation form will be given full force and effect. If no such prior form exists, the proceeds will be distributed according to the Order of Precedence.

**INFORMATION CONCERNING THE BENEFICIARY OR BENEFICIARIES (See Examples of Designations):**

| Type or Print First Name, Middle Initial, and Last Name of Each Beneficiary | Type or Print Address (Including ZIP Code) of Each Beneficiary | Relationship | Share to Be Paid to Each Beneficiary |
|---|---|---|---|
| Raleigh L. Burch | 3157 Cherry Rd. N.E. Washington D.C. 20018 | Husband | 50% |
| Kimberly Davila | 720 Hamilton St. N.W Washington DC 20011 | Daughter | 15% |
| Khuniz Davila-Burch | 3157 Cherry Rd. N.E. Wash. D.C. 20018 | Daughter | 35% |

For each type of insurance (Basic Life, Option A—Standard, and Option B—Additional): (1) I hereby direct, unless otherwise indicated above, that if more than one beneficiary is named, the share of any beneficiary who may predecease me or become disqualified for any reason from receiving a share of the benefits shall be distributed equally among the surviving beneficiaries, or entirely to the survivor; (2) I understand that this Designation of Beneficiary shall be void if none of the designated beneficiaries is living at the time of my death.

I hereby specifically reserve the right to cancel or change this designation of beneficiary at any time without knowledge or consent of the beneficiary.

PRINT OR TYPE NAME AND ADDRESS (Including ZIP Code) OF INSURED
*Barbara Durham*
*720 Hamilton St. N.W*
*Wash. D.C. 20011*

RECEIVED GROUP
SEP 1 8 2006
LIFE BENEFITS

Please check:
[ ] I have signed this form in the presence of the two witnesses who have signed below.
[✓] Neither witness is named as a beneficiary.
[ ] If I designated shares to be paid to more than one beneficiary, the shares add up to 100%. (Dollar amounts are not acceptable.)

Date of Execution (Month, Day, Year): 9-5-04

Signature of Insured: *Priscilla Davila-Burch*

**WITNESSES TO SIGNATURE (A witness is ineligible to receive payment as a beneficiary):**

| Signature of Witness | Number and Street | City, State and ZIP Code |
|---|---|---|
| Constance Durham | 1407 Capital View Terr | Landover Md 20785 |
| Mary Hackell | 6819 Painter Ter. | Cap. Hts. Md. 2074 |

Receiving Agency: DCPS   Date of Receipt: 9/3/04   Agency Signature: Edward   Title: HR

**Exhibit B**

SEE REVERSE SIDE OF DUPLICATE COPY FOR INSTRUCTIONS ON WHERE TO FILE THESE FORMS.

Rev 6/89   White Copy—Official Personnel Folder   Pink Copy—Employee   DC Office of Personnel DC Standard Form 1276

Oct 03 06 04:40p    Leon Leftenant    3012188032

*Attn: Holly*

REDACTED



★ ★ ★
**DCEGLI**

**DESIGNATION OF BENEFICIARY**
District of Columbia Employees Group Life Insurance

**WARNING**
Read Instructions on back of duplicate
before filling in this form

**INFORMATION CONCERNING THE INSURED:**

Name (Last, First, Middle): **Davila, Priscilla A**

Date of Birth (Month, Day, Year): ___

Social Security Number: ___

Place an "X" in the appropriate box below:

| X | An Employee | | Retired or applicant for retirement | | Receiving Disability Compensation benefits or an applicant for Disability Compensation benefits |
|---|---|---|---|---|---|

If you are retired or receiving Disability Compensation, give your claim number.

Department or agency in which presently employed (If retired or on Disability Compensation, former department or agency):

Department or Agency: **DC Public Schools**    Bureau:    Division:

I, the individual identified above, canceling any and all previous Designations of Beneficiary under the District of Columbia Employees Group Life Insurance Program heretofore made by me, do now designate the beneficiary or beneficiaries named below to receive any amount of LIFE INSURANCE and ACCIDENTAL DEATH INSURANCE due and payable at my death. I understand that this Designation of Beneficiary will remain in full force and effect, with respect to any amount payable, unless or until canceled by me in writing, or until such time as it is automatically canceled (see regulation "I" on reverse side of duplicate copy). If this designation form is determined invalid for any reason, the next prior valid designation form will be given full force and effect. If no such prior form exists, the proceeds will be distributed according to the Order of Precedence.

**INFORMATION CONCERNING THE BENEFICIARY OR BENEFICIARIES (See Examples of Designations):**

| Type or Print First Name, Middle Initial, and Last Name of Each Beneficiary | Type or Print Address (Including ZIP Code) of Each Beneficiary | Relationship | Share to Be Paid to Each Beneficiary |
|---|---|---|---|
| Priscilla Davila <br> Social Security No.: ___ Birthdate (if available): | E huniz L. Davila <br> 4872 G St. S.E  20019 | Daughter | 50 |
| Social Security No.: ___ Birthdate (if available): ___ | | | |
| Kimberly A. Davila-L <br> Social Security No.: ___ Birthdate (if available): ___ | Kimberly A. Davila-Leftenant <br> 1310 Kingsbury Drive <br> Bowie, MD 20721 | Daughter | 50 |

For each type of insurance (Basic Life, Option A—Standard, and Option B—Additional): (1) I hereby direct, unless otherwise indicated above, that if more than one beneficiary is named, the share of any beneficiary who may predecease me or become disqualified for any reason from receiving a share of the benefits shall be distributed equally among the surviving beneficiaries, or entirely to the survivor; (2) I understand that this Designation of Beneficiary shall be void if none of the designated beneficiaries is living at the time of my death.

I hereby specifically reserve the right to cancel or change this designation of beneficiary at any time without knowledge or consent of the beneficiary.

PRINT OR TYPE NAME AND ADDRESS (including ZIP Code) OF INSURED

**E huniz L. Davila 4872 G St.E**
**Kimberly A. Davila - Leftenant**

Please check:

| X | I have signed this form in the presence of the two witnesses who have signed below. |
| | Neither witness is named as a beneficiary. |
| | If I designated shares to be paid to more than one beneficiary, the shares add up to 100%. (Dollar amounts are not acceptable.) |

Date of Execution (Month, Day, Year): **03/02/06**    Signature of Insured: **Priscilla Davila**

**WITNESSES TO SIGNATURE (A witness is ineligible to receive payment as a beneficiary):**

| Signature of Witness | Number and Street | City, State and ZIP Code |
|---|---|---|
| Xauna L. | 200 Luna Park Dr. | Alexandria, VA 22305 |
| Signature of Witness <br> Barbara L. Durham | Number and Street <br> 720 Hamilton St. N.W. | City, State and ZIP Code <br> Wash. D.C. 20011 |
| Receiving Agency | Date of Receipt | Agency Signature | Title |

SEE REVERSE SIDE OF DUPLICATE COPY FOR INSTRUCTIONS ON WHERE TO FILE THESE FORMS.

Rev 6/89
8-3400

White Copy—Official Personnel Folder    Pink Copy—Employee

DC Office of Personnel
DC Standard Form 1276

**Exhibit C**

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Standard Insurance Company | Raleigh L. Burch, Jr. |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>(EXCEPT IN U.S. PLAINTIFF CASES)<br><br>Multnomah (OR) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF<br>LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br><br>Sheila J. Carpenter<br>1025 Thomas Jefferson St., N.W.<br>Suite 400 East<br>Washington, D.C. 20007-5208<br>202-965-8165 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

○ 3 Federal Question
(U.S. Government Not a Party)

○ 2 U.S. Government
Defendant

◉ 4 Diversity
(Indicate Citizenship of
Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ◉ 1 | Incorporated or Principal Place<br>of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place<br>of Business in Another State | ◉ 5 | ○ 5 |
| Citizen or Subject of a<br>Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. *Antitrust* | ○ B. *Personal Injury/*<br>*Malpractice* | ○ C. *Administrative Agency*<br>*Review* | ◉ D. *Temporary Restraining*<br>*Order/Preliminary*<br>*Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If<br>Administrative Agency is Involved) | Any nature of suit from any category may<br>be selected for this category of case<br>assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. *General Civil (Other)* | OR | ○ F. *Pro Se General Civil* | |
|---|---|---|---|
| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or<br>defendant<br>☐ 871 IRS-Third Party 26<br>USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure<br>of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational<br>Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC<br>Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced &<br>Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/<br>Exchange<br>☐ 875 Customer Challenge 12 USC<br>3410<br>☐ 900 Appeal of fee determination<br>under equal access to Justice<br>☐ 950 Constitutionality of State<br>Statutes<br>☐ 890 Other Statutory Actions (if<br>not administrative agency<br>review or Privacy Act |

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☒ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Diversity action (28 U.S.C. 1332) seeking declaratory and injunctive relief against Defendant who wrongfully received life insurance benefits

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ 172,033.99  Check YES only if demanded in complaint

JURY DEMAND:  YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 10/16/2006  SIGNATURE OF ATTORNEY OF RECORD _S. Wyatt_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.