IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>RALEIGH L. BURCH, JR., )<br>)<br>)<br>*Defendant*. )<br>) | CA No.: _____ |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES
OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Plaintiff Standard Insurance Company ("Standard"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Standard which have any outstanding securities in the hands of the public: StanCorp Financial Group, Inc., which is a company that is publicly traded on the New York Stock Exchange.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: October 16, 2006

By:                           

Respectfully submitted,

JORDEN BURT, LLP

*/s/ Sheila J. Carpenter*
Sheila J. Carpenter (D.C. Bar No. 935742)
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007-5208
Telephone: 202-965-8165
Facsimile: 202-965-8104
Email: sjc@jordenusa.com

Attorneys for Plaintiff Standard
Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via hand delivery, on Raleigh L. Burch, Jr., 3157 Cherry Rd., NE, Washington, D.C. 20018 on this 16th day of October, 2006.

_____
Sheila J. Carpenter

169390v1