IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>*Plaintiff,*<br>v.<br><br>Raleigh L. Burch, Jr.,<br><br>*Defendant.* | CA No.: _____ |

## PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL

Plaintiff Standard Insurance Company, through undersigned counsel, hereby moves this Court pursuant to L.R. 5.1(c) to allow it to file under Seal Exhibits B and C of the Verified Complaint on the grounds as follows:

1. Exhibits B and C to the Verified Complaint contain personal identifying information which in compliance with the E-Government Act of 2002, as amended in 2004, should be filed under seal in order to protect the confidential information contained therein. Specifically, Exhibits A and B to the Verified Complaint contain confidential information not otherwise available to the public, which should not be accessible generally to the public.

2. A copy of the unredacted Exhibits B and C are attached to this memorandum, with the redacted versions of these documents attached to the Verified Complaint.

WHEREFORE, Plaintiff Standard respectfully requests that this Court enter the proposed Order, granting the instant Motion to file the Exhibits under seal, attached hereto as Exhibits A & B.

Dated: October 16, 2006

Respectfully submitted,

JORDEN BURT, LLP

By: *Sheila Carpenter /SC/*

Sheila J. Carpenter (D.C. Bar No. 935742)
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007-5208
Telephone: 202-965-8165
Facsimile: 202-965-8104
Email: sjc@jordenusa.com

Attorneys for Plaintiff Standard
Insurance Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via hand delivery, on Raleigh L. Burch, Jr., 3157 Cherry Rd., NE, Washington, D.C. 20018 on this 16th day of October, 2006.

_Sheila Carpenter /GJF_
Sheila J. Carpenter

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,** ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | |
| ) | CA No.: _____ |
| Raleigh L. Burch, Jr., ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

### ORDER ON PLAINTIFF STANDARD INSURANCE COMPANY'S
### MOTION TO FILE EXHIBITS UNDER SEAL

THIS CAUSE having come before the Court on Standard Insurance Company's Motion to File Exhibits Under Seal, and the Court having reviewed the redacted and unredacted exhibits, it is hereby

ORDERED that said Motion be, and the same is hereby, GRANTED, and the Clerk of the Court shall permit Plaintiff Standard Insurance Company to file under seal Exhibits B and C in support of the Verified Complaint, and maintain such filings under seal pending further Order of this Court.

Dated: October \_\_\_\_, 2006

_____
United States District Judge