ev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STANDARD INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

V.

RALEIGH L. BURCH, JR.

CASE NUMBER   1:06CV01755

JUDGE: Rosemary M. Collyer

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 10/16/2006

TO: (Name and address of Defendant)

Raleigh L. Burch, Jr.
3157 Cherry Road NE
Washington, DC  20018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sheila J. Carpenter
Jorden Burt LLP
1025 Thomas Jefferson St. NW
Suite 400 East
Washington, DC  20007-5208

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          OCT 16 2006

CLERK                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 10/17/06 - Tuesday |
|---|---|
| Service of the Summons and complaint was made by me | |
| NAME OF SERVER (PRINT) Viola Russell | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Raleigh L. Burch, Jr
2844 Langston Pl, SE - WDC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 125.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/18/06            Viola Russell
                Date                Signature of Server

1822 11th St, NW
*Address of Server*
WDC 20001
202-498-0797

Driving a black BMW - Black Male - 250+ lbs

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.