IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STANDARD INSURANCE COMPANY, )
)
)
)
*Plaintiff*, )
v. )
) CA No.: 06-1755
Raleigh L. Burch, Jr., )
)
)
*Defendant*. )
)

## ORDER ON PLAINTIFF STANDARD INSURANCE COMPANY'S MOTION TO FILE EXHIBITS UNDER SEAL

THIS CAUSE having come before the Court on Standard Insurance Company's Motion to File Exhibits Under Seal, and the Court having reviewed the redacted and unredacted exhibits, it is hereby

ORDERED that said Motion be, and the same is hereby, GRANTED, and the Clerk of the Court shall permit Plaintiff Standard Insurance Company to file under seal Exhibits B and C in support of the Verified Complaint, and maintain such filings under seal pending further Order of this Court.

Dated: October 17, 2006

_____
United States District Judge