IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **Standard Insurance Company** * | |
| * | |
| Plaintiff * | |
| * | |
| vs. * | **Case No.:** 1:06-CV-01755-RMC |
| * | **Judge**: Rosemary M. Collyer |
| **Raleigh L. Burch, Jr.** * | |
| * | |
| Defendant * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Please enter the appearance of Harry A. Suissa, Esquire, as attorney for the Defendant, Raleigh L. Burch, Jr., in the above captioned matter.

Respectfully submitted,

_____/s/_____
Harry A. Suissa
DC Bar No.: 962407
8720 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910
(301)589-1600
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 31st day of October 2006, a copy of the foregoing **Notice of Appearance** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila Jane Carpenter at Jorden Burt, LLP, 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007, email: sjc@jordenusa.com.

_____/s/_____
Harry A. Suissa