IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STANDARD INSURANCE COMPANY,   )
                              )
                              )
         *Plaintiff,*          )
v.                            )
                              )   CA No.: 1:06-CV-1755
RALEIGH L. BURCH, JR.,        )
                              )
                              )
         *Defendant.*         )
                              )

**TEMPORARY RESTRAINING ORDER**

WHEREAS, the Court has considered the Verified Complaint, sworn to October 13, 2006, Plaintiff Standard Insurance Company's ("Standard") Application for a *Temporary Restraining Order,* and the Memorandum of Law and Supplemental Memorandum of Law submitted in support thereof, and the [lack of] Opposition thereto, and the Court has found that, absent such an interim order, Plaintiff will suffer immediate and irreparable harm before a hearing can be had on Plaintiff's Motion for Preliminary Injunction, in that there is a substantial likelihood that Defendant will spend the Benefit and Standard will be unable to reclaim it; there is a substantial likelihood that Standard will prevail on the merits; an injunction will not substantially injure Defendant because Standard is not requesting to constrain any assets besides the Benefit paid; and further that an order of limited duration should be entered in order to preserve the *status quo,* and

WHEREAS, the Court is of the opinion that the temporary restraining **order** should be issued; NOW, THEREFORE, IT IS ORDERED THAT:

1. The Defendant is enjoined from removing the remaining Life Insurance Benefit ("the Benefit") paid by Standard, or any portion of it, from the interest bearing Standard Secure Access Account ("the Account") which Standard established so that Defendant could cash checks on the Benefit following the death of Defendant's spouse Account. Defendant is further enjoined from spending or transferring any funds from the Benefit that once were in or are now in any bank account, investment account or other financial account within Defendant's possession or control;

2. The Defendant is ordered to file an accounting with the Court detailing how ~~the Defendant has spent the Benefit, and~~ the location of funds from the Benefit (including the name and address of the financial institution, along with any account numbers) no later than November _3_, 2006;   *RMC*

3. The Temporary Restraining Order will remain in full force and effect through and including a hearing before this Court on Standard's request for the entry of a preliminary injunction. The hearing will take place on _11/13/06_, 2006. _at 10:00 AM_

4. This Order is conditioned upon Standard giving security on or before November _10_, 2006, at 5:00 p.m. by filing a bond in the amount of $_15,000.00_ Dollars for such costs as maybe incurred by Defendant if he is found to have been wrongfully restrained.

Dated:  Washington, D.C.
        _31_ October, 2006
        _4:25_ AM/**PM**

_____
Rosemary M. Collyer
United States District Judge

2