IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| **Standard Insurance Company** | * | |
| Plaintiff | * | |
| vs. | * | **Case No.:** 1:06-CV-01755-RMC |
| | * | **Judge:** Rosemary M. Collyer |
| **Raleigh L. Burch, Jr.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S ACCOUNTING

COMES NOW Defendant, Raleigh L. Burch, Jr., by and through his attorney, Harry A. Suissa, and pursuant to this courts Temporary Restraining Order, dated October 31, 2006, submits the following:

1. Bank of America
   Colmar Manor Branch
   3651 Bladensburg Road
   Colmar Manor, Maryland 20722
   Account No.: 1919913423

2. Wachovia Bank
   Dodge Plaza/Kentland Branch
   7700 Landover Road
   Landover, Maryland 20785
   Account No.: 1010161252087

3. Chevy Chase Bank
   Good Hope Road Branch
   Washington, DC
   Account No.: 7922003463

Respectfully submitted,

/s/
Harry A. Suissa
DC Bar No.: 962407

> 8720 Georgia Avenue, Suite 1010
> Silver Spring, Maryland 20910
> (301)589-1600
> Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 3rd day of November 2006, a copy of the foregoing **Defendant's Accounting** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila Jane Carpenter at Jorden Burt, LLP, 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007, email: sjc@jordenusa.com.

_____/s/_____
Harry A. Suissa