IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| **Standard Insurance Company** | * | |
| Plaintiff | * | |
| vs. | * | Case No.: 1:06-CV-01755-RMC |
| | * | Judge: Rosemary M. Collyer |
| **Raleigh L. Burch, Jr.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S REQUEST TO OFFER LIVE TESTIMONY AT THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

COMES NOW Defendant, Raleigh L. Burch, Jr., by and through his attorney Harry A. Suissa, Esquire, and pursuant to Local Rule 65.1(d) files this Defendant's Request to Offer Live Testimony at the Hearing on Plaintiff's Motion for Preliminary Injunction and hereby states as follows:

1. That a hearing on Plaintiff's request for a Preliminary Injunction is presently scheduled in this court for November 13, 2006 at 10:00am.

2. That Defendant's list of witnesses is as follows:

   a. Sheila Reid (Retirement Specialist, Human Resources)
      D.C. Public Schools Office of Human Resources
      Benefits and Retirement
      825 North Capital Street, NE, 6th Floor
      Washington, DC 20002
      202-442-5383

   b. Katherine M. Koppenhaver
      Forensic Document Examiners, Inc.
      P.O. Box 324
      Joppa, Maryland 21055
      410-679-8257

3. That Ms. Reid is expected to testify as to whether the second

      designation of beneficiary (Pl.'s Compl. Ex. C) supersedes the first designation of beneficiary (Pl.'s Compl. Ex. B) and whether the second designation of beneficiary (Pl.'s Compl. Ex. C) was even processed by her office.

4. That Mrs. Koppenhaver is expected to testify as to the authenticity of the signature of the insured, i.e. Priscilla Davila, on the second designation of beneficiary (Pl.'s Compl. Ex. C) as compared with the signature of the insured, i.e. Priscilla Davila-Burch, on the first designation of beneficiary (Pl.'s Compl. Ex. B). That is, whether both documents were signed by the same person.

5. That the direct examination of both witnesses is expected to take a total of no more than one (1) hour.

6. The testimony of these witnesses will not cause undue delay.

7. The testimony of these witnesses will not be a waste of time.

8. The testimony of these witnesses will not be a needless presentation of cumulative evidence.

WHEREFORE, Defendant requests:

A. That the court allow the above mentioned witnesses to testify at the hearing on Plaintiff's request for a Preliminary Injunction, presently scheduled in this court for November 13, 2006 at 10:00am.

B. That Defendant be awarded such other and further relief as the nature of his cause may require.

                                                    Respectfully submitted,

                                      /s/
                                      Harry A. Suissa
DC Bar No.: 962407
8720 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910
(301)589-1600
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 9th day of November 2006, a copy of the foregoing **Defendant's Request to Offer Live Testimony at the Hearing on Plaintiff's Motion for Preliminary Injunction** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila Jane Carpenter at Jorden Burt, LLP, 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007, email: sjc@jordenusa.com.

                                      /s/
                                      Harry A. Suissa