IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY, )<br>)<br>)<br>*Plaintiff*, )<br>v. )<br>) CA No.: 1:06-CV-1755<br>RALEIGH L. BURCH, JR., )<br>)<br>)<br>*Defendant*. )<br>) | |

**PLAINTIFF STANDARD INSURANCE COMPANY'S NOTICE OF FILING AN
EXHIBIT IN SUPPORT OF ITS MOTION FOR A
<u>PRELIMINARY INJUNCTION</u>**

In accordance with Federal Rule of Civil Procedure 65(b) and Local Rule 65.1,, Standard Insurance Company ("Standard") submits this notice of filing a supplemental exhibit in support of its Motion for a Preliminary Injunction. *See* Supplemental Affidavit of Holly Carstens, dated November 10, 2006, attached hereto as Exhibit A. Since the Court entered its October 31, 2006 Temporary Restraining Order and notice of a preliminary injunction hearing for November 13, 2006, Defendant Raleigh Burch requested that he be permitted to offer the live testimony of Sheila Reid and Katherine M. Koppenhaver. This affidavit is submitted in connection with the proffers of testimony contained in Defendant Burch's request. This affidavit provides further support for Standard's position that the March 2, 2006 beneficiary designation form superseded the beneficiary designation form signed by the Decedent, Priscilla Davila, on September 5, 2004.

The affidavit also advises the Court that Mr. Burch continued to cash shecks on the Account Standard set up for him, writing one check for $7,329.00 on October 26, 2006 and a second for $5,000.00 on October 31, 2006.

Dated: November 11, 2006    Respectfully submitted,

JORDEN BURT, LLP

By:    /s/ Sheila J. Carpenter
Sheila J. Carpenter (D.C. Bar No. 935742)
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C.  20007-5208
Telephone: 202-965-8165
Facsimile:  202-965-8104
Email: sjc@jordenusa.com

Attorneys for Plaintiff
Standard Insurance Company

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly the Court will send notice of this filing electronically to Harry A. Suissa at suissalaw@aol.com.

                                                     /s/ Sheila J. Carpenter
                                                   Sheila J. Carpenter

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY, )<br>)<br>)<br>)<br>*Plaintiff*, )<br>v. )<br>) CA No.: 1:06-CV-1755<br>RALEIGH L. BURCH, JR., )<br>)<br>)<br>*Defendant.* )<br>) | |

STATE OF OREGON

COUNTY OF MULTNOMAH

### Supplemental Affidavit of Holly Carstens

Before me, a Notary Public in and for the State of Oregon, personally appeared, Holly Carstens, who, being by me first duly sworn, deposes and says:

1. I am over the age of eighteen, and I am otherwise competent to testify.

2. I am Senior Life Benefits Analyst for Standard Insurance Company ("Standard") and am employed at Standard's Home Office in Portland, Oregon.

3. As a Senior Life Benefits Analyst, I am responsible for the evaluation of and payment of benefits in connection with claims under life insurance policies issued by Standard.

4. On October 4, 2006, Kimberly Davila-Leftenant faxed a copy of the March 2, 2006 designation signed and dated by the Decedent, Priscilla Davila designating that Kimberly Davila-Leftenant and Ehuniz Davila each receive fifty percent (50%) of

the proceeds. Kimberly Davila-Leftenant faxed this designation form after she called to question why she only received fifteen percent of her mother's life insurance proceeds.

5. After receiving the designation form, I reviewed the designation form to determine whether the form was (1) signed and dated by the decedent, (2) was in writing, (3) identifies and names the beneficiaries, and (4) was delivered to the decedent's employer during her lifetime. These are the requirements set forth in the Group Policy contract, attached as Exhibit A to the Verified Complaint.

6. I determined that the form was signed by Priscilla Davila and dated March 2, 2006 by comparing the signature on this form with the signature on the September 5, 2004 beneficiary designation form. When reviewing this signature nothing appeared to be out of the ordinary that would have sent up a red flag to investigate further the validity of the signature on the most recent form. Further, this form was in writing and identifies and names as beneficiaries Kimberly Davila-Leftenant and Ehuniz Davila. Finally, after evaluating the form I determined that the form contained a stamp that indicates that she provided the form to her employer, the District of Columbia school district.

7. In connection my evaluation of the designation form, I contacted Alicia J. Davis-Waters, the Human Resources Benefits Specialist for the District of Columbia Offices of Personnel to inquire about this more recent designation. In processing the death claim submitted by Raleigh L. Burch and when submitting the claim to Standard, the District of Columbia government provided the earlier designation form.

8. Ms. Davis-Waters did not have a copy of the March 2, 2006 designation form, but did obtain an original copy of this form. *See* Emails from Ms. Waters to Holly Carstens, dated October 6, 2006, attached hereto as Exhibit A. The beneficiary

designation form is signed in triplicate, and as Alicia Davis-Waters' e-mail explains she has the original yellow triplicate copy in her possession which she obtained from the school district. *See id.* Further, Ms. Davis-Waters acknowledged to me that it was received by the D.C. Public schools, but was not signed off on. *See id.* Ms. Davis-Waters told me that there were inconsistencies on the form and that the form was not certified by the Personnel Office for the D.C. Public Schools, and thus should not stand.

9. Despite her recommendation, I concluded that the March 2, 2006 form was valid. Ms. Davis-Waters' contention that the designation should not stand was based on internal policies by the District of Columbia which are not supported by the Group Policy Contract in effect between Standard Insurance Company and the District of Columbia Government. The form clearly meets all of the requirements set forth in the Group Policy contract and under the terms of our contract with the District of Columbia Government this form is valid.

10. Since I submitted my last affidavit, I have learned that Raleigh L. Burch, Jr. has cashed two more checks on the Account Standard set up for him. One, for $7,329.00, was dated October 26, 2006 and the second, for $5,000.00, was dated October 31, 2006.

*Holly Carstens*
Holly Carstens
Senior Life Benefits Analyst
Standard Insurance Company

Subscribed and sworn to before me
this 10th day of November, 2006

*Eva S. Colletto*
Notary Public
My Commission expires: 7/19/08

OFFICIAL SEAL
EVA S. COLLETTO
NOTARY PUBLIC-OREGON
COMMISSION NO. 382411
MY COMMISSION EXPIRES JULY 19, 2008

170475

# Holly Carstens

| | |
|---|---|
| From: | Davis, Alicia J. (DCOP) [Alicia.Davis@dc.gov] |
| Sent: | Friday, October 06, 2006 8:38 AM |
| To: | Holly Carstens |
| Cc: | Bradley, Alfred L. (DCOP) |
| Subject: | RE: Priscilla Davila-Burch B55519 |

Holly:

Since the form was not certified by the Personnel Office, D.C. Public Schools, the previous Designation will have to stand. Also, this form is suspect - social security number, information for beneficiaries, block where employee is to print name/address and signed ???? It appears that they form was date stamped March; however, it was received then the HR office should have certified/signed received. And if it was presented to DC Public Schools HR Office at the time the claim was filed, why did her spouse file a claim and the HR office finalized the document? This is why this form is suspect.

Also, our instructions on this form state "This form must be free of erasures or alterations".

Again, the original designation dated 09/05/2004 should stand.

Please let us know if you have any additional information.

Alicia J. Davis Waters
Human Resource Specialist (Benefits)
Employee Service Center
D.C. Office of Personnel
441 4th Street, N.W., Suite 340N
Washington, D.C. 20001
Main Telephone: 202-442-9655
Fax: 202-727-6921


-----Original Message-----
From: Davis, Alicia J. (DCOP)
Sent: Friday, October 06, 2006 11:09 AM
To: 'Holly Carstens'
Cc: Bradley, Alfred L. (DCOP)
Subject: RE: Priscilla Davila-Burch B55519


Holly:

I received your fax and obtained a yellow copy of this form. Yes, it does appear the the form was received by D.C. Public Schools, however, it is not signed off. I will have to defer this to Mr. Bradley, becuase it now becomes a judgement call. No, we did not receive this with the death claim package. If you rember the package was forwarded to another office and until the beneficiaries started asking about it we knew nothing.

I have not received a copy of the pay-out yet. It may be in someone's in-box. I will look for it.

Alicia J. Davis Waters
Human Resource Specialist (Benefits)
Employee Service Center
D.C. Office of Personnel
441 4th Street, N.W., Suite 340N
Washington, D.C. 20001
Main Telephone: 202-442-9655
Fax: 202-727-6921

1

**Exhibit A**