IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,** | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) ) CA No.: 1:06-CV-1755-RMC |
| **RALEIGH L. BURCH, JR.,** | ) ) ) ) |
| *Defendant*. | ) ) |

**PLAINTIFF STANDARD INSURANCE COMPANY'S NOTICE OF FILING AN <u>INJUNCTION BOND</u>**

In accordance with this Court's October 31, 2006 Temporary Restraining Order, Plaintiff Standard Insurance Company submits the attached Injunction Bond in the amount of $15,000.00. *See* Attached Bond. The Bond is Bond Number 70196128 and is effective as of November 10, 2006.

Dated: November 10, 2006               Respectfully submitted,

                                               JORDEN BURT, LLP

                        By:   /s/ Sheila J. Carpenter
                              Sheila J. Carpenter (D.C. Bar No. 935742)
                              1025 Thomas Jefferson Street, N.W.
                              Suite 400 East
                              Washington, D.C.  20007-5208
                              Telephone: 202-965-8165
                              Facsimile:  202-965-8104
                              Email: sjc@jordenusa.com

Attorneys for Plaintiff
Standard Insurance Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly the Court will send notice of this filing electronically to Harry A. Suissa at suissalaw@aol.com.

   /s/ Sheila J. Carpenter
Sheila J. Carpenter

# Western Surety Company

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Standard Insurance Company

                Plaintiff(s),

v.

Raleigh L. Burch, Jr.

                Defendant(s).

Case No. _____

**TEMPORARY RESTRAINING ORDER BOND**

(Rule of Civil Procedure 65(c))

Bond No. 70196128

Effective Date: November 10, 2006

KNOW ALL PERSONS BY THESE PRESENTS:

That we, Standard Insurance Company, as Principal(s), and WESTERN SURETY COMPANY, a corporation authorized to do surety business in the District of Columbia, as Surety, are held and firmly bound unto the above-named Court, in the sum of not to exceed FIFTEEN THOUSAND AND 00/100 DOLLARS ($ 15,000.00), for the payment of which well and truly to be made, we bind ourselves and our legal representatives, firmly by these presents.

THE CONDITION of the above obligation is such that WHEREAS the Principal(s) has applied to the Court for a Temporary Restraining Order in this action and is required to give bond pursuant to U.S. District Court Rule of Civil Procedure 65 (c).

NOW, THEREFORE, if the Principal(s) shall pay such costs and damages as may be incurred or suffered by any party to this action who is found to have been wrongfully restrained, then this obligation to be void; otherwise to remain in full force and effect. In no event shall the total liability of the Surety for all breaches of the condition of this bond exceed the amount stated above.

Dated this 8th day of November, 2006

                STANDARD INSURANCE COMPANY, Principal

By _[signature]_

2ND VP & ASST Counsel, Principal

By _____

WESTERN SURETY COMPANY, Surety

By _[signature]_

Paul T. Bruflat, Senior Vice President