IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,**  )<br>)<br>*Plaintiff*,  )<br>v.  )<br>)<br>**RALEIGH L. BURCH, JR.,**  )<br>)<br>*Defendant*.  )<br>) | Case No.: 1:06-CV-1755-RMC |

**PRELIMINARY INJUNCTION**

WHEREAS, the Court has considered the Verified Complaint, sworn to October 13, 2006, Plaintiff Standard Insurance Company's ("Standard") Application for a *Temporary Restraining Order,* and the Memorandum of Law and Supplemental Memorandum of Law submitted in support thereof, and the Opposition thereto, and the entire record herein, and the Court has found that, absent such an injunction, Plaintiff will suffer immediate and irreparable harm, in that there is a substantial likelihood that Defendant will spend the Benefit and Standard will be unable to reclaim it; there is a substantial likelihood that Standard will prevail on the merits; an injunction will not substantially injure Defendant because Standard is not requesting to constrain any assets besides the Benefit paid; and further that an order should be entered in order to preserve the *status quo* until such time as entitlement to the Benefit can be determined, and

WHEREAS, the Court is of the opinion that the injunction should be issued; NOW, THEREFORE, IT IS ORDERED THAT:

2

    1.    The Defendant is enjoined from removing the remaining Life Insurance Benefit ("the Benefit") paid by Standard, or any portion of it, from the interest bearing Standard Secure Access Account ("the Account") which Standard established so that Defendant could cash checks on the Benefit following the death of Defendant's spouse Account.  Defendant is further enjoined from spending or transferring any funds from the Benefit that once were in or are now in any bank account, investment account or other financial account within Defendant's possession or control;

    2.    The Defendant is ordered to file an accounting with the Court detailing how the Defendant has spent the Benefit, and the location of funds from the Benefit (including the name and address of the financial institution, along with any account numbers) no later than November ___, 2006;

    3.    This Order is conditioned upon Standard continuing to give security in the form of a bond in the amount of Fifteen Thousand Dollars ($15,000) for such costs as may be incurred by Defendant if he is found to have been wrongfully restrained.


Dated:  Washington, D.C.
        _____ November, 2006
        _____ AM/PM


                              _____
                                United States District Judge