AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Standard Ins Co.

v.

Raleigh L. Burch, Jr. et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:06-CV-1755-RMC

TO: (Name and address of Defendant)

Kimberly A. Davila-Leftenant
1310 Kingsbury Drive
Bowie, MD 20721

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sheila J. Carpenter
Jorden Burt LLP
1025 Thos. Jefferson St. NW
Suite 400 East
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    11/15/2006

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11/26/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Viola Russell | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Husband - Iron Leetzman*

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 65.00 | 65.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/26/06              /s/ Viola J. Russell
                Date                    Signature of Server

3853 St. Barnabas Rd.
Suitland, Md. 20746
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.