AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Standard Insurance Company )
                           )
         Plaintiff(s)      )   **APPEARANCE**
                           )
                           )
         vs.               )   CASE NUMBER   1:06-CV-1755
Raleigh Burch, Jr.,        )
Ehuniz Davila and Kimberly Leftenant )
         Defendant(s)      )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Angela S. Robinson  as counsel in this
                                (Attorney's Name)

case for:  Ehuniz Davila and Kimberly Leftenant
           (Name of party or parties)

December 8, 2006
Date

                                    Signature

                                    Angela S. Robinson
                                    Print Name

477672                              152 Adams Street, NW
BAR IDENTIFICATION                  Address

                                    Washington, D.C.     20001
                                    City        State    Zip Code

                                    202-462-4440
                                    Phone Number