UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **STANDARD INSURANCE COMPANY,** | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) ) CA No.: 1:06-CV-1755-RMC |
| **RALEIGH L. BURCH, JR., et al.** | ) ) ) ) |
| *Defendant*. | ) ) |

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

Please enter the appearance of Robin Sanders as additional counsel for the Plaintiff, Standard Insurance Company.


Dated: December 11, 2006          Respectfully submitted,

/s/ Robin Sanders
Robin Sanders (Bar No. 481523)
JORDEN BURT LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, DC 20007-0805
Tel: (202) 965-8100
Fax: (202) 965-8104
rms@jordenusa.com
Attorney for Plaintiff
Standard Insurance Company

*171757*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed via the electronic case filing system of the United States District Court for the District of Columbia on this 11th day of December, 2006 and accordingly the Court will send notice of this filing electronically to Harry A. Suissa and Angela Robinson.

/s/ Robin Sanders
Robin Sanders

*171757*