UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>RALEIGH L. BURCH, JR., *et al.*,<br><br>*Defendants*. | Case No.: 1:06-CV-1755 (RMC) |

**PLAINTIFF STANDARD INSURANCE COMPANY'S REQUEST TO OFFER
LIVE TESTIMONY AT THE HEARING ON
<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

Plaintiff Standard Insurance Company (Standard), by its counsel, and pursuant to Local Rule 65.1(d), files this Request to Offer Live Testimony at the Hearing on Standard's Motion for Preliminary Injunction and states as follows:

1. That a hearing on Standard's Motion for a Preliminary Injunction is presently scheduled in this Court for December 21, 2006 at 9:30 am.

2. That Standard's list of witnesses is as follows:

    a.    Barbara A. Durham,    720 Hamilton Street, NW
            Mother of Insured          Washington, D.C.  20011
                                                202-829-8167 (h)

    b.    Laura Greer                    8047 Felecity Court
            Nurse who attended insured    Springfield, VA  22153
                                                phone number unknown

3. That the direct examination of these witnesses is expected to take a total of no more thirty (30) minutes.

4. The testimony of these witnesses will not cause undue delay.

5. The testimony of these witnesses will not be a waste of time.

6. The testimony of these witnesses will not be a needless presentation of cumulative evidence.

WHEREFORE, Plaintiff Standard requests:

A. That the Court allow the above-mentioned witnesses to testify at the hearing on Standard's Motion for Preliminary Injunction, presently scheduled in this court for December 21, 2006 at 9:30 am.

B. That Standard be awarded such other and further relief as the nature of its cause may require.

                                      Respectfully submitted,

DATED: December 15, 2006        JORDEN BURT, LLP

By: /s/ Sheila J. Carpenter
Sheila J. Carpenter (D.C. Bar No. 935742)
Email: sjc@jordenusa.com
Robin M. Sanders (D.C. Bar No. 481523)
Email: rms@jordenusa.com
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007-5208
Telephone: 202-965-8165
Facsimile: 202-965-8104

Attorneys for Plaintiff
Standard Insurance Company

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 15th day of December, 2006, a copy of the foregoing **Request to Offer Live Testimony at the Hearing on Plaintiff's Motion for Preliminary Injunction** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Angela Robinson, Esquire, at angela.robinson@asrobinson.net and Harry A. Suissa at suissalaw@aol.com.


                                                                            /s/
                                                   Sheila J. Carpenter