IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY, | ) |
| *Plaintiff*, | ) |
| v. | ) CA No.: 1:06-CV-1755 |
| RALEIGH L. BURCH, JR., | ) |
| EHUNIZ DAVILA | ) |
| and | ) |
| KIMBERLEY LEFTENANT, | ) |
| *Defendants*. | ) |

**DEFENDANTS LEFTENANT AND DAVILA'S REQUEST TO OFFER LIVE TESTIMONY AT THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

COME NOW Defendants Kimberley Leftenant and Ehuniz Davila, by and through counsel, and pursuant to Local Rule 65.1(d), file this Defendant's Request to Offer Live Testimony at the Hearing on Plaintiff's Motion for Preliminary Injunction and hereby states as follows:

1. That a hearing on Plaintiff's request for a Preliminary Injunction is presently scheduled in this Court for December 21, 2006 at 9:30 am.

2. That Defendants Leftenant and Davila's list of witnesses is as follows:

   a. Joseph Zarek                           5201 Pole Rd
      Certified Forensic Document   Alexandria, VA  22309
      Examiner & Handwriting         703-772-9133
      Expert

  b. Laura Greer  8047 Felicity Court
    Nurse who attended insured  Springfield, VA 22153
      phone number unknown

  c. Barbara A. Durham,  720 Hamilton Street, NW
    Mother of Insured  Washington, D.C. 20011
      202-829-8167 (h)

  d. Leon Leftenant,  1310 Kingsbury Drive
    Son-in-Law of Insured  Bowie, Maryland 20721
      301-218-8031 (h)

3. That Mr. Zarek is expected to testify as to the authenticity of the signature of the insured, Priscilla Davila, on the second designation of beneficiary (PL's Compl. Ex. C).

4. That Mrs. Greer is expected to testify as to the authenticity of the signature of the insured, Priscilla Davila, on the second designation of beneficiary (PL's Compl. Ex. C).

5. That Ms. Durham is expected to testify as to the authenticity of the signature of the insured, Priscilla Davila, on the second designation of beneficiary (PL's Compl. Ex. C), and as to the estrangement of Defendant Raleigh Burch and the insured.

6. That Mr. Leftenant is expected to testify as to the estrangement of Defendant Raleigh Burch and the insured.

7. That the direct examination of these witnesses is expected to take a total of no more than one and a half (1.5) hours.

8. The testimony of these witnesses will not cause undue delay.

9. The testimony of these witnesses will not be a waste of time.

10. The testimony of these witnesses will not be a needless presentation of cumulative evidence.

WHEREFORE, Defendants Leftenant and Davila request:

A. That the court allow the above mentioned witnesses to testify at the hearing on Plaintiff's request for Preliminary Injunction, presently scheduled in this court for December 21, 2006 at 9:30 am.

B. That Defendants Leftenant and Davila be awarded such other and further relief as the nature of their cause may require.

DATED: December 18, 2006              Respectfully submitted,

                                                      /s/
Angela S. Robinson (D.C. Bar No. 477672)
A.S. ROBINSON & ASSOCIATES, PLLC
152 Adams Street, NW
Washington, DC 20001
angela.robinson@asrobinson.net
202-462-4440 (o)

Attorney for Defendants Leftenant and Davila

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 18th day of December, 2006, a copy of the foregoing **Defendants Leftenant and Davila's Request to Offer Live Testimony at the Hearing on Plaintiff's Motion for Preliminary Injunction** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila J. Carpenter at sjc@jordenusa.com, Robin M. Sanders at rms@jordenusa.com, and Harry A. Suissa at suissalaw@aol.com.

                                                                                    /s/
                                                            Angela S. Robinson