## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,** | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) |
| **v.** | ) |
| | ) **Case No.:  1:06-CV-1755-RMC** |
| **RALEIGH L. BURCH, JR.,** *et al.* | ) |
| | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

### STANDARD INSURANCE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS LEFTENANT AND DAVILA'S COUNTERCLAIMS

Plaintiff-Counterclaim Defendant Standard Insurance Company ("Standard") hereby files its Answer and Affirmative Defenses in response Defendants-Counterclaim Plaintiffs Leftenant and Davila's Counterclaims ("Counterclaim").  As its Answer and Affirmative Defenses, Standard states as follows:

31.    The allegations in Paragraph 31 of the Counterclaim are non-substantive and require no response; to the extent any response is required, Standard lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 31 and, therefore, denies the same.[1]

32.    Standard states that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 32 and, therefore, denies the same.

---

[1] The numbered paragraphs in Standard's Answer and Affirmative Defenses correspond to the numbered paragraphs in Defendants Leftenant and Davila's Answer to Verified Amended Complaint of Plaintiff Standard Insurance ("Defendants Answer").  The Counterclaim allegations begin at Paragraph 31, and so does Standard's Answer to such allegations.

33.   Standard states that Paragraph 33 of the Counterclaim contains legal conclusions to which no response is required; to the extent any response is required, Standard denies the allegations in Paragraph 33.

34.   Standard states that Paragraph 34 of the Counterclaim contains legal conclusions to which no response is required; to the extent any response is required, Standard denies the allegations in Paragraph 34.

35.   Standard denies the allegations in Paragraph 35 of the Counterclaim.

36.   Standard admits that it has not paid Defendants Leftenant and Davila the amounts alleged in Paragraphs 33 and 34 of the Counterclaim.   Standard denies the remaining allegations in Paragraph 36 of the Counterclaim.

## GENERAL DENIAL

To the extent not specifically admitted, Standard denies each and every allegation in the Counterclaim, whether or not specifically referred to herein.

## AFFIRMATIVE DEFENSES

Standard states the following affirmative defenses to the Counterclaim:

### First Affirmative Defense
### (Failure to State a Claim
### Upon Which Relief Can Be Granted)

The Counterclaim fails to state any claim upon which relief can be granted.

### Second Affirmative Defense
### (Contractual Provisions and Conditions)

Defendants Leftenant and Davila's claims are barred by the terms and conditions of the Standard issued Group Policy 641332-A that was in effect at the time relevant to such claims.

**<u>Third Affirmative Defense</u>**
**(No Breach of Duty)**

Standard denies that it has breached any duty or obligation allegedly owed to Defendants Leftenant and Davila.

**<u>Fourth Affirmative Defense</u>**
**(Parol Evidence Rule)**

Defendants Leftenant and Davila's claims are barred by the parol evidence rule.

Standard reserves the right to assert additional affirmative defenses as may be disclosed during the course of additional investigation and discovery.

WHEREFORE, Standard respectfully requests that the Court dismiss the Counterclaim with prejudice, award attorneys' fees and costs as permitted by law and award any further relief as the Court deems necessary and proper.

Respectfully submitted,

DATED:  December 29, 2006        JORDEN BURT LLP

By:     /s/ Sheila J. Carpenter
Sheila J. Carpenter (D.C. Bar No. 935742)
Email:  sjc@jordenusa.com
Robin M. Sanders (D.C. Bar No. 481523)
Email:  rms@jordenusa.com
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C.  20007-5208
Telephone: 202-965-8165
Facsimile:  202-965-8104

Attorneys for Plaintiff
Standard Insurance Company

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 29th day of December, 2006, a copy of the foregoing **Answer to Defendants Leftenant and Davila's Counterclaim and Affirmative Defenses** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to:  Angela Robinson, Esquire, at angela.robinson@asrobinson.net and Harry A. Suissa at suissalaw@aol.com.


_____/s/_____
Sheila J. Carpenter