UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANDARD INSURANCE COMPANY, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>RALEIGH L. BURCH, JR., *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No.: 1:06-CV-1755 (RMC) |

**PLAINTIFF STANDARD INSURANCE COMPANY'S
CONSENT MOTION TO CONTINUE SCHEDULING CONFERENCE**

Plaintiff Standard Insurance Company (Standard), by its counsel, moves this Court to continue the Scheduling Conference currently set for March 30, 2007 and states as follows:

1. That the Initial Scheduling Conference in this case was scheduled by this Court for Friday, March 30, 2007 at 11:15 a.m.

2. That Standard's lead counsel has a longstanding commitment to be in Chicago that morning.

3. That counsel have conferred and agreed that the Initial Scheduling Conference could be held on April 12, 2007 or April 18, 2007 late in the afternoon if that is convenient for the Court.

4. Ms. Robinson, attorney for defendants Kimberley Leftenant and Ehuniz Davila, and Mr. Suissa, attorney for Defendant Raleigh Burch, consent to this Motion.

A proposed order is attached hereto.

WHEREFORE, Plaintiff Standard respectfully requests:

A. That the Court postpone the Initial Scheduling Conference set for March 30, 2007.

B. That the conference be rescheduled for April 12 or 18, 2007, late in the afternoon if that is convenient for the Court.

Respectfully submitted,

DATED: February 20, 2007    JORDEN BURT LLP

By:    /s/ Sheila J. Carpenter
Sheila J. Carpenter (D.C. Bar No. 935742)
Email: sjc@jordenusa.com
Robin M. Sanders (D.C. Bar No. 481523)
Email: rms@jordenusa.com
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007-5208
Telephone: 202-965-8165
Facsimile: 202-965-8104

Attorneys for Plaintiff
Standard Insurance Company

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 20th day of January, 2007, a copy of the foregoing **Motion** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Angela Robinson, Esquire, at angela.robinson@asrobinson.net and Harry A. Suissa at suissalaw@aol.com.


                _____/s/_____
                Sheila J. Carpenter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **STANDARD INSURANCE COMPANY,** | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No.:  1:06-CV-1755 (RMC) |
| **RALEIGH L. BURCH, JR.,** *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) ) ) | |

**ORDER TO CONTINUE SCHEDULING CONFERENCE**

The Court has considered the Motion of Plaintiff Standard Insurance Company to continue the Initial Scheduling Conference currently set for March 30, 2007, the consent of the defendants thereto and the record herein.  It is this ___ day of _____, 2007

**ORDERED** that the Initial Scheduling Conference is postponed until April __, 2007 at ___ p.m.  All other provisions of this Court's Order of February 16, 2007 remain the same.

_____
ROSEMARY M. COLLYER
United States District Judge