UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,** )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**RALEIGH L. BURCH, JR.,** *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No.: 1:06-CV-1755 (RMC) |

## PLAINTIFF'S SUPPLEMENT TO MEET AND CONFER REPORT

The undersigned counsel for Plaintiff Standard Insurance Company and counsel for Defendants Raleigh Burch, Ehuniz L. Davila and Kimberly A. Davila-Leftenant had an additional conference on June 11, 2007 at the courthouse and discussed scheduling matters. It was agreed by all parties that modest modification to the expert and discovery schedules was warranted in light of counsel's schedules. While the dispositive motions and subsequent deadlines are the same as proposed with the initial Meet and Confer Report, the proposed scheduling order attached hereto moves the discovery and expert deadlines back about a month.

Date: July 5, 2007                                           Respectfully submitted,

                                                             */s/ Sheila J. Carpenter*
                                                             Sheila J. Carpenter

        D.C. Bar No. 935742
        sjc@jordenusa.com
        Robin M. Sanders
        D.C. Bar No. 481523
        rms@jordenusa.com
        Jorden Burt LLP
        1025 Thomas Jefferson St. NW
        Suite 400 East
        Washington, D.C.  20007
        202-965-8100
        202-965-8104 (fax)

        Attorneys for Plaintiff
        Standard Insurance Company

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July, 2007, a copy of the foregoing **Plaintiff's Supplement to Meet and Confer Report with attached proposed order** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to:  Angela Robinson, Esquire, at angela.robinson@asrobinson.net and Harry A. Suissa at suissalaw@aol.com.


        /s/ *Sheila J. Carpenter*
        Sheila J. Carpenter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,** )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**RALEIGH L. BURCH, JR.,** *et al.*, )<br>)<br>)<br>*Defendants*. )<br>) | Case No.: 1:06-CV-1755 (RMC) |

**SCHEDULING ORDER**

It is this ___ day of _____, 2007 **ORDERED** that the following schedule shall apply to this case, *nunc pro tunc*:

1. The parties shall have until May 16, 2007 to join additional parties and amend pleadings.

2. F.R.Civ.P 26(a)(1) disclosures are waived.

3. The cutoff for fact discovery is October 19, 2007.

4. Expert reports are due September 14, 2007, with rebuttal reports due October 5, 2007.

5. Expert depositions may be taken and the expert discovery cutoff is October 19, 2007.

6. Dispositive motions shall be due October 29, 2007, the oppositions due November 28, 2007, and the replies due December 19, 2007. The Court will endeavor to rule on the motions by February 28, 2008.

7. Date for the pretrial conference: April __, 2008 at ____ .m.

- 1 -

        8.        Pretrial statements shall be filed and served no later than _____, 2008.

        9.        Trial will be set on the first available date after _____, 2008.

_____
Rosemary M. Collyer
United States District Judge

Copies to:

Sheila J. Carpenter
Robin M. Sanders
Jorden Burt LLP
1025 Thomas Jefferson St. NW
Suite 400 East
Washington, D.C. 20007

Harry A. Suissa
8720 Georgia Avenue
Suite 1010
Silver Spring, MD 20910

Angela S. Robinson
A.S. Robinson & Associates, PLLC
152 Adams Street, NW
Washington, D.C. 20001