IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| **Standard Insurance Company** * | | |
| * | | |
| Plaintiff * | | |
| * | | |
| vs. * | **Case No.:** 1:06-CV-01755-RMC | |
| * | **Judge**: Rosemary M. Collyer | |
| **Raleigh L. Burch, Jr.** * | | |
| * | | |
| Defendant * | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that I served on all counsel or pro se parties hereto, on this 12th day of September 2007 **Defendant Raleigh L. Burch Jr.'s Interrogatories to Defendant Standard Insurance Company**, **Defendant Raleigh L. Burch Jr.'s Request for Production of Documents to Defendant Standard Insurance Company**, **Defendant Raleigh L. Burch Jr.'s Interrogatories to Defendant Ehuniz Davila**, **Defendant Raleigh L. Burch Jr.'s Request for Production of Documents to Defendant Ehuniz Davila**, **Defendant Raleigh L. Burch Jr.'s Interrogatories to Defendant Kimberly Leftenant**, and **Defendant Raleigh L. Burch Jr.'s Request for Production of Documents to Defendant Kimberly Leftenant** and that I will retain the originals of these documents in my possession without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Respectfully submitted,

_____/s/_____

Harry A. Suissa, Esquire  
Attorney No.: SU1995  
8720 Georgia Avenue, Suite 1010  
Silver Spring, Maryland 20910  
(301) 589-1600  
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of September 2007, a copy of the foregoing **Notice of Service of Discovery** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila Jane Carpenter at Jorden Burt, LLP, 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007, email: sjc@jordenusa.com and to Angela S. Robinson at 152 Adams Street, NW, Washington, DC 20001, email: angela.robinson@asrobinson.net.

/s/  
Harry A. Suissa