IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| **Standard Insurance Company** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | **Case No.:** 1:06-CV-01755-RMC |
| | * | **Judge**: Rosemary M. Collyer |
| **Raleigh L. Burch, Jr.** | * | |
| | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT RALEIGH L. BURCH JR.'S DESIGNATION OF EXPERT WITNESS

COMES NOW Defendant, Raleigh L. Burch Jr., by and through his attorney, Harry A. Suissa, and pursuant to Fed. R. Civ. P. 26(a)(2), files this Designation of Expert Witnesses.  Defendant Burch reserves the right to name any additional experts that may become necessary after reviewing any and all discovery material provided by any other party in connection with the above-captioned matter. Further, Defendant Burch reserves the right to designate additional experts witnesses after reviewing all expert reports submitted by any other party in connection with the above-captioned matter.

Defendant Burch names the following expert witness:

1. Katherine M. Koppenhaver
   Forensic Document Examiners, Inc.
   P.O. Box 324
   Joppa, Maryland 21055
   410-679-8257

Mrs. Koppenhaver is expected to testify as to the authenticity of the signature of the insured, i.e. Priscilla Davila, on the second designation of beneficiary (Pl.'s Compl. Ex. C) as compared with the signature of the insured, i.e.

Priscilla Davila-Burch, on the first designation of beneficiary (Pl.'s Compl. Ex. B). That is, whether both documents were signed by the same person.

    Mrs. Koppenhaver report is being provided to all other parties in this matter, contemporaneously with this Designation of Expert Witnesses. Also provided is Mrs. Koppenhaver's Curriculum Vitae, which includes a list of her publications. Defendant Burch reserves the right to file any supplemental reports prepared by Mrs. Koppenhaver in connection with the above-captioned matter.

    Respectfully submitted,

    /s/
Harry A. Suissa
DC Bar No.: 962407
8720 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910
(301)589-1600
Attorney for Defendant Burch

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 14th day of September 2007, a copy of the foregoing **Defendant Raleigh L. Burch Jr.'s Designation of Expert Witness** was sent via first class mail, postage pre-paid to: Sheila Jane Carpenter at Jorden Burt, LLP, 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007, and to Angela S. Robinson at 152 Adams Street, NW, Washington, DC 20001.

    /s/
Harry A. Suissa