IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> RALEIGH L. BURCH, JR., ) <br> ) <br> EHUNIZ DAVILA ) <br> ) <br> and ) <br> ) <br> KIMBERLEY LEFTENANT, ) <br> ) <br> *Defendants*. ) | CA No.:  1:06-CV-1755 |

## DEFENDANTS LEFTENANT AND DAVILA'S DESIGNATION OF EXPERT WITNESS

COME NOW Defendants Kimberley Leftenant and Ehuniz Davila, by and through counsel, and pursuant to Fed. R. Civ. P. 26(a)(2), file this Defendants Leftenant and Davila's Designation of Expert Witness.  Defendants Leftenant and Davila reserve the right to designate additional expert witnesses upon completing review of all expert reports put forward by any other party in this case.

Defendants Leftenant and Davila identify the following expert witness as follows:

        1.        John W. Hargett, III
                      John Hargett Associates, LLC
                      Forensic Document Examiner
                      3004 Courtside Road
                      Mitchellville, MD 20721-2525
                      301-218-1491 (voice/fax)

Mr. Hargett is expected to testify as to the authenticity of the signature of the insured, Priscilla Davila, on the March 2, 2006 Designation of Beneficiary form (PL's Compl. Ex. C).

Mr. Hargett's report of August 2, 2007 is being provided to the other parties in this case concurrently herewith.

DATED: September 13, 2007                    Respectfully submitted,

                                                  /s/
Angela S. Robinson (D.C. Bar No. 477672)
A.S. ROBINSON & ASSOCIATES, PLLC
152 Adams Street, NW
Washington, DC 20001
angela.robinson@asrobinson.net
202-462-4440
202-462-3663 (fax)

Attorney for Defendants Leftenant and Davila

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of September, 2007, a copy of the foregoing Defendants Leftenant and Davila's Designation of Expert Witness with attachments was filed via U.S. Mail to:

Sheila J. Carpenter
Robin M. Sanders
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC  20007-5208

Harry Allan Suissa
8720 Georgia Avenue, Suite 1010
Silver Spring, MD 20910

I HEREBY FURTHER CERTIFY that on the 17th day of September, 2007, a copy of the foregoing Defendants Leftenant and Davila's Designation of Expert Witness was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila J. Carpenter at sjc@jordenusa.com, Robin M. Sanders at rms@jordenusa.com, and Harry A. Suissa at suissalaw@aol.com.

                                                  /s/
                                       Angela S. Robinson