IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| **Standard Insurance Company** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | **Case No.:** 1:06-CV-01755-RMC |
| | * | **Judge**: Rosemary M. Collyer |
| **Raleigh L. Burch, Jr.** | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT BURCH'S MOTION TO EXTEND THE TIME IN WHICH TO FILE A REBUTTAL EXPERT REPORT AND TO EXTEND THE FACT DISCOVERY CUT OFF DATE

COMES NOW Defendant, Raleigh L. Burch, Jr., by and through his attorney, Harry A. Suissa, Esq., and respectfully requests that this court allow him additional time in which to file a rebuttal expert report and to extend the fact discovery cut off date and as grounds therefore hereby states as follows:

1. That Sheila Carpenter, Attorney for Plaintiff, does not object to a modest extension of the discovery deadline.

2. That at the time of the filing of this Motion Angela Robinson, Attorney for Defendants Kimberly Leftenant and Ehuniz Danila, did not inform undersigned counsel whether or not she had spoken with her clients regarding their position on this Motion.

3. That contemporaneously with the filing of this Motion, Defendant Burch is forwarding to opposing counsel, his expert's preliminary rebuttal report.

4. That in order for Defendant Burch's expert to complete her rebuttal

report she needs to inspect certain original documents identified in Kimberly Leftenant and Ehuniz Danila's expert's report. Please see Katherine M. Koppenhaver's letter dated October 3, 2007, attached hereto as exhibit "A."

5. That contemporaneously with the filing of this Motion, Defendant Burch is filing a Supplemental Request for Production of Documents to Defendants Ehuniz Davila and Kimberley Leftenant, requesting only to inspect the original documents as set forth in Ms. Koppenhaver's letter dated October 3, 2007.

6. That Defendant Burch did not know and could not have known that his expert needed to inspect these additional documents until his expert had a chance to review Defendants Ehuniz Davila and Kimberley Leftenant expert's report.

7. That Defendant Burch is requesting additional time to file his final rebuttal report and additional time to obtain fact discovery from Defendants Ehuniz Davila and Kimberley Leftenant, for the sole purpose of allowing his expert to review the original documents identified in her letter of October 3, 2007.

Respectfully submitted,

          /s/
Harry A. Suissa, Esquire
DC Bar No.: 962407
8720 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910
(301) 589-1600

                                      Attorney for Defendant

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 5th day of October 2007, a copy of the foregoing **Defendant Burch's Motion to Extend the Time in Which to File a Rebuttal Expert Report and to Extend the Fact Discovery Cut off Date** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila Jane Carpenter at Jorden Burt, LLP, 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007, email: sjc@jordenusa.com and to Angela S. Robinson at 152 Adams Street, NW, Washington, DC 20001, email: angela.robinson@asrobinson.net.

                                      /s/
                                     Harry A. Suissa

# *Forensic Document Examiners, Inc.*

October 3, 2007

Harry A. Suissa, Esquire
8720 Georgia Avenue
Suite 1010
Silver Spring, Maryland 20910

RE: Standard Insurance Company vs. Raleigh L. Burch, Jr.

Dear Mr. Suissa:

I would like to review the original of the following documents in order to complete my report.

1. The Power of Attorney dated 3/22/06.
2. Authorization to Release Medical Information dated 2/13/06.
3. Kaiser Permanente Verification of Treatment dated 3/7/06.
4. Kaiser Permanente Verification of Treatment dated 2/15/06.
5. Kaiser Permanente Verification of Treatment dated 2/8/06.
6. Washington Hospital Center Patient Consents and Releases dated 2/20/06.
7. Washington Hospital Center Patient Consents and Releases dated 2/1/06.
8. Washington Hospital Center Discharge dated 2/4/06.
9. Letter to Dr. Wong dated 3/18/06.

Thank you very much.

Sincerely,

Katherine M. Koppenhaver
Certified Document Examiner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| **Standard Insurance Company** | * | |
| Plaintiff | * | |
| vs. | * | **Case No.:** 1:06-CV-01755-RMC |
| | * | **Judge**: Rosemary M. Collyer |
| **Raleigh L. Burch, Jr.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

_____UPON CONSIDERATION of Defendant Burch's Motion to Extend the Time in Which to File a Rebuttal Expert Report and to Extend the Fact Discovery Cut off Date, it is this____ day of _____, 2007,

ORDERED, that Defendant's Request be and is hereby

GRANTED.

_____
United States District Judge,
Rosemary M. Collyer

*copies to:*

Harry A. Suissa
8720 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910

Sheila Jane Carpenter
1025 Thomas Jefferson Street, NW,
Suite 400 East
Washington, DC 20007

Angela S. Robinson
152 Adams Street, NW,
Washington, DC 20001