**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| **Standard Insurance Company** * | |
| * | |
| Plaintiff * | |
| * | |
| vs. * | **Case No.:** 1:06-CV-01755-RMC |
| * | **Judge**: Rosemary M. Collyer |
| **Raleigh L. Burch, Jr.** * | |
| * | |
| Defendant * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

## NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that I served on all counsel or pro se parties hereto, on the **5th day of October 2007**, via electronic mail to: Sheila Jane Carpenter at email: sjc@jordenusa.com and to Angela S. Robinson at email: angela.robinson@asrobinson.net., and on the **8th day of October 2007**, via facsimile to Sheila J. Carpenter at fax number 202-965-8104, via facsimile to Angela Robinson at fax number 202-462-3663, via Federal Express, overnight delivery to: Sheila Jane Carpenter at: 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007 and via Federal Express, overnight delivery to: Angela S. Robinson, 152 Adams Street, NW, Washington, DC 20001 **Defendant Raleigh L. Burch Jr.'s Supplemental Request for Production of Documents to Defendants Ehuniz Davila and Kimberley Leftenant** and **Defendant Burch's Preliminary Rebuttal Expert Report** and that I will retain the originals of these documents in my possession without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

                                              Respectfully submitted,

                                              /s/
                                      Harry A. Suissa, Esquire
                                      DC Bar No.: 962407
                                      8720 Georgia Avenue, Suite 1010
                                      Silver Spring, Maryland 20910
                                      (301) 589-1600
                                      Attorney for Defendant

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 8th day of October 2007, a copy of the foregoing **Notice of Service of Discovery** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila Jane Carpenter at Jorden Burt, LLP, 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007, email: sjc@jordenusa.com and to Angela S. Robinson at 152 Adams Street, NW, Washington, DC 20001, email: angela.robinson@asrobinson.net.

                                              /s/
                                      Harry A. Suissa