IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,** | ) )  ) |
| *Plaintiff*, | ) ) |
| v. | ) CA No.: 1:06-cv-01755 ) |
| **RALEIGH L. BURCH, JR.,** | ) ) |
| **EHUNIZ DAVILA** | ) ) |
| and | ) ) |
| **KIMBERLEY LEFTENANT,** | ) ) |
| *Defendants*. | ) ) |

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS LEFTENANT AND DAVILA

COMES NOW the law firm of A.S. Robinson & Associates, PLLC, by Angela S. Robinson, Principal thereof ("Petitioner"), and respectfully requests permission to withdraw as counsel for Defendants Kimberley Leftenant and Ehuniz Davila ("Defendants") in the above-styled action, and for the grounds of this motion says as follows:

1. That Defendants and Petitioner have irreconcilable differences over issues arising out of this litigation as well as over the management and direction of the litigation, and that Defendants have repeatedly indicated their intent to retain other representation.

2. That Petitioner suggests that under these circumstances, she is unable to represent Defendants, and therefore moves to withdraw as counsel of record in the above-styled action.

3. That Defendants received written notice of this intention to withdraw prior to submitting this request to the Court, as shown by the attached electronic mail communication of October 5, 2007.

4. That Defendants have been notified of all deadlines by electronic mail delivery of the July 11, 2007 Scheduling Order as well as the October 11, 2007 Discovery extension, which sets forth the applicable deadlines for this litigation.

5. That no trial date has been set in this action.

6. That all parties, through counsel, have been previously informed of the facts herein and do not object to Petitioner's withdrawal in this action.

7. Defendants' mailing addresses and contact information are:

| | |
|---|---|
| Kimberley Leftenant | Ehuniz Davila-Burch |
| 1310 Kingsbury Drive | 4312 G Street, SE |
| Bowie, Maryland  20721 | Washington, D.C. 20019 |
| 202-498-2440 (cell) | 202-215-5476 (cell) |
| 301-218-8032 (fax) | Shug86@excite.com |
| senoritadavila@comcast.net | |

WHEREFORE, Petitioner respectfully requests that an Order be entered permitting her to withdraw as attorney of record for Defendants.

DATED:  October 26, 2007                Respectfully submitted,

                            /s/
                        Angela S. Robinson (D.C. Bar No. 477672)

                        A.S. ROBINSON & ASSOCIATES, PLLC
                        152 Adams Street, NW
                        Washington, DC 20001
                        angela.robinson@asrobinson.net
                        202-462-4440, 202-462-3663 (fax)

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,** ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> **RALEIGH L. BURCH, JR.,** ) <br> ) <br> **EHUNIZ DAVILA** ) <br> ) <br> **and** ) <br> ) <br> **KIMBERLEY LEFTENANT,** ) <br> ) <br> *Defendants*. ) <br> ) | CA No.: 1:06-CV-1755 |

**ORDER PERMITTING WITHDRAWAL OF COUNSEL**

Counsel for Defendants Kimberley Leftenant and Ehuniz Davila ("Defendants") having submitted its Motion to Withdraw as Counsel of record for the Defendants in the above-styled matter, and it appearing that all requirements of Rule 83.6(c) of the U.S. District Court for the District of Columbia Local Court Rules have been satisfied, the Motion is hereby GRANTED.

So ORDERED this _____ day of October, 2007.

_____
Judge Rosemary M. Collyer
U.S. District Court for the District of
Columbia

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 26th day of October, 2007, a copy of the foregoing **Motion to Withdraw as Counsel for Defendants Leftenant and Davila** and **Proposed Order** were filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila J. Carpenter at sjc@jordenusa.com, Robin M. Sanders at rms@jordenusa.com, and Harry A. Suissa at suissalaw@aol.com,

    and via U.S. Mail electronic mail to:

        Kimberley Leftenant
        1310 Kingsbury Drive
        Bowie, Maryland  20721
        senoritadavila@comcast.net

        and

        Ehuniz Davila-Burch
        4312 G Street, SE
        Washington, D.C. 20019
        Shug86@excite.com

                              /s/
                        Angela S. Robinson

# Angela Robinson

| | |
|---|---|
| **From:** | Angela Robinson [angela.robinson@asrobinson.net] |
| **Sent:** | Friday, October 05, 2007 2:32 PM |
| **To:** | 'shug86@excite.com'; 'senoritadavila@comcast.net' |
| **Cc:** | 'tlc4me@comcast.net' |
| **Subject:** | Plan for Withdrawal of Appearance in Standard v. Burch et al |
| **Importance:** | High |
| **Attachments:** | 2007-10-05 Burch Fee Statement.pdf; Activity in Case 1:06-cv-01755-RMC STANDARD INSURANCE COMPANY v. BURCH Set Deadlines/Hearings |

**PRIVILEGED & CONFIDENTIAL COMMUNICATION**
**ATTORNEY WORK PRODUCT**
**ATTORNEY-CLIENT COMMUNICATION**

Kim and Ehuniz,

From my telephone conversation with Leon yesterday afternoon, I understand that you are in the process of retaining new counsel to represent you in Standard v. Burch et al. He indicated that you would call me back, but I have not heard from anyone yet. Nevertheless, this e-mail is to inform you of the activities that need to be completed to change counsel in this case.

The local court rules provide that I can withdraw my appearance by simple Notice "if another attorney has previously entered an appearance on behalf of the party." LCvR 83.6(b). Otherwise, "if the party is not represented by another attorney, an attorney may withdraw an appearance for a party only by order of the Court upon motion by the attorney served upon all parties to the case." LCvR 83.6(c). In the latter case, we then wait for the the judge to grant or deny the motion to withdraw and hope that no other parties oppose.

Meanwhile, you have several due dates approaching next week (which require time to satisfy), as well as an outstanding request from Burch regarding Expert Witness report rebuttals to which I do not know how to respond (see the e-mails that preceeded this one).

So your new attorney really needs to enter an appearance today, as the relevant due dates include:

- Expert Report Rebuttals from Standard and Burch due **Oct. 5, 2007**.

- Your responses to Burch's discovery due **Oct. 12, 2007**.

- You responses to Standard's discovery due **Oct. 19, 2007**.

- Status Conference scheduled for **Oct. 22, 2007** at **10:45 am** (counsel only).

- Dispositive Motions due **Oct. 29, 2007**.

- Oppositions due **Nov. 28, 2007**.

- Replies to Oppostions due **Dec. 19, 2007**.

Also, attached hereto is my invoice which covers services rendered through sending this e-mail. I request timely payment of this invoice and, under the circumstances, will not provide any additonal services until I am paid in full.

If I was aware of your intentions sooner, the transition could have been smoother, but you must now act quickly to ensure eveything is completed in a timely manner. Practically, I would have recommend that you continue to utilize me for the discovery phase, and then have your new attorney work on the MSJ and all other matters moving forward (a

party may be represented by more than one attorney in ECF).  I would withdraw just before the Oct. 22 Status Conference.  That would have been the best way to avoid any delays, or paying for duplicate services.

In any event, YOU must notify me of your plans regarding new counsel so I know whether to file a Notice or a Motion as discussed above.

Best regards.

Angela Robinson
Attorney at Law

_____
A.S. Robinson & Associates, PLLC
152 Adams Street, NW
Washington, D.C. 20001
202-462-4440 | 202-462-3663 (fax)
angela.robinson@asrobinson.net
www.asrobinson.net

CONFIDENTIALITY NOTICE:  This electronic message contains information from the sender which may be confidential or privileged.  The information is intended solely for the use of the individual(s) or entity(ies) named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this message.

IRS CIRCULAR 230 Disclosure:  Under U.S. Treasury regulations, we are required to inform you that any tax advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

10/18/2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,** | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | )    CA No.: 1:06-CV-1755 ) |
| **RALEIGH L. BURCH, JR.,** | ) ) |
| **EHUNIZ DAVILA** | ) ) |
| and | ) ) |
| **KIMBERLEY LEFTENANT,** | ) ) |
| *Defendants*. | ) ) |

**ORDER PERMITTING WITHDRAWAL OF COUNSEL**

Counsel for Defendants Kimberley Leftenant and Ehuniz Davila ("Defendants") having submitted its Motion to Withdraw as Counsel of record for the Defendants in the above-styled matter, and it appearing that all requirements of Rule 83.6(c) of the U.S. District Court for the District of Columbia Local Court Rules have been satisfied, the Motion is hereby GRANTED.

So ORDERED this _____ day of October, 2007.

                                                                                                                _____
                                                                                                                Judge Rosemary M. Collyer
                                                                                                                U.S. District Court for the District of Columbia