IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **Standard Insurance Company** * | |
| * | |
| Plaintiff * | |
| * | |
| vs. * | **Case No.:** 1:06-CV-01755-RMC |
| * | **Judge**: Rosemary M. Collyer |
| **Raleigh L. Burch, Jr.** * | |
| * | |
| Defendant * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT BURCH'S SECOND MOTION TO EXTEND THE TIME IN WHICH TO FILE A REBUTTAL EXPERT REPORT UNTIL SUCH TIME AS DEFENDANTS RESPOND TO BURCH'S SUPPLEMENTAL DOCUMENT REQUEST AND TO EXTEND THE FACT DISCOVERY CUT OFF DATE FOR AN ADDITIONAL TWO WEEKS**

COMES NOW Defendant, Raleigh L. Burch, Jr., by and through his attorney, Harry A. Suissa, Esq., and respectfully requests that this court allow him additional time in which to file a rebuttal expert report and to extend the fact discovery cut off date and as grounds therefore hereby states as follows:

1. That Sheila Carpenter, Attorney for Plaintiff, consents to this Motion.

2. That Angela Robinson, Attorney for Kimberley Leftenant and Ehuniz Davila-Burch, does not object to this Motion.

3. That on or about October 8, 2007, Defendant Burch forwarded to Defendants' counsel, Angela Robinson, his Supplemental Request for Production of Documents to Defendants Ehuniz Davila and Kimberley Leftenant.

4. That in said Supplemental Request Defendant Burch is only requesting to examine certain original documents used by

        Defendants Davila and Leftenant's expert, John Hargett, in preparing his report.

5. That in order for Defendant Burch's expert to complete her rebuttal report she needs to inspect the original documents requested in Burch's Supplemental Request.

6. That Defendants Davila and Leftenant have not responded to Defendant Burch's Supplemental Request.

7. That Angela Robinson has filed a Motion to Withdraw as counsel for Defendants Davila and Leftenant, which has not been ruled on as of the filing of this Motion.

8. That Angela Robinson has indicated that her clients Davila and Leftenant are non-responsive to her attempts at communicating with them and thus had no indication of when they will produce the requested documents.

9. That once the documents requested in Burch's Supplemental Request are provided by Defendants Davila and Leftenant, Burch's expert will need additional time to review the documents and prepare her rebuttal report.

10. That there was some confusion between Plaintiff's counsel and Defendant Burch's counsel in regard to Plaintiff's discovery requests to Defendant Burch. That is, counsel for Plaintiff emailed their requests on or about September 13, 2007, however, Defendant's counsel has no record or recollection of every receiving said email.

    This was not discovered until on or about October 29, 2007, when counsel for Plaintiff email their requests again, and this time they were received by Defendant's counsel.

11.  That Defendant Burch needs additional time in which to comply with Plaintiff's discovery requests.

12.  That Defendant Burch's discovery responses to Defendant's Davila and Leftenant are almost complete and Burch merely needs to meet with counsel to review, finalize and sign his answers.

13.  Counsel expects to meet with Burch in the very near future, i.e. within Five (5) days from the date of this letter.

WHEREFORE, Defendant Burch requests:

A.  That he be permitted to file his expert's rebuttal report Two (2) weeks after Defendant Davila and Leftenant comply with his Supplemental Request for Production of Documents.

B.  That the fact discovery cut off date be extended an additional Two (2) weeks to allow Burch additional time to meet with counsel to finalize his discovery responses.

C.  For such other and further relief as the nature of his cause may require.

                    Respectfully submitted,

                          /s/
                    Harry A. Suissa, Esquire
                    DC Bar No.: 962407
                    8720 Georgia Avenue, Suite 1010

Silver Spring, Maryland 20910
(301) 589-1600
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of November 2007, a copy of the foregoing **Defendant Burch's Second Motion to Extend the Time in Which to File a Rebuttal Expert Report until Such Time as Defendants Respond to Burch's Supplemental Document Request and to Extend the Fact Discovery Cut off Date for an Additional Two Weeks** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila Jane Carpenter at Jorden Burt, LLP, 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007, email: sjc@jordenusa.com and to Angela S. Robinson at 152 Adams Street, NW, Washington, DC 20001, email: angela.robinson@asrobinson.net.

/s/
Harry A. Suissa

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| **Standard Insurance Company** | * | |
| Plaintiff | * | |
| vs. | * | **Case No.:** 1:06-CV-01755-RMC |
| | * | **Judge**: Rosemary M. Collyer |
| **Raleigh L. Burch, Jr.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

\_\_\_\_\_UPON CONSIDERATION of Defendant Burch's Second Motion to Extend the Time in Which to File a Rebuttal Expert Report until Such Time as Defendants Respond to Burch's Supplemental Document Request and to Extend the Fact Discovery Cut off Date for an Additional Two Weeks, it is this\_\_\_\_ day of _____, 2007,

ORDERED, that Defendant's Request be and is hereby

GRANTED, and it is further;

ORDERED, that Defendant Burch be permitted to file his expert's rebuttal report two (2) weeks after Defendants Davila and Leftenant comply with his Supplemental Document Request, and it is further;

ORDERED, that the fact discovery cut off date be extended an additional two (2) weeks.

_____
United States District Judge,
Rosemary M. Collyer

***copies to:***

Harry A. Suissa
8720 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910

Sheila Jane Carpenter
1025 Thomas Jefferson Street, NW,
Suite 400 East
Washington, DC 20007

Angela S. Robinson
152 Adams Street, NW,
Washington, DC 20001