IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| **Standard Insurance Company** * | | |
| * | | |
| Plaintiff * | | |
| * | | |
| vs. * | Case No.: 1:06-CV-01755-RMC | |
| * | Judge: Rosemary M. Collyer | |
| **Raleigh L. Burch, Jr.** * | | |
| * | | |
| Defendant * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that I served on all counsel or pro se parties hereto, on this 12th day of November 2007 **Defendant Raleigh L. Burch Jr.'s Responses to Defendants Davila and Leftenant's Request for Production of Documents, Defendant Raleigh L. Burch Jr.'s Answers to Defendants Davila and Leftenant's Interrogatories** and **Defendant Raleigh L. Burch Jr.'s Responses to Plaintiff Standard Insurance Company's Discovery Requests** and that I will retain the originals of these documents in my possession without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Respectfully submitted,

/s/
Harry A. Suissa, Esquire
8720 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910
(301) 589-1600
Attorney for Defendant Burch

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 12th day of November 2007, a copy of the foregoing **Notice of Service of Discovery** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila Jane Carpenter at Jorden Burt, LLP, 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007, email: sjc@jordenusa.com and to Angela S. Robinson at 152 Adams Street, NW, Washington, DC 20001, email: angela.robinson@asrobinson.net.

                                                 /s/
                                             Harry A. Suissa