UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STANDARD INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 1:06-CV-1755 |
| | * | |
| RALEIGH L. BURCH, JR. | * | |
| | * | |
| Defendant. | * | |

*******************************************

## MOTION TO ENTER APPEARANCE
## FOR KIMBERLEY LEFTENANT AND EHUNIZ DAVILA

COMES NOW, Rev. Uduak James Ubom, Esq., and enters appearance for Defendant's

KIMBERLEY LEFTENANT AND EHUNIZ DAVILA, in the above cited case.

_____/s/_____

Rev. Uduak James Ubom, Esq. (D.C. Bar 449102)
7600 Georgia Ave. NW., Suite 411
Washington, DC 20012
Tel. (202) 723-8900
Fax (202) 723-5790
Attorneys for Plaintiff


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2007, I caused a true and accurate copy of the forgoing Motion to enter appearance to be served, electronically, via ECF filing upon; Harry A. Suissa, Esq.,, 8720 Georgia Avenue, Suite 1010, Silver Spring, MD 20910; Sheila Carpenter, Esq., 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007

_____/s/_____
Rev. Uduak James Ubom, Esq.