UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,** )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**RALEIGH L. BURCH, JR.,** *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No.: **1:06-CV-1755 (RMC)** |

NOTICE OF SERVICE OF SUBPOENAE BY
**PLAINTIFF STANDARD INSURANCE COMPANY**

Plaintiff Standard Insurance Company, by its attorneys, hereby provides notice that the following banks have been served with subpoenae for the production of documents:

Bank of America
Chevy Chase Bank
Wachovia Bank

Copies of the subpoenae and returns of service are attached hereto. None of the banks has timely responded to the subpoenae or requested an extension.

Respectfully submitted,

*Sheila J. Carpenter*
Sheila J. Carpenter (DC Bar #935742)
sjc@jordenusa.com
Robin Sanders (DC Bar #481523)
rms@jordenusa.com
Jorden Burt LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007
Tel: (202) 965-8165
Fax: (202) 965-8104
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly the Court will send notice of this filing electronically to Harry A. Suissa at suissalaw@aol.com and Uduak James Ubom, Esquire at udubom@hotmail.com.

*Sheila J. Carpenter*
Sheila J. Carpenter

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Standard Insurance Company

V.

Raleigh L. Burch, Jr. et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:06-CV-1755-RMC

TO: Bank of America
Colmar Manor Branch
3651 Bladensburg Road
Colmar Manor, MD 20722

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Schedule A attached hereto.

| PLACE   Jorden Burt LLP, 1025 Thomas Jefferson St. NW, Suite 400 East, Washington, DC 20007-5208 | DATE AND TIME 11/28/2007 1:45 pm |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *[signature]* Atty for Plaintiff Standard Ins Co. | DATE 11/20/2007 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Sheila J. Carpenter, Jorden Burt LLP, 1025 Thos. Jefferson St. NW, Suite 400 East, Washington, DC 20007-5208
202-965-8165

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Standard Insurance Company

vs.

Raleigh L. Burch, Jr., et al.

No. 1:06-CV-1755-RMC

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Subpoena Duces Tecum with Schedule A in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:00 pm on November 20, 2007, I served Bank of America, Colmar Manor Branch at 3651 Bladensburg Road, Colmar Manor, Maryland 20722 by serving Temesha McNeil, Branch Manager, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     34
HEIGHT-  5'6"
HAIR-    BLACK
WEIGHT-  180
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  11-21-07
                Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197772

# SCHEDULE "A"

## DEFINITIONS

1.   "You" or "your" means (a) Bank of America; and/or (b) any individual(s), agent, attorney, or entity acting at the direction of Bank of America.

2.   Raleigh L. Burch, Jr.'s ▆▆N▆▆▆▆▆▆▆▆79. His address was 3157 Cherry St. NE, Washington, DC 20018 as of October 2006.

3.   "Account" means Bank of America Account No. 19919913423 and any other checking, savings, loan or investment account in which Raleigh L. Burch, Jr. has had an interest since August 1, 2006.

4.   The terms "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the document request inclusive rather than exclusive; the singular includes the plural and the plural includes the singular; and the word "including" shall be construed as broadly as possible.

5.   The terms "relate" or "refer" or any derivative thereof shall mean constituting, describing, summarizing, reflecting, involving, containing, embodying, mentioning, showing, comprising, evidencing, discussing, commenting about, or logically or factually connecting with the matter described in the applicable discovery request.

6.   "Document" as used herein shall include without limitation all written, printed, typewritten, recorded or graphic matter, electronic media, photographic matter, or sound reproduction, including without limitation cancelled checks, deposits slips, account statements, correspondence, reports, tests, analyses, memoranda, contracts, agreements, accounts, statements, notes, notebooks, records, work papers, diaries, calendars, appointment books, schedules, expense reports, studies, invoices, receipts, computer files and printouts, interoffice and intra-office communications, applications, tax records, notations of conversations or meetings, voice recordings, electronic mail, facsimile, telex, and every other device or medium on which or through which information of any type is translated, recorded or preserved.

## INSTRUCTIONS

1.   You are requested to produce all documents described herein that are in your possession or subject to your control. If any document was, but is no longer in your possession or subject to your control, or has been destroyed, state what disposition was made of it, explain the circumstances surrounding and the identity of person(s) authorizing such disposition, and state the date or approximate date thereof.

2. Any documents responsive to these requests that refer or relate to Raleigh L. Burch, Jr.'s financial records or personal informatin shall be stamped "Confidential."

3. If you claim any form of privilege or protection, whether based upon statute or otherwise, as a ground for not furnishing the document requested, produce a list identifying each document for which the privilege or protection is claimed, together with the following information: date, sender, recipient, persons to whom copies were furnished together with their job titles, subject matter, basis on which the information, document or thing is withheld, and the section of the schedule to the subpoena to which the claim of privilege applies.

4. When knowledge or information in your possession is requested, such request includes knowledge of your agents, representatives, and, unless privileged, your attorneys.

## DOCUMENT REQUESTS

1. All documents relating to any transactions on Account Number 1919913423 since September 15, 2006 to the present, including but not limited copies of drafts written on the Account, withdrawals from the Account and deposits into the Account.

2. All documents that refer or relate to Account Number 1919913423 since September 15, 2006 to the present.

Doc #180429

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| Standard Insurance Company | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | |
| Raleigh L. Burch, Jr. et al. | Case Number:[1] 1:06-CV-1755-RMC |

TO: Chevy Chase Bank
7501 Wisconsin Avenue
Bethesda, MD 20814

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Schedule A attached hereto.

| PLACE | Jorden Burt LLP, 1025 Thomas Jefferson St. NW, Suite 400 East, Washington, DC 20007-5208 | DATE AND TIME 11/28/2007 1:30 pm |
|---|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *[signature]* Atty for Plaintiff Standard Ins Co | DATE 11/20/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Sheila J. Carpenter, Jorden Burt LLP, 1025 Thos. Jefferson St. NW, Suite 400 East, Washington, DC 20007-5208
202-965-8165

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Standard Insurance Company

vs.

Raleigh L. Burch, Jr., et al.

No. 1:06-CV-1755-RMC

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Subpoena Duces Tecum with Schedule A in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:27 am on November 21, 2007, I served Chevy Chase Bank at 6200 Chevy Chase Drive, Laurel, Maryland 20707 by serving Rena Kearney, Research Specialist and Designated Representative, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     30
HEIGHT-  5'1"
HAIR-    BLACK
WEIGHT-  140
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  11/21/07
                Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197771

## SCHEDULE "A"

## DEFINITIONS

1.     Raleigh L. Burch, Jr.'s ▓▓N▓▓▓▓▓▓▓▓79.▓▓s address was 3157 Cherry St. NE, Washington, DC 20018 as of October 2006.

2.     "Accounts" means Chevy Chase Bank Account No. 7922003463 and any other checking, savings, loan or investment account in which Raleigh L. Burch, Jr. has had an interest since August 1, 2006.

3.     "You" or "your" means (a) Chevy Chase Bank; and/or (b) any individual(s), agent, attorney, or entity acting at the direction of Chevy Chase Bank.

4.     The terms "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the document request inclusive rather than exclusive; the singular includes the plural and the plural includes the singular; and the word "including" shall be construed as broadly as possible.

5.     The terms "relate" or "refer" or any derivative thereof shall mean constituting, describing, summarizing, reflecting, involving, containing, embodying, mentioning, showing, comprising, evidencing, discussing, commenting about, or logically or factually connecting with the matter described in the applicable discovery request.

6.     "Document" as used herein shall include without limitation all written, printed, typewritten, recorded or graphic matter, electronic media, photographic matter, or sound reproduction, including without limitation cancelled checks, deposits slips, account statements, correspondence, reports, tests, analyses, memoranda, contracts, agreements, accounts, statements, notes, notebooks, records, work papers, diaries, calendars, appointment books, schedules, expense reports, studies, invoices, receipts, computer files and printouts, interoffice and intra-office communications, applications, tax records, notations of conversations or meetings, voice recordings, electronic mail, facsimile, telex, and every other device or medium on which or through which information of any type is translated, recorded or preserved.

## INSTRUCTIONS

1.     You are requested to produce all documents described herein that are in your possession or subject to your control. If any document was, but is no longer in your possession or subject to your control, or has been destroyed, state what disposition was made of it, explain the circumstances surrounding and the identity of person(s) authorizing such disposition, and state the date or approximate date thereof.

2.     Any documents responsive to these requests that refer or relate to Raleigh L. Burch, Jr.'s financial records or personal information shall be stamped "Confidential."

3.  If you claim any form of privilege or protection, whether based upon statute or otherwise, as a ground for not furnishing the document requested, produce a list identifying each document for which the privilege or protection is claimed, together with the following information: date, sender, recipient, persons to whom copies were furnished together with their job titles, subject matter, and the basis on which the information, document or thing is withheld, and the section of the schedule to the subpoena to which the claim of privilege applies.

## DOCUMENT REQUESTED

1.  All documents that refer or relate to any transactions on the Accounts from August 1, 2006 to the present, including but not limited copies of checks or drafts written on the Account, withdrawals from the Account and deposits into the Account.

2.  All documents that refer or relate to the Accounts from August 1, 2006 to the present.

Doc #180434

◎AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Standard Insurance Company

V.

Raleigh L. Burch, Jr. et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:06-CV-1755-RMC

TO:  Wachovia Bank
Dodge Plaza/Kentland Branch
7700 Landover Road
Landover, MD  20785

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Schedule A attached hereto.

| PLACE   Jorden Burt LLP, 1025 Thomas Jefferson St. NW, Suite 400 East, Washington, DC 20007-5208 | DATE AND TIME  11/28/2007 2:00 pm |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  _/s/ Sheila Carpenter_ Atty for Plaintiff Standard Ins Co. | DATE  11/20/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Sheila J. Carpenter, Jorden Burt LLP, 1025 Thos. Jefferson St. NW, Suite 400 East, Washington, DC 20007-5208
202-965-8165

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Standard Insurance Company

vs.

Raleigh L. Burch, Jr., et al.

No. 1:06-CV-1755-RMC

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Subpoena Duces Tecum with Schedule A in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:15 pm on November 20, 2007, I served Wachovia Bank, Dodge Plaza/Kentland Branch at 7700 Landover Road, Landover, Maryland 20785 by serving Stephanie Covington, Financial Center Manager, authorized to accept. Described herein:

```
SEX-      FEMALE
AGE-      42
HEIGHT-   5'10"
HAIR-     BROWN
WEIGHT-   160
RACE-     BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  11-21-07
             Date

_WESLEY JENNINGS_
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197773

## **SCHEDULE "A"**

## **DEFINITIONS**

1.     "You" or "your" means (a) Wachovia Bank; and/or (b) any individual(s), agent, attorney, or entity acting at the direction of Wachovia Bank.

2.     Raleigh L. Burch, Jr.'s SSN is ▓▓▓▓▓▓79. ▓▓s address was 3157 Cherry St. NE, Washington, DC 20018 as of October 2006.

3.     "Accounts" means Wachovia Bank Account No. 1010161252087 and any other checking, savings, loan or investment account in which Raleigh L. Burch, Jr. has had an interest since August 1, 2006.

4.     The terms "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the document request inclusive rather than exclusive; the singular includes the plural and the plural includes the singular; and the word "including" shall be construed as broadly as possible.

5.     The terms "relate" or "refer" or any derivative thereof shall mean constituting, describing, summarizing, reflecting, involving, containing, embodying, mentioning, showing, comprising, evidencing, discussing, commenting about, or logically or factually connecting with the matter described in the applicable discovery request.

6.     "Document" as used herein shall include without limitation all written, printed, typewritten, recorded or graphic matter, electronic media, photographic matter, or sound reproduction, including without limitation cancelled checks, deposits slips, account statements, correspondence, reports, tests, analyses, memoranda, contracts, agreements, accounts, statements, notes, notebooks, records, work papers, diaries, calendars, appointment books, schedules, expense reports, studies, invoices, receipts, computer files and printouts, interoffice and intra-office communications, applications, tax records, notations of conversations or meetings, voice recordings, electronic mail, facsimile, telex, and every other device or medium on which or through which information of any type is translated, recorded or preserved.

## **INSTRUCTIONS**

1.     You are requested to produce all documents described herein that are in your possession or subject to your control. If any document was, but is no longer in your possession or subject to your control, or has been destroyed, state what disposition was made of it, explain the circumstances surrounding and the identity of person(s) authorizing such disposition, and state the date or approximate date thereof.

2

2. Any documents responsive to these requests that refer or relate to Raleigh L. Burch, Jr.'s financial records or personal information shall be stamped "Confidential."

3. If you claim any form of privilege or protection, whether based upon statute or otherwise, as a ground for not furnishing the document requested, produce a list identifying each document for which the privilege or protection is claimed, together with the following information: date, sender, recipient, persons to whom copies were furnished together with their job titles, subject matter, basis on which the information, document or thing is withheld, and the section of the schedule to the subpoena to which the claim of privilege applies.

## DOCUMENT REQUESTS

1. All documents relating to any transactions on the Accounts from August 1, 2006 to the present, including but not limited copies of checks or drafts written on the Accounts, withdrawals from the Accounts and deposits into the Accounts.

2. All documents that refer or relate to the Accounts from August 1, 2006 to the present.

Doc #180431