## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-1755 (RMC)** |
| ) | |
| **RALEIGH L. BURCH, JR.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The Court directs this Order to counsel for Defendant Raleigh L. Burch Jr., Harry A. Suissa. Mr. Suissa failed to attend a status conference scheduled in this matter for January 10, 2008. Unfortunately, Mr. Suissa has gotten into the habit of disregarding the Court's calendar and neglecting to inform the Deputy Clerk of his schedule. On many occasions in the past, this Court has been very patient with Mr. Suissa's busy calendar, but this Order serves as notice that a trial has been scheduled in this matter to take place on February 4, 2008 and February 6, 2008. No further absences will be tolerated at any future status conference or hearing. Mr. Suissa is directed to be responsive to his obligations in this matter, and appear promptly for all matters concerning this litigation. All counsel are reminded to conduct themselves in a civil manner and to be prompt for all hearings scheduled in this matter. The trial day beings promptly at 9:30 a.m.

## SO ORDERED.

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: January 10, 2008