UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANDARD INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RALEIGH L. BURCH, JR., *et al.*, )<br>)<br>Defendants. )<br> ) | <br><br><br><br><br><br>Civil Action No. 06-1755 (RMC) |

### ORDER FOR JOINT PRETRIAL STATEMENT

It is hereby **ORDERED** that the parties shall file with the Court a Joint Pretrial Statement no later than January 23, 2008. The Joint Pretrial Statement shall include:

a. <u>a list of expert witnesses</u>, accompanied by a brief description of each witness' area of expertise and expected testimony, followed by specific objections (if any) to each witness;

b. <u>any motions in limine</u>, with citations to legal authority, that the parties reasonably anticipate will arise at trial, accompanied by any oppositions and replies thereto;

c. <u>any stipulations</u>, signed by counsel and the parties; and

d. <u>a list of exhibits</u>, for each party with an indication of any exhibits to which a party objects and the basis for the objection.

**SO ORDERED**.

Date: January 10, 2008                         /s/
                                                               ROSEMARY M. COLLYER
                                                               United States District Judge