IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| **Standard Insurance Company** * | | |
| * | | |
| Plaintiff * | | |
| * | | |
| vs. * | **Case No.:** 1:06-CV-01755-RMC | |
| * | **Judge**: Rosemary M. Collyer | |
| **Raleigh L. Burch, Jr.** * | | |
| * | | |
| Defendant * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO APPEAR PRO HAC VICE

COMES NOW Attorneys, Harry A. Suissa, Esq., and Matthew B. Hand, Esq., and pursuant to Local Rule 83.2(d), respectfully request that this court allow Mr. Hand to appear *Pro Hac Vice* in the above captioned matter and as grounds therefore state as follows:

1. That Attorney Harry A. Suissa is a member of the Bar of this Court, and is in good standing.

2. That Attorney Matthew B. Hand is admitted to the Bar of the State of Maryland and is in good standing.

3. That attached hereto as exhibit "A" is Matthew B. Hand's Affidavit.

4. That Mr. Hand has an intimate knowledge of the facts of this case and has worked closely with both the Defendant and Mr. Suissa in preparing for the trial in this matter.

5. That trial in this matter is currently scheduled for February 4 & 6, 2008.

6. That Mr. Hand seeks to appear *pro hac vice* in this matter so he may

sit at counsel table with Mr. Suissa, assist Mr. Suissa at trial and address the court if necessary.

7. That no party will be prejudiced by a granting of this Motion.

WHEREFORE, Attorneys request:

A. That Attorney Matthew B. Hand be admitted in this matter *pro hac vice*;

B. For such other and further relief as the nature of their cause may require.

Respectfully submitted,

/s/
Harry A. Suissa, Esquire
DC Bar No.: 962407
8720 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910
(301) 589-1600
Attorney for Defendant Burch

/s/
Matthew B. Hand, Esq.
8720 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910
(301) 589-1600
Attorney for Defendant Burch

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of January 2008, a copy of the foregoing **Motion to Appear Pro Hac Vice** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila Jane Carpenter at Jorden Burt, LLP, 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007, email: sjc@jordenusa.com and to Uduak James Ubom, 7600 Georgia Avenue, NW, Suite 410/411, Washington, DC 20012, email: udubom@hotmail.com.

/s/
Harry A. Suissa

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | | |
|---|---|---|
| **Standard Insurance Company** | * | |
| Plaintiff | * | |
| vs. | * | **Case No.:** 1:06-CV-01755-RMC |
| | * | **Judge**: Rosemary M. Collyer |
| **Raleigh L. Burch, Jr.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

_____UPON CONSIDERATION of Attorneys' Motion to allow Attorney Matthew B. Hand to appear in the above captioned matter *Pro Hac Vice*, it is this____ day of

_____, 2008,

ORDERED, that Attorneys Motion be and is hereby

GRANTED.

_____
United States District Judge,
Rosemary M. Collyer

*copies to:*

Harry A. Suissa
8720 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910

Sheila Jane Carpenter
1025 Thomas Jefferson Street, NW, Suite 400 East
Washington, DC 20007

Uduak James Ubom,
7600 Georgia Avenue, NW, Suite 410/411
Washington, DC 20012

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **Standard Insurance Company** | * |
| Plaintiff | * |
| vs. | * Case No.: 1:06-CV-01755-RMC |
| | * Judge: Rosemary M. Collyer |
| **Raleigh L. Burch, Jr.** | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF ATTORNEY MATTHEW B. HAND, ESQ.

My name is Matthew Buettner Hand, Esq., I am over the age of eighteen (18) years and competent to testify as to all the matters asserted herein.

1. My office address and telephone number are 8720 Georgia Avenue, Suite 1010, Silver Spring, Maryland 20910, 301-589-1600.

2. I am a member in good standing of the highest court of the State of Maryland.

3. I hereby certify that I have not been disciplined by any bar.

4. I have been admitted *pro hac vice* in this Court once in the last two years. On January 10, 2008, the Honorable Judge Rosemary M. Collyer admitted me in the above captioned matter for purposes of the Status Conference.

I DO AFFIRM UNDER PENALTIES OF PERJURY, THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY PERSONAL KNOWLEDGE, INFORMATION AND BELIEF.

_____        1/11/2008
Matthew Buettner Hand                Date
8720 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910
(301) 589-1600

Law Offices
HARRY A SUISSA, P.C.
8720 Georgia Ave. ◆ Suite 1010
Silver Spring, Maryland 20910
◇ ◇ ◇
301-589-1600
Facsimile: 301-589-7752