UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>RALEIGH L. BURCH, JR., *et al.*, )<br>)<br>*Defendants*. )<br>)<br>) | Case No.: 1:06-CV-1755 (RMC) |

**PLAINTIFF STANDARD INSURANCE COMPANY'S CONSENT MOTION
TO EXTEND TIME FOR FILING OF JOINT PRETRIAL STATEMENT**

Plaintiff Standard Insurance Company (Standard), by its counsel, pursuant to F.R.Civ.P 6(b), moves this Court to extend by two days the deadline for filing the Joint Pretrial Statement, currently set for today, January 23, 2008 and states as follows:

1. That the deadline of January 23, 2008 was scheduled by this Court by Order dated January 10, 2008.

2. That counsel have been working to meet this deadline but due to conflicting demands and schedules have been unable to complete their work. In particular, counsel have not yet had a chance to confer in detail on exhibits and stipulations.

3. That counsel believe they can complete this task by Friday, January 25, 2008.

4. All parties consent to this Motion.

A proposed order is attached hereto.

WHEREFORE, Plaintiff Standard respectfully requests:

A.    That the Court postpone the deadline for the Joint Pretrial Statement to Friday, January 25, 2008.

                              Respectfully submitted,

DATED:  January 23, 2008        JORDEN BURT LLP

                              By:  /s/ Sheila J. Carpenter
                              Sheila J. Carpenter (D.C. Bar No. 935742)
                              Email: sjc@jordenusa.com
                              Robin M. Sanders (D.C. Bar No. 481523)
                              Email:  rms@jordenusa.com
                              1025 Thomas Jefferson Street, N.W.
                              Suite 400 East
                              Washington, D.C.  20007-5208
                              Telephone: 202-965-8165
                              Facsimile:  202-965-8104

                              Attorneys for Plaintiff
                              Standard Insurance Company

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 23rd day of January, 2008, a copy of the foregoing **Motion** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Uduak James Ubom at udubom@hotmail.com and Harry A. Suissa at suissalaw@aol.com.

 

                                                                       /s/
                                             Sheila J. Carpenter

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STANDARD INSURANCE COMPANY, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) Case No.: 1:06-CV-1755 (RMC) |
| RALEIGH L. BURCH, JR., *et al.*, | ) ) ) |
| *Defendants*. | ) ) ) ) ) |

**ORDER EXTENDING TIME FOR FILING JOINT PRETRIAL STATEMENT**

The Court has considered the Motion of Plaintiff Standard Insurance Company to extend the time to file the Joint Pretrial Statement by two days, the consent of the defendants thereto and the record herein. It is this ___ day of January, 2008

**ORDERED** that the Joint Pretrial Statement shall be filed by January 25, 2008.

_____

ROSEMARY M. COLLYER
United States District Judge