UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **STANDARD INSURANCE COMPANY,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1755 (RMC) |
| **RALEIGH L. BURCH, JR.,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER TO SHOW CAUSE

This matter comes before the Court on Plaintiff Standard Insurance Company's Petition for an Order to Show Cause Why Defendant Raleigh Burch Should Not be Held in Contempt. *See* Dkt. #56. Upon consideration of the petition, it is hereby

**ORDERED** that Defendant Raleigh L Burch, Jr. shall file a response to Plaintiff Standard Insurance Company's Petition to Show Cause why he should not be held in contempt of court no later than **February 1, 2008.** Any response shall advise this Court of the location of any remaining funds derived from the Standard life insurance policy in issue.

A hearing will be held on the Petition before trial commences on February 4, 2008 at 9:30 a.m. in Courtroom 2.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: January 30, 2008