**Plaintiff Standard Insurance Company's Amended Exhibit List#**     **Case No.: 1:06-CV-1755 (RMC)**

| Ex. # | Description | Date on Doc. | Stip. | Off'd | Obj. | Adm. | Comments |
|---|---|---|---|---|---|---|---|
| **1** | **Group Policy issued to D.C. Public Schools with Addenda** | | Yes | | No | | |
| **2** | **Claim on life of Priscilla Davila submitted to Standard by D.C. Public Schools** | 9/12/2006 | Yes | | No | | Submitted to Standard by D.C. Public Schools in September 2006 |
| **3** | **Standard's claim file records re payment of proceeds** | 9/28-29/2006 | Yes | | No | | |
| **4** | **Fax to Alicia Davis-Waters attaching Second Beneficiary Form submitted re Priscilla Davila** | 10/5/2006 | No | | B | | B=objection by Burch |
| **5** | **File notes of Ms. Carstens's handling of the claim through October 5, 2006** | 9/25-10/5/2006 | No | | B | | |
| **6** | **Letter to Burch from Neil Beauchamp, Esq.** | 10/12/2006 | No | | B | | |
| **7** | **7A - Affidavit from Federal Express<br>7B - Federal Express confirmation of delivery** | 10/13/2006 | No | | B | | |
| **8** | **Records re Burch from Bank of America<br>8A - Affidavit from Bank of America<br>8B - Deposit records from Bank of America<br>8C - Checks written on Bank of America<br>8D - Account statements** | Various | No | | B | | |

**Plaintiff Standard Insurance Company's Amended Exhibit List#**     **Case No.: 1:06-CV-1755 (RMC)**

| Ex. # | Description | Date on Doc. | Stip. | Off'd | Obj. | Adm. | Comments |
|---|---|---|---|---|---|---|---|
| 9 | Records re Burch from Chevy Chase Bank<br>9A - Affidavit + Checking Statements<br>9B - Savings Account Statements | Various | No | | B | | |
| 10 | Exhibit omitted | | | | | | |
| 11 | 11A - Burch's Response to Standard's Discovery Requests<br>11B - Burch's Supplemental Responses to Standard's Interrogatories and Requests to Admit* | | No | | B | | |
| 12 | Checks written by Burch on Standard's Secure Access Account | Various | No | | B | | |
| 13 | D.C. Public Schools Office of Human Resources Service Request Form | 2/6/2006 | No | | B | | |

#This amended list adds affidavits in lieu of witnesses for Bank of America, Chevy Chase Bank and Federal Express.  For convenience of reference, certain exhibits will be subdivided into A, B, C … It also indicates that Exhibit 10 will not be used.

*Burch has not yet updated his responses to Standard's Document Requests; Standard reserves the right to offer these when and if received and reserves the right to offer any additional documents produced.

Date:   February 1, 2008                                                  Respectfully submitted,
                                                                          **JORDEN BURT LLP**
                                                                       By**:**   *Sheila J. Carpenter*
                                                                              Sheila J. Carpenter
                                                                              sjc@jordenusa.com

**Plaintiff Standard Insurance Company's Amended Exhibit List#**     **Case No.:  1:06-CV-1755 (RMC)**

DC Bar #935742  
Robin M. Sanders  
rms@jordenusa.com  
DC Bar #481523  
1025 Thomas Jefferson Street, N.W.  
Suite 400 East  
Washington, D.C. 2007-5208  
(202) 965-8100  
(202) 965-8104 (fax)  
Attorneys for Plaintiff  
Standard Insurance Company

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing and attachments thereto were filed via the electronic case filing system of the United States District Court for the District of Columbia on this 1st day of February 2008 and, accordingly, the Court will send notice of this filing electronically to Harry A. Suissa, Esquire, at suissalaw@aol.com, and Uduak James Ubom, Esquire, at udubom@hotmail.com.

              *Sheila J. Carpenter*
              Sheila J. Carpenter