IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| **Standard Insurance Company** * | | |
| * | | |
| Plaintiff * | | |
| * | | |
| vs. * | **Case No.:** 1:06-CV-01755-RMC | |
| * | **Judge**: Rosemary M. Collyer | |
| **Raleigh L. Burch, Jr.** * | | |
| * | | |
| Defendant * | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### COUNSEL HARRY A. SUISSA'S RESPONSE TO THE COURT'S ORDER OF JANUARY 10, 2008

In response the Court's Order of January 10, 2008, directed solely to Counsel Harry A. Suissa, counsel for Defendant Burch, Mr. Suissa respectfully responds as follows:

1. That Mr. Suissa has been practicing for over thirty (30) years and never received such an Order and in response to said Order specifically states, that he has never "gotten into the habit of disregarding the court's calendar and neglecting to inform the deputy clerk of his schedule." To the contrary Mr. Suissa has always attended all hearings promptly and at the stated time on the calendar.

2. Mr. Suissa would like to point out certain facts to this court and remind the court of certain past events. Specifically, at one of the earlier status conferences Mr. Suissa appeared with all other counsel and it was the court that had neglected to put the status conference on its calendar, and as a result that hearing had to be re-scheduled

and it is Mr. Suissa's recollection that that hearing was subsequently conducted via a telephone conference between the court and all other counsel.

3. Thereafter, other specific events have been coordinated between all counsel and the court and it is not only Mr. Suissa's busy schedule but other counsel's busy schedules as well that made it at times difficult to schedule an event. The record is replete with emails indicating that often times the other counsel in this case could not mutually agree to a proposed date by this court.

4. At all times Mr. Suissa, either himself or his office staff, communicated with the deputy clerk of this office or a law clerk either through an email, fax or telephone call concerning the scheduling of events. It is absolutely false that this court has only "been very patient with Mr. Suissa's busy calendar." In fact this court has been patient with all of counsel's busy schedules and including the court's schedule.

5. On other occasions an event had been scheduled and it was this court that had to at the last minute reschedule an event due to an emergency matter in this court. Of course counsel has understood that, but the court's Order makes it appear that it was only counsel Harry A. Suissa that has "caused problems" with scheduling of matters.

6. That at all times Mr. Suissa has been responsive to his obligations in

and it is Mr. Suissa's recollection that that hearing was subsequently conducted via a telephone conference between the court and all other counsel.

3. Thereafter, other specific events have been coordinated between all counsel and the court and it is not only Mr. Suissa's busy schedule but other counsel's busy schedules as well that made it at times difficult to schedule an event. The record is replete with emails indicating that often times the other counsel in this case could not mutually agree to a proposed date by this court.

4. At all times Mr. Suissa, either himself or his office staff, communicated with the deputy clerk of this office or a law clerk either through an email, fax or telephone call concerning the scheduling of events. It is absolutely false that this court has only "been very patient with Mr. Suissa's busy calendar." In fact this court has been patient with all of counsel's busy schedules and including the court's schedule.

5. On other occasions an event had been scheduled and it was this court that had to at the last minute reschedule an event due to an emergency matter in this court. Of course counsel has understood that, but the court's Order makes it appear that it was only counsel Harry A. Suissa that has "caused problems" with scheduling of matters.

6. That at all times Mr. Suissa has been responsive to his obligations in

      this case and he has appeared promptly for all matters concerning this litigation. At the last Status Conference Mr. Suissa specifically informed the clerk of this court that the had other matters pending in other jurisdictions and he specifically got permission to have his associate, Mr. Matthew B. Hand, Esq., appear at the Status Conference.

7. Mr. Suissa has always conducted himself in a civil manner and has been prompt for all hearings scheduled in this matter, with the exception of the last hearing in which he specifically got permission to have Mr. Matthew B. Hand appear in his absence.

8. In conclusion Mr. Suissa believes it was unwarranted to specifically have an Order directed at him, since he has always had the utmost and highest regard for this court, and in fact for any other court in which he has appeared over the past thirty years.

                                              Respectfully submitted,

                                                  /s/
                                      Harry A. Suissa
                                      DC Bar No.: 962407
                                      8720 Georgia Avenue, Suite 1010
                                      Silver Spring, Maryland 20910
                                      (301)589-1600
                                      Attorney for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 1st day of February 2008, a copy of the foregoing **Counsel Harry A. Suissa's Response to the Court's Order of**

**January 10, 2008** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila Jane Carpenter at Jorden Burt, LLP, 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007, email: sjc@jordenusa.com and to Uduak James Ubom, 7600 Georgia Avenue, NW, Suite 410/411, Washington, DC 20012, email: udubom@hotmail.com.

                                                  /s/
                                        Harry A. Suissa