IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **Standard Insurance Company**  * | |
| * | |
| Plaintiff  * | |
| * | |
| vs.  * | Case No.: 1:06-CV-01755-RMC |
| * | Judge: Rosemary M. Collyer |
| **Raleigh L. Burch, Jr.**  * | |
| * | |
| Defendant  * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

### DEFENDANT'S RESPONSE TO PLAINTIFF'S PETITION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT

COMES NOW Defendant, Raleigh L. Burch and In response Plaintiff's Petition for an Order to Show Cause hereby states as follows:

1.  That at the time this Court issued its injunction on October 31, 2006 (Temporary Restraining Order, which later became a Preliminary Injunction), Defendant Burch had approximately Eighty Two Thousand Four Hundred Sixteen Dollars and Twenty Eight Cents. ($82,416.28), of monies traceable to Standard, on deposit in his accounts. Please see Defendant Burch's accounting of insurance proceeds, attached hereto as exhibit "A."

2.  That at the time the injunction was issued Mr. Burch believed that he only had approximately Fifty Six Thousand Dollars ($56,000.00) of enjoined funds in his accounts.

3.  That as of January 25, 2008, Mr. Burch had approximately Fourteen Thousand Three Hundred Fifty Nine Dollars and Six Cents ($14,359.06), on deposit in his accounts. Please see exhibit "B."

        Thus, Plaintiff's claim that Mr. Burch "had spent all the money he obtained from Standard," is not accurate.

4. That furthermore, Mr. Burch has a home equity line of credit at Bank of America in the sum of Sixty Thousand Dollars ($60,000.00), which can be easily transferred to his checking or savings account at the Bank of America.

5. That with Mr. Burch's cash on deposit at the Bank of America, Chevy Chase Bank and Wachovia Bank, as well as his home equity line of credit, he has a total of approximately Seventy Four Thousand Three Hundred Fifty Nine Dollars and Six Cents ($74,359.06), in available funds.

6. That the difference between the amount Mr. Burch was enjoined from spending (i.e. approx. $82,416.28) and his available funds (i.e. approx. $74,359.06), is only approximately Eight Thousand Fifty Seven Dollars and Twenty Two Cents ($8,057.22).

7. That during the time period from approximately November 1, 2006 until approximately December 7, 2007, Mr. Burch made deposits to his accounts in the approximate amount of Sixty One Thousand One Hundred Ninety Three Dollars and Ninety Seven Cents (61,193.97). This amount does not include any funds traceable to Standard. Thus, Plaintiff's attorney's statement that "Mr. Burch's income is quite limited," is not accurate.

8. That Mr. Burch made the assumption that since he had a Sixty

   Thousand Dollar ($60,000.00) line of credit available to him, he would not be in violation of the Order if he merely spent the cash on hand and later replaced it with funds transferred from his home equity line of credit.

9. That Mr. Burch is not experienced in litigation and did not consult with counsel before spending the enjoined funds in his checking account, without then replacing those funds with monies from his home equity line of credit.

10. That moreover, Mr. Burch was unaware that he had spent additional monies (i.e. approx. $8,057.22) that he could not cover with his home equity line of credit.

11. That Mr. Burch is a home owner, has two jobs at which he earns a combined yearly income of approximately Sixty One Thousand Dollars ($61,000.00) and can certainly repay the approximately Eight Thousand Fifty Seven Dollars and Twenty Two Cents ($8,057.22) of enjoined funds in a relatively short period of time.

12. That Mr. Burch hopes this court will consider his funds on deposit (i.e. approx. $14,359.06), his home equity line of credit (i.e. Sixty Thousand Dollar $60,000.00) as well as his yearly income (i.e. approx. $61,000.00), when the court determines appropriate sanctions.

                    Respectfully submitted,

          /s/
Harry A. Suissa
DC Bar No.: 962407
8720 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910
(301)589-1600
Attorney for Defendant Burch

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of February 2008, a copy of the foregoing **Defendant's Response to Plaintiff's Petition for an Order to Show Cause Why Defendant Should Not Be Held in Contempt** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila Jane Carpenter at Jorden Burt, LLP, 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007, email: sjc@jordenusa.com and to Uduak James Ubom, 7600 Georgia Avenue, NW, Suite 410/411, Washington, DC 20012, email: udubom@hotmail.com.

          /s/
Harry A. Suissa

**Standard Insurance Company vs. Raleigh L. Burch, Jr.**
**In the United States District Court for the District of Columbia**
**Case No.: 1:06-CV-01755-RMC**

**Defendant Burch's Accounting of Insurance Proceeds**

Total Insurance proceeds paid to, and received by Raleigh L. Burch, Jr.:

 **$172,003.99** (Funds were provided to Burch via Standard Secure Access Account).

*Funds remaining in Standard Secure Access Account:*

 **$5,000.91**

*Disbursements to third parties:*

10/06/06: On or about October 6, 2006, Mr. Burch wrote a check from the Standard account (#1001) to his daughter Shande Burch in the sum of Two Thousand Dollars (**$2,000.00**).

10/07/06: On or about October 7, 2006, Mr. Burch wrote a check from the Standard account (#1002) to the Bank of America in the sum of Forty Nine Thousand Four Hundred Fifty Four Dollars and Eight Cents (**$49,454.08**). These funds were to pay off a loan made by Bank of America to Burch.

*Transfers to Burch's Accounts:*

10/14/06: On or about October 14, 2006, Mr. Burch wrote two checks from the Standard Account (#'s 1004 & 1005) to himself, totaling One Hundred Thousand Dollars (**$100,000.00**), which were deposited into his Bank of America Account.

10/14/06: On or about October 14, 2006, Mr. Burch wrote a check from the Standard Account (#1006) to himself, in the sum of Three Thousand Dollars (**$3,000.00**), which upon information and belief was deposited into his Wachovia Account.

10/16/06: On or about October 16, 2006, Mr. Burch wrote a check from the Standard Account (#1007) to himself, in the sum of Two Hundred Fifty Dollars (**$250.00**), which were deposited into his Bank of America Account.

10/26/06: On or about October 26, 2006, Mr. Burch wrote a check from the Standard Account (#1010) to himself, in the sum of Seven Thousand Three Hundred Twenty Nine Dollars (**$7,329.00**), which was deposited

|  |  |
|---|---|
|  | into his Bank of America Account. |
| 10/31/06 | On or about October 31, 2006, Mr. Burch wrote a check from the Standard Account (#1011) to himself, in the sum of Five Thousand Dollars (**$5,000.00**), which was deposited into his Wachovia Account. |

Please note that Burch wrote an additional check to himself on or about October 7, 2006, in the sum of Seventeen Thousand Two Hundred Forty Seven Dollars Seventy Eight Cents ($17,247.78), however that check was later returned and was not cleared.

### **Bank of America Accounts (numbers 0019 1991 3423 & 0019 2387 4924)**

*Total Standard funds deposited between October 7, 2006 and October 26, 2006:*

**$107,579**

*Withdraws prior to the Court's Order of October 31, 2006:*

| | |
|---|---|
| 10/10/06: | On or about October 11, 2006, Mr. Burch made a payment Jewel Tile, Marble and Granite in the sum of One Thousand Six Hundred Dollars (**$1,600.00**). |
| 10/11/06: | On or about October 11, 2006, Mr. Burch made a payment towards his Bank of America credit card in the sum of Thirteen Thousand Six Hundred Thirty Seven Dollars and Nineteen Cents (**$13,637.19**). |
| 10/11/06: | On or about October 11, 2006, Mr. Burch made a payment towards his Home Depot credit card in the sum of One Thousand Three Hundred Seventy One Dollars and Ninety Nine Cents (**$1,371.99**). |
| 10/11/06: | On or about October 11, 2006, Mr. Burch made a payment towards his Dell credit card in the sum of Four Hundred Forty Four Dollars and Forty Three Cents (**$444.43**). |
| 10/13/06: | On or about October 13, 2006, Mr. Burch made a mortgage payment to Wells Fargo in the sum of One Thousand Three Hundred Thirty Nine Dollars and Three Cents (**$1,339.03**). |
| 10/23/06: | On or about October 23, 2006, Mr Burch paid a retainer fee to The Law Offices of Maria Mena in the sum of Fifteen Thousand Dollars (**$15,000.00**). |
| 10/24/06: | On or about October 24, 2006, Mr. Burch made a payment towards his Bank of America credit card in the sum of One Thousand Two Hundred Seventy Two Dollars and Forty Four Cents (**$1,272.44**). |

10/25/06:   On or about October 25, 2006, Mr. Burch transferred the sum of Twenty Five Thousand Dollars (**$25,000.00**) to his Chevy Chase Account number 792-320579-5.  Mr. Burch obtained a cashier's check which was deposited in his Chevy Chase account.  To the best of Mr. Burch's recollection during the same transaction he made a cash withdraw in the amount of One Thousand Dollars (**$1,000.00**).

*Total amount of funds on deposit (Bank of America) traceable to the Standard account as of October 31, 2006:*

**$49,416.28**

It should be noted that between October 10, 2006 and October 31, 2006, Mr. Burch's account was credited with additional sums not traceable to Standard, in the amount of approximately: Three Thousand Six Hundred Forty Eight Dollars and Eighty Five Cents (**$3,648.85**).  Additionally, during the same time period Mr. Burch made a number of other withdraws for bill payments, living expenses, food, clothing and other miscellaneous purchases, however listed above are all withdraws greater than approximately Three Hundred Dollars ($300.00).

*Withdraws after the Court's Order of October 31, 2006:*

12/22/06:   On or about December 22, 2006, Mr. Burch made a payment to The Law Offices of Harry A. Suissa, in the sum of Ten Thousand Dollars (**$10,000.00**).

11/01/06-
12/07/07    From the time period beginning November 1, 2006 through December 7, 2007, Mr. Burch made numerous withdrawals from his Bank of America account.  These withdrawals were for mortgage payments, utility payments, insurance payments, credit card payments, loan payments, food, clothing, household items and other miscellaneous living expenses.

It should be noted that during the above referenced time period (i.e. 11/01/06 - 12/07/07) Mr. Burch made deposits to his accounts in the approximate amount of Sixty One Thousand One Hundred Ninety Three Dollars and Ninety Seven Cents (**61,193.97**).  This amount does not include any funds traceable to Standard.

***Current balance of accounts as of January 25, 2008:***

**$3,631.28**

### Chevy Chase Accounts (numbers 792-320579-5 & 792-200346-3)

*Total Standard funds deposited:*

**$25,000.00**

*Withdraws:*

| | |
|---|---|
| 07/24/07-<br>09/26/07 | From the time period between July 24, 2007 through September 26, 2007, Mr. Burch wrote several checks to Mr. Emmanuel Manguerra, totaling Eight Thousand Five Hundred Dollars (**$8,500.00**) as payment for necessary repairs Mr. Manguerra made to Mr. Burch's home. |
| 09/04/07 | On or about September 4, 2007, Mr. Burch made a payment to Suntrust Bank in sum of Five Thousand Six Hundred Forty Five Dollars Five Cents (**$5,645.05**). |
| 11/09/07: | On or about November 9, 2007, Mr. Burch made a payment to The Law Offices of Harry A. Suissa, in the sum of Ten Thousand Dollars (**$10,000.00**). |

***Current balance of accounts as of January 25, 2008:***

    1,668.53

### Wachovia Account (numbers 1010161252087 & 1010161252887)

*Total Standard funds deposited:*

    **$8,000.00**

***Current balance of accounts as of January 25, 2008:***

    **$9,059.25**

### Total amount of Standard Funds on Deposit as of October 31, 2006:
### (these monies represent monies that Mr. Burch was enjoined from removing from his accounts as of 10/31/06)

| | |
|---|---|
| Bank of America: | $49,416.28 |
| Chevy Chase: | $25,000.00 |
| Wachovia | $8,000.00 |
| | |
| **Total:** | **$82,416.28** |

### Available Funds as of January 25, 2008

**Bank of America:**

Balance of Accounts:        $3,631.28

| | |
|---|---|
| Home Equity Line of Credit: | $60,000.00 |
| Total: | $63,631.28 |

**Chevy Chase:**

| | |
|---|---|
| Balance of Accounts: | $1,668.53 |

**Wachovia:**

| | |
|---|---|
| Balance of Accounts: | $9,059.25 |
| **Grand Total:** | **$74,359.06** |
| | |
| Enjoined funds: | $82,416.28 |
| Mr. Burch's available funds: | $74,359.06 |
| | |
| Deficit: | ($8,057.22) |

New e-bills   Search   Locations   New mail   Help   E

| Accounts | Bill Pay | Transfers | Investments | Customer Service |

Accounts Overview    Account Details    My Portfolio    Alerts    Open an Account

# RALEIGH L BURCH I - Personal Accounts

Today is Friday, January 25, 2008.
You last signed in on January 24, 2008 at 01:46 AM ET.

**Using Online Banking**

GET MORE from Online Banking      INFO Demo & ans

QUICK TIP

Save $60 when you use our free online bill pay.
Learn more >>

**I want to...**
Prepare for tax season (New)
Add SafePass security
Get paid for referring friends
View or print my statement
Make a transfer to pay my credit card, mortgage or loan
Use Free Bill Pay
Learn about Bank Fees

**Announcements**

**Bank Accounts**

| Account | Balance [a] |
|---|---|
| Regular Checking-3423 | $325.69 |
| Regular Savings-4024 | $3,305.59 |
| Bank of America Platinum Plus Visa - 3705  Go Paperless | $0.00  Vi |
| Bank of America Signature Visa - 6468  Go Paperless | $0.00  Vi |
| Bank of America Signature Visa - 7847  Go Paperless | $0.00  Vi |
| WorldPoints Platinum Plus MasterCard - 6934  Go Paperless | $63.63  Vi |
| CORP-8277 | $0.00  Vi |
| Bank of America Business Visa - 9168 | $0.00  Vi |
| Line of Credit-0599 | $0.00 |

https://onlineeast1.bankofamerica.com/cgi-bin/ias/0/E/bofa/ibd/IAS/presentation/SSOReen...    1/25/2008

# CHEVY CHASE BANK

  

**ONLINE BANKING**

home  find it!  contact us  privacy  security  careers  about us

## Account Information - View Balances

**Main Menu**
Account Info
Transfers
Bill Payment
Preferences
Other Services
Helpful Hints

**Balance Summary**

View Balances
View Activity
View Summary
View e-Statements
Search and View Checks
Chevy Chase Rewards

Team Up O Ticket

Your Calculated Total Relationship* is $1,668.53

Your Total Deposits are $1,668.53

| Account | Balance | As Of | View Activity |
|---|---|---|---|
| Preferred 50 Package - 7923205795 | $318.59 | 01/25/2008 09:08 AM | Go |
| Super Stmt Svgs - 7922003463 | $1,349.94 | 01/25/2008 09:08 AM | Go |

*Your Total Relationship Balance consists of Deposits, Credit Cards, Lines of Credit, Loans and Investments as of the dates shown.

https://banking.chevychasebank.com/cgi-bin/Banking/2/stmt/accountBalances.jsp          1/25/2008

# WACHOVIA

## MY ACCOUNTS

Welcome, RALEIGH L BURCH. You last logged in on 12/19/2007.

### Checking, Savings, and Money Market Accounts

| Account Name | Account Number | Posted Balance * | Available Balance ** |
|---|---|---|---|
| FREE CKG | *2087 | $3,146.36 | $3,146.36 |
| PERSONAL SAV | *2887 | $5,912.89 | $5,912.89 |
|  |  | **Total :** | **$9,059.25** |

\* Includes transactions that have cleared your account as of the close of the previous business day. See help with this page for more details.
\*\* Transactions that have been authorized but not yet posted are included. See help with this page for more details.

### Customer Service

**Secure Messages**
View Messages
Send Messages

**Account Services**
View Paper Statements
Order Checks
Stop Payment (checks)
More...

**My Profile**
Change Password
Change Mailing Address/Phone Number
Add/Remove Accounts *new*
Edit Account Names
More...

**Alerts and Subscriptions**

**Apply for Accounts and Services**

Customer Agreement    Privacy    Security    Legal
© 2008 Wachovia Corporation. All rights reserved.

https://onlinebanking1.wachovia.com/myAccounts.aspx?referrer=authService    1/25/2008