**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | | |
|---|---|---|
| **Standard Insurance Company** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | **Case No.:** 1:06-CV-01755-RMC |
| | * | **Judge**: Rosemary M. Collyer |
| **Raleigh L. Burch, Jr.** | * | |
| | * | |
| Defendant | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF SERVICE OF DISCOVERY**

I HEREBY CERTIFY that I served on all counsel or pro se parties hereto,

on this 1st day of February 2008 **Defendant Raleigh L. Burch Jr.'s Supplemental**

**Response to Plaintiff Standard Insurance Company's Request for Production**

**of Documents** and **Defendant Raleigh L. Burch Jr.'s Supplemental**

**Responses to Plaintiff Standard Insurance Company's Interrogatories and**

**Requests to Admit** and that I will retain the originals of these documents in my

possession without alteration, until the case is concluded in this Court, the time for

noting an appeal has expired and any appeal noted has been decided.

Respectfully submitted,

_____/s/_____
Harry A. Suissa, Esquire
8720 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910
(301) 589-1600
Attorney for Defendant Burch

_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of February 2008 a copy of the
foregoing **Notice of Service of Discovery** was filed via the electronic case filing

system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Sheila Jane Carpenter at Jorden Burt, LLP, 1025 Thomas Jefferson Street, NW, Suite 400 East, Washington, DC 20007, email: sjc@jordenusa.com and to Uduak James Ubom, 7600 Georgia Avenue, NW, Suite 410/411, Washington, DC 20012, email: udubom@hotmail.com.

/s/
Harry A. Suissa
