**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **STANDARD INSURANCE COMPANY,** )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**RALEIGH L. BURCH, JR.,** *et al.*, )<br>)<br>*Defendants*. )<br>) | )<br>)<br>)<br>)<br>**Case No.: 1:06-CV-1755 (RMC)**<br>)<br>)<br>)<br>) |

**PLAINTIFF'S REPLY TO DEFENDANT RALEIGH BURCH'S
RESPONSE TO PETITION FOR ORDER TO SHOW CAUSE**

Plaintiff Standard Insurance Company ("Standard"), by its attorneys, respectfully submits this Reply to Defendant Raleigh Burch's Response to this Court's Order to Show Cause and says;

1. Due to the fact that the trial of this matter starts tomorrow and the fact that the Response to the Petition for Order to Show Cause was not served until Friday evening, Standard does not have the opportunity to respond fully to the Response. The Court will no doubt recognize that Burch's argument that he did not know how to comply with this Court's Orders is not an excuse. Mr. Burch was represented by counsel and if he had any questions, he could have asked his counsel. If his counsel did not understand the Orders, counsel could and should have asked the Court for guidance. However, the Court's Orders were plain – Burch was not to spend any money he obtained from Standard or that was traceable to Standard's money.

2. Burch did spend Standard's money continuously from the time of this Court's Orders. His so-called "accounting" does not disclose to the Court what Burch

did; it just makes excuses for it. Attached as Exhibit A is a quick summary of Burch's account activity in his Bank of America account. The figures are taken from Standard's Trial Exhibit 8.

>Respectfully submitted,
>*Sheila J. Carpenter*
>Sheila J. Carpenter
>DC Bar #935742
>sjc@jordenusa.com
>Robin Sanders
>DC Bar #481523
>rms@jordenusa.com
>Jorden Burt LLP
>1025 Thomas Jefferson Street, N.W.
>Suite 400 East
>Washington, D.C. 20007
>Tel: (202) 965-8165
>Fax: (202) 965-8104
>Attorneys for Plaintiff
>Standard Insurance Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing and attachments thereto was filed via the electronic case filing system of the United States District Court for the District of Columbia on this 3rd day of February, 2008 and, accordingly, the Court will send notice of this filing electronically to Harry A. Suissa, Esquire, at suissalaw@aol.com and Uduak James Ubom, Esquire, at udubom@hotmail.com.

>*Sheila J. Carpenter*
>Sheila J. Carpenter

## SUMMARY OF BURCH'S ACTIVITY AT BANK OF AMERICA

The day after receiving Standard's letter requesting that he return the funds it had sent him, Burch deposited $100,000 from Standard into his Bank of American checking account on 10/14/2006 (credited on 10/16 since 10/14 was a Saturday). He then deposited $30,000 from his line of credit into this account on 10/18-19/2006. He wrote a check for legal services for $15,000 on 10/20. By 10/24, the checking account was down below $100,000.

On 10/25, Burch purchased a check for $25,000 to deposit at Chevy Chase Bank and withdrew $1000 in cash. He also paid off his home equity draw using $30,046 of Standard's money and transferred $20,000 of Standard's money into his savings account. On 10/27, he deposited another $7,329 from Standard into the Bank of America checking account.

When the banking cycle during which the October 31, 2008 TRO hearing took place ended on November 8, 2006, Burch had only $27,206.29 left in the Bank of America checking account. All that money was derived from what he took from Standard. Thus, anytime he spent more than he had deposited in that account, he was invading Standard's money. He spent it down to nothing. He also transferred money from the savings account to which he had transferred Standard's $20,000 into his checking account. Burch has also spent most of what was in the savings account. When the Court reviews Exhibit 8, it will be apparent Standard's money has been used to pay down Burch's numerous debts and frittered away on fast food, electronics and new clothes.

Statement for the period ended 11/09/2006

Burch's deposits:     **Burch spent $8837**
11/10   $ 930
11/17   $1016
11/24   $ 775
12/01   $1083
Total **$3804**

Statement for the period ended 12/7/2006

Burch's deposits:     **Burch spent $8836**
11/10   $ 930
11/17   $1016
11/24   $ 775
12/1    $<u>1083</u>
Total   **$3804**


Statement for the period ended 1/09/2007

Burch's deposits:     **Burch spent over $17,000** including $10,000 for attorneys' fees.
12/8    $2275
12/15   $1089
12/22   $ 775
12/29   $1215
1/5     $<u> 620</u>
Total   **$5974**

Statement for the period ended 2/6/2007

Burch's deposits:     **Burch spent $6093**
1/12    $1087
1/16    $1000 – from savings
1/19    $ 868
1/23    $1000 – from savings
1/26    $ 883
2/2     $ 775
2/5     $<u> 374</u> – from saving**s**
        **$5987**

Statement for the period ended 3/09/2007

Burch's deposits:     **Burch spent $7800**
2/9     $1303
2/12    $ 350   -- from savings
2/20    $930
2/23    $1110
3/2     $ 930
3/9     $1018
Total:  **$5641**

Statement for the period ended 4/09/2007

Burch's deposits:     **Burch spent $9100**
3/13    $2907
3/15    $106
3/16    $1030
3/21    $ 245 – DC tax refund
3/22    $1183
3/30    $1346 – Federal tax refund
3/30    $ 775
3/30    $ 130
4/6     $1106
Total   **$8828**

Statement for the period ended 5/09/2007

Burch's deposits:     **Burch spent $7678**
4/13    $ 930
4/20    $ 962
4/27    $ 930
5/4     $ 1097
Total   **$3919**

Statement for the period ended 6/08/2007

Burch's deposits:     **Burch spent $7728**
5/11    $ 930
5/18    $ 992
5/25    $ 775
5/30    $ 44
6/1     $1000
6/8     $ 775
Total   **$4516**

**As of 6/8/2007, all savings withdrawals are from money derived from Standard since Burch's savings balance was below $20,000.**

Statement for the period ended 7/10/2007

Burch's deposits:     **Burch spent $5658**
6/18   $1208
6/22   $ 787
6/22   $ 522
7/3    $  20
7/6    $ 787
7/9    $1110
7/9    $  94 – from savings
7/10   $ 500 – from savings
Total: **$5028**

Statement for the period ended 8/10/2007

Burch's deposits:     **Burch spent $7493**    7/17   $ 500 – from savings
7/19   $  74                                   7/25   $2000 – from savings
7/20   $ 865                                   8/10   $ 500 – from savings
7/20   $ 787    **Standard's money**                  **$3000**
8/3    $1444    **added to checking**
       $ 945
Total  **$4115**

Statement for the period ended 9/7/2007

Burch's deposits:     **Burch spent $7006**         **$773 transferred from savings**
8/17   $1349                                        **which was Standard's money**
       $ 945
8/27   $ 600 – overdraft protection
8/28   $ 100 – overdraft protection
8/31   $1384
       $ 945
Total  **$5323**

Statement for the period ended 10/10/2007

| Burch's deposits: | | **Burch spent $7598** | $4450 transferred from savings |
|---|---|---|---|
| 9/14 | $ 787 | | which was Standard's money |
| | $ 782 | | |
| 9/28 | $ 945 | | |
| | $ 218 | | |
| Total | **$2732** | | |

Statement for the period ended 11/10/2007

| Burch's deposits: | | **Burch spent $5073** | $995 transferred from savings |
|---|---|---|---|
| 10/12 | $ 866 | | which was Standard's money |
| 10/12 | $ 789 | | |
| 10/15 | $ 350 | | |
| 10/26 | $1102 | | |
| | $ 789 | | |
| 11/6 | $ 100 – overdraft protection | | |
| Total | **$3996** | | |

Statement for the period ended 12/07/2007

| Burch's deposits: | | **Burch spent $6534** | $3000 transferred from savings |
|---|---|---|---|
| 11/9 | $ 945 | | which was Standard's money |
| 11/9 | $ 602 | | |
| 11/23 | $ 945 | | |
| 11/23 | $789 | | |
| 12/7 | $ 945 | | |
| 12/7 | $ 782 | | |
| Total | **$5008** | | |