# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STANDARD INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-1755 (RMC)** |
| | ) | |
| **RALEIGH L. BURCH, JR.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pursuant to the discussions with the parties during trial held in open court on February 6, 2008, Defendant Raleigh L. Burch, Jr., through counsel, shall deposit funds in this Court's registry through the Clerk of the Court.   Accordingly, it is hereby

**ORDERED** that Defendant Raleigh L. Burch shall deposit a cashier's or certified check in the sum of $60,000 no later than February 7, 2008; and it is

**FURTHER ORDERED** that Defendant Raleigh L. Burch shall deposit a cashier's or certified check in the sum of $22,416.28 no later than February 11, 2008; and it is

**FURTHER ORDERED** that failure to comply with this Court's Order may subject the Defendant to an Order of Contempt.

**SO ORDERED.**


_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: February 6, 2008