DEPOSIT OF FUNDS                                    06-1755 (RMC)

```
DUPLICATE

Court Name: District of Columbia
Division: 1
Receipt Number: 4616010058
Cashier ID: lfizer
Transaction Date: 02/07/2008
Payer Name: RALEIGH L BURCH JR

TREASURY REGISTRY
 For: RALEIGH L BURCH JR
 Case/Party: D-DCX-1-06-CV-001755-001
 Amount:        $60,000.00

CHECK
 Check/Money Order Num: 2984400
 Amt Tendered:    $60,000.00

Total Due:      $60,000.00
Total Tendered: $60,000.00
Change Amt:     $0.00


Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RALEIGH L. BURCH, JR., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1755 (RMC) |

## ORDER

Pursuant to the discussions with the parties during trial held in open court on February 6, 2008, Defendant Raleigh L. Burch, Jr., through counsel, shall deposit funds in this Court's registry through the Clerk of the Court. Accordingly, it is hereby

**ORDERED** that Defendant Raleigh L. Burch shall deposit a cashier's or certified check in the sum of $60,000 no later than February 7, 2008; and it is

**FURTHER ORDERED** that Defendant Raleigh L. Burch shall deposit a cashier's or certified check in the sum of $22,416.28 no later than February 11, 2008; and it is

**FURTHER ORDERED** that failure to comply with this Court's Order may subject the Defendant to an Order of Contempt.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: February 6, 2008