UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **STANDARD INSURANCE COMPANY,**<br><br>*Plaintiff*,<br><br>v.<br><br>**RALEIGH L. BURCH, JR.,** *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>) **Case No.: 1:06-CV-1755 (RMC)**<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO COMPEL DEPOSIT INTO COURT REGISTRY**

Plaintiff Standard Insurance Company ("Standard"), by its attorneys, respectfully moves this Court for an order requiring Defendant Raleigh Burch to deposit the remaining $5,678.39 in his Standard Secure Access account into the Court registry and in support thereof says:

1. In response to Standard's Motion for an Order to Show Cause, the Court on February 6, 2008, ordered Defendant Burch, to deposit $82,416.28 into the Court's registry. Specifically, the Court's Order (Docket No. 67) required Mr. Burch to deposit $60,000 by no later than February 7, 2008 and $22,416.28 no later than February 11, 2008.

2. Defendant Burch made such deposits on February 7, 2008 and February 8, 2008, respectively.

3. On Monday, February 4, 2008, at the trial in this matter, Ms. Carstens testified that the remaining balance in Mr. Burch's Standard Secure Access account is $5,678.39. These funds are part of the original $172,033.99 that Mr. Burch received

from Standard which were deposited into a checking account in his name.  Due to Standard's agreements with the bank holding this account and with state insurance regulators, control over the account rests solely with the named accountholder and not with Standard.

    4.    Because these funds are included in the terms of the Court's Preliminary Injunction, which Mr. Burch admits to having ignored, and because these funds were not included in the $82,416.28 that Mr. Burch deposited into the Court's registry, Standard respectfully requests an order to preserve these additional funds that are at issue in this litigation.  Attached is a proposed order requiring Mr. Burch to deposit into the Court's registry the $5,678.39 that remains in his Standard Secure Access account.

Respectfully submitted,
*Robin M. Sanders*
Robin Sanders
DC Bar #481523
rms@jordenusa.com
Sheila J. Carpenter
DC Bar #935742
sjc@jordenusa.com
Jorden Burt LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007
Tel: (202) 965-8165
Fax: (202) 965-8104

Attorneys for Plaintiff
Standard Insurance Company

**CERTIFICATE OF COMPLIANCE WITH LR 7(m)**

    I hereby certify that on February 15, 2008, I conferred by telephone with Defendant's counsel Matthew Hand, Esquire and requested his consent to the above motion.  He advised that Defendant Burch does not consent to this Motion.

*Robin M. Sanders*
Robin M. Sanders

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

    The undersigned hereby certifies that a copy of the foregoing was filed via the electronic case filing system of the United States District Court for the District of Columbia on this 15th day of February, 2008 and, accordingly, the Court will send notice of this filing electronically to Harry A. Suissa, Esquire, at suissalaw@aol.com and Uduak James Ubom, Esquire, at udubom@hotmail.com.

                                         *Robin M. Sanders*
                                         Robin M. Sanders

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDARD INSURANCE COMPANY,** ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> **RALEIGH L. BURCH, JR.,** *et al.*, ) <br> ) <br> ) <br> *Defendants*. ) <br> ) <br> ) <br> ) | Case No.: 1:06-CV-1755 (RMC) |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEPOSIT INTO COURT REGISTRY**

The Court has considered the Motion of Plaintiff Standard Insurance Company to compel Defendant Raleigh Burch to deposit the remaining balance of his Standard Secure Access account ($5,678.39) into the Court registry and the record herein.

It is this ___ day of February, 2008

**ORDERED** that Defendant Raleigh Burch shall deposit the remaining balance of his Standard Secure Access account ($5,678.39) into the Court registry by February ___, 2008.

_____
ROSEMARY M. COLLYER
United States District Judge