UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1755 (RMC) |
| ) | |
| RALEIGH L. BURCH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on Plaintiff Standard Insurance Company's Motion to Compel Deposit into Court Registry [Dkt. #70]. The Court has considered the motion to compel, and will order that the remaining balance be deposited into the Court registry, inasmuch as this matter is still in dispute. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion to Compel Deposit into Court Registry [Dkt. #70] is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Raleigh L. Burch, Jr. shall deposit the remaining balance of his Standard Secure Access account ($5,678.39) into the Court registry no later than February 22, 2008.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: February 15, 2008