UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STANDARD INSURANCE COMPANY,

    Plaintiff

    v.                                    Civil Action No. 06-1755 (RMC)

RALEIGH L. BURCH, et al.

    Defendant

## DEPOSIT OF FEES

```
DUPLICATE

Court Name: District of Columbia
Division: 1
Receipt Number: 4616010423
Cashier ID: lweab
Transaction Date: 02/22/2008
Payer Name: RALEIGH BURCH

TREASURY REGISTRY
 For: RALEIGH BURCH
 Case/Party: D-DCX-1-06-CV-001755-001
 Amount:       $5,678.39

CHECK
 Check/Money Order Num: 1010
 Amt Tendered: $5,678.39

Total Due:     $5,678.39
Total Tendered: $5,678.39
Change Amt:    $0.00


Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANDARD INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>RALEIGH L. BURCH, *et al.*,  )<br>)<br>Defendants.  )<br>) | DDCXJ06CV001755<br>Civil Action No. 06-1755 (RMC) |

ORDER

This matter comes before the Court on Plaintiff Standard Insurance Company's Motion to Compel Deposit into Court Registry [Dkt. #70]. The Court has considered the motion to compel, and will order that the remaining balance be deposited into the Court registry, inasmuch as this matter is still in dispute. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion to Compel Deposit into Court Registry [Dkt. #70] is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Raleigh L. Burch, Jr. shall deposit the remaining balance of his Standard Secure Access account ($5,678.39) into the Court registry no later than February 22, 2008.

**SO ORDERED.**

/s/
ROSEMARY M. COLLYER
United States District Judge

DATE: February 15, 2008