UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANDARD INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RALEIGH L. BURCH, JR., *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 06-1755 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the Standard Beneficiary form (2006 Designation Form) at issue in this litigation is valid; and it is

**FURTHER ORDERED** that Ms. Ehuniz Davila and Mrs. Leftenant were the intended beneficiaries of Ms. Priscilla Davila-Burch; and it is

**FURTHER ORDERED** that Mr. Burch has been unjustly enriched by his receipt of $172,033.99 from Standard; and it is

**FURTHER ORDERED** that Mr. Raleigh L. Burch, Jr., shall repay the entire amount ($172,033.99) to Standard Insurance Company; and it is

**FURTHER ORDERED** that Standard Insurance Company shall distribute the appropriate amounts to Ms. Ehuniz Davila and Mrs. Kimberly Leftenant.

**SO ORDERED.**

Date: March 3, 2008                              _____/s/_____
                                                 ROSEMARY M. COLLYER
                                                 United States District Judge