UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RALEIGH L. BURCH, JR., *et al.*,<br><br>Defendants. | Civil Action No. 06-1755 (RMC) |

## JUDGMENT AND ORDER

On March 3, 2008, the Court ordered the defendant RALEIGH L. BURCH, JR. to repay the amount of $172,033.99 to the plaintiff STANDARD INSURANCE COMPANY. *See* Dkt. # 74.

It is hereby **ORDERED**, **ADJUDGED AND DECREED** that the plaintiff have and recover from the Court's registry, and that the Court's registry release to the plaintiff, $88,094.67, a portion of the amount by which the defendant has been unjustly enriched, in partial satisfaction of the Judgment granted by this Court's Order of March 3, 2008.

**SO ORDERED.**

Date:   April 14, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge